IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>        Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>        Defendant. | Case No. _____<br><br><br><br><br>CASE PENDING IN DISTRICT OF COLUMBIA:<br>Civil Action No. 1:21-cv-02900-CJN |

### NOTICE OF OAN'S MOTION TO COMPEL THIRD PARTY GEORGE SOROS TO COMPLY WITH RULE 45 SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i), Defendant Herring Networks, Inc., d/b/a One America News Network ("OAN"), by counsel, respectfully submits this Motion to Compel Third Party George Soros ("Soros") to Comply with Rule 45 Subpoena. The reasons and authorities in support of this motion are set forth in the Memorandum of Law attached hereto and incorporated by reference.

WHEREFORE, OAN, as set forth in the attached Memorandum, respectfully moves the Court to compel Soros to respond to OAN's document subpoena within 7 days of the granting of this Motion, and to grant OAN reasonable attorney's fees and all other appropriate relief.

Dated: December 5, 2023.

By:     */s/ Joel Glover*

**JACKSON WALKER L.L.P.**
Charles L. Babcock
NY Bar No. 5451117
Joel R. Glover
NY Bar No. 5697487
John K. Edwards

1

        (motion for admission *pro hac vice* to be filed)
        Bethany Pickett Shah
        (motion for admission *pro hac vice* to be filed)
        1401 McKinney Suite 1900
        Houston, TX 77010
        Tel: (713) 752-4200
        Fax: (713) 308-4110
        cbabcock@jw.com
        jglover@jw.com
        jedwards@jw.com
        bpickett@jw.com

        *Counsel for Defendant*