# Exhibit F

**Bakke, West**

| | |
|---|---|
| **From:** | Shah, Bethany |
| **Sent:** | Wednesday, August 9, 2023 10:46 AM |
| **To:** | Donnelly, Casey; McCallen, Benjamin |
| **Cc:** | Edwards, John; Stowe, William; Glover, Joel; Bales, Larry |
| **Subject:** | RE: Smartmatic Litigation:  Subpoena to G. Soros |

Hi Casey,

To confirm, is this something akin to Open Society Institute doing business as Open Society Foundations? I ask because the website for Open Society Foundations includes office addresses under the title Open Society Foundations, there are domain names with OpenSocietyFoundations.org, and emails under the @OpenSocietyFoundations.org domain name. I just want to confirm that your response on behalf of Open Society Institute will include consideration of anything labeled under Open Society Foundations.

Assuming that is all accurate, we are fine with an Aug 31 response date.

Thanks,

**Bethany Pickett Shah**
1401 McKinney Suite 1900 | Houston, TX 77010
V: (713) 752-4365 | F: (713) 752-4221



---

**From:** Donnelly, Casey <CDonnelly@willkie.com>
**Sent:** Tuesday, August 8, 2023 4:45 PM
**To:** Pickett Shah, Bethany <bpickett@jw.com>; McCallen, Benjamin <BMcCallen@willkie.com>
**Cc:** Edwards, John <jedwards@jw.com>; Stowe, William <wstowe@jw.com>; Glover, Joel <jglover@jw.com>; Bales, Larry <lbales@jw.com>
**Subject:** RE: Smartmatic Litigation: Subpoena to G. Soros

**RECEIVED FROM EXTERNAL SENDER – USE CAUTION**

Hi Bethany,

The subpoena is directed to Open Society Foundations, which is not a legal entity and thus not subject to service.  However, provided we can work out a reasonable response date, we have been authorized to accept service on behalf of Open Society Institute (OSI), which is the entity that houses the US employees.  In terms of a response date, I am out of town on vacation starting Monday for the next few weeks.  Can we agree to August 31 for service of our written responses and objections?  Please let me know.

Thanks!

**Casey E. Donnelly**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099

1

Direct: +1 212 728 8775 | Fax: +1 212 728 8111
cdonnelly@willkie.com | vCard | www.willkie.com bio

**From:** Pickett Shah, Bethany <bpickett@jw.com>
**Sent:** Tuesday, August 8, 2023 1:03 PM
**To:** Donnelly, Casey <CDonnelly@willkie.com>; McCallen, Benjamin <BMcCallen@willkie.com>
**Cc:** Edwards, John <jedwards@jw.com>; Stowe, William <wstowe@jw.com>; Glover, Joel <jglover@jw.com>; Bales, Larry <lbales@jw.com>
**Subject:** RE: Smartmatic Litigation: Subpoena to G. Soros

*** EXTERNAL EMAIL ***

Hi Casey,

Following up on this. Please let me know by COB today.

Thank you,

**Bethany Pickett Shah**
1401 McKinney Suite 1900 | Houston, TX 77010
V: (713) 752-4365 | F: (713) 752-4221



**From:** Pickett Shah, Bethany
**Sent:** Friday, August 4, 2023 12:35 PM
**To:** 'Donnelly, Casey' <CDonnelly@willkie.com>; McCallen, Benjamin <BMcCallen@willkie.com>
**Cc:** Edwards, John <jedwards@jw.com>; Stowe, William <wstowe@jw.com>; Glover, Joel <jglover@jw.com>; Bales, Larry <lbales@jw.com>
**Subject:** RE: Smartmatic Litigation: Subpoena to G. Soros

Thank you Casey.

Have a good weekend,

**Bethany Pickett Shah**
1401 McKinney Suite 1900 | Houston, TX 77010
V: (713) 752-4365 | F: (713) 752-4221

**From:** Donnelly, Casey <CDonnelly@willkie.com>
**Sent:** Friday, August 4, 2023 12:33 PM
**To:** Pickett Shah, Bethany <bpickett@jw.com>; McCallen, Benjamin <BMcCallen@willkie.com>
**Cc:** Edwards, John <jedwards@jw.com>; Stowe, William <wstowe@jw.com>; Glover, Joel <jglover@jw.com>; Bales, Larry <lbales@jw.com>
**Subject:** RE: Smartmatic Litigation: Subpoena to G. Soros

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Bethany, the person that we need to speak with about this isn't in the office this week. We expect that we will be able to accept service but will confirm with you early next week.

Best,
Casey

**Casey E. Donnelly**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8775 | Fax: +1 212 728 8111
cdonnelly@willkie.com | vCard | www.willkie.com bio

---

**From:** Pickett Shah, Bethany <bpickett@jw.com>
**Sent:** Friday, August 4, 2023 11:50 AM
**To:** McCallen, Benjamin <BMcCallen@willkie.com>
**Cc:** Donnelly, Casey <CDonnelly@willkie.com>; Edwards, John <jedwards@jw.com>; Stowe, William <wstowe@jw.com>; Glover, Joel <jglover@jw.com>; Bales, Larry <lbales@jw.com>
**Subject:** RE: Smartmatic Litigation: Subpoena to G. Soros

**\*\*\* EXTERNAL EMAIL \*\*\***

Benjamin,

Please let me know if you will accept service of this subpoena by COB today. Otherwise, we will get this served.

Thanks,

**Bethany Pickett Shah**
1401 McKinney Suite 1900 | Houston, TX 77010
V: (713) 752-4365 | F: (713) 752-4221



---

**From:** Pickett Shah, Bethany
**Sent:** Monday, July 31, 2023 3:00 PM
**To:** 'McCallen, Benjamin' <BMcCallen@willkie.com>
**Cc:** 'Donnelly, Casey' <CDonnelly@willkie.com>; Edwards, John <jedwards@jw.com>; Stowe, William <wstowe@jw.com>; Glover, Joel <jglover@jw.com>; Bales, Larry <lbales@jw.com>
**Subject:** RE: Smartmatic Litigation: Subpoena to G. Soros

Benjamin,

Please see the attached subpoena to the Open Society Foundations. Please let me know if you will accept service of this subpoena. If so, we are willing to extend your response date to serve objections to this subpoena.

Thanks,

**Bethany Pickett Shah**
1401 McKinney Suite 1900 | Houston, TX 77010

V: (713) 752-4365 | F: (713) 752-4221



**From:** Pickett Shah, Bethany
**Sent:** Friday, July 28, 2023 5:19 PM
**To:** 'McCallen, Benjamin' <BMcCallen@willkie.com>
**Cc:** Donnelly, Casey <CDonnelly@willkie.com>; Edwards, John <jedwards@jw.com>; Stowe, William <wstowe@jw.com>; Glover, Joel <jglover@jw.com>; Bales, Larry <lbales@jw.com>
**Subject:** RE: Smartmatic Litigation: Subpoena to G. Soros

Benjamin,

As you know, the federal rules give you 14 days to respond to a subpoena. We gave you 30 days and you are asking for more time to serve basic objections. We will agree to extend your response date to August 10 to respond to the Soros subpoena and I will follow up on the Open Society Subpoena.

Thanks and have a great weekend,

**Bethany Pickett Shah**
1401 McKinney Suite 1900 | Houston, TX 77010
V: (713) 752-4365 | F: (713) 752-4221



**From:** McCallen, Benjamin <BMcCallen@willkie.com>
**Sent:** Friday, July 28, 2023 4:04 PM
**To:** Pickett Shah, Bethany <bpickett@jw.com>
**Cc:** Donnelly, Casey <CDonnelly@willkie.com>; Edwards, John <jedwards@jw.com>; Stowe, William <wstowe@jw.com>; Glover, Joel <jglover@jw.com>; Bales, Larry <lbales@jw.com>
**Subject:** Re: Smartmatic Litigation: Subpoena to G. Soros

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Bethany,

I am not in the position to trade another party's rights to benefit Mr Soros, nor would I. Either you agree to give us another week, or you don't. If not, we'll contact the court, explain that you unsuccessfully attempted to serve our client, we immediately reached out to accept service, negotiated a reasonable date to respond, asked for one modest extension during the summer, and you said no.

In any event, there is no such thing as "Soros's Open Society Foundations."  If you want to send us a subpoena, we will review it  and let you know if we can accept service of it. But I don't know if I can respond by next Monday, so there will be no trades.

**Benjamin P. McCallen**
**Willkie Farr & Gallagher LLP**

**Los Angeles**
2029 Century Park East  | Los Angeles, CA 90067-2905
Direct: +1 310 855 3143 | Fax: +1 212 728 9182

**New York**
787 Seventh Avenue | New York, NY 10019-6099
Direct: + 1 212 728 8182 | Fax: + 1 212 728 9182
bmccallen@willkie.com | vCard | www.willkie.com bio

On Jul 28, 2023, at 3:24 PM, Pickett Shah, Bethany <bpickett@jw.com> wrote:

**\*\*\* EXTERNAL EMAIL \*\*\***

Benjamin,

We are willing to give you this extension if you will also accept service of a similar subpoena on Soros's Open Society Foundations. Please let me know.

Thanks,

**Bethany Pickett Shah**
1401 McKinney Suite 1900 | Houston, TX 77010
V: (713) 752-4365 | F: (713) 752-4221

<image001.png>

**From:** McCallen, Benjamin <BMcCallen@willkie.com>
**Sent:** Friday, July 28, 2023 1:50 PM
**To:** Pickett Shah, Bethany <bpickett@jw.com>
**Cc:** Donnelly, Casey <CDonnelly@willkie.com>; Edwards, John <jedwards@jw.com>; Stowe, William <wstowe@jw.com>; Glover, Joel <jglover@jw.com>; Bales, Larry <lbales@jw.com>
**Subject:** Re: Smartmatic Litigation: Subpoena to G. Soros

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Bethany,

We would like to request the courtesy of an additional week to respond to the George Soros subpoena. Given the summer season and competing demands on schedules, we would appreciate the additional time.  Let us know if there's any issue with changing the response date to August 14.  Thank you in advance

**Benjamin P. McCallen**
**Willkie Farr & Gallagher LLP**

**Los Angeles**
2029 Century Park East  | Los Angeles, CA 90067-2905
Direct: +1 310 855 3143 | Fax: +1 212 728 9182

**New York**
787 Seventh Avenue | New York, NY 10019-6099
Direct: + 1 212 728 8182 | Fax: + 1 212 728 9182
bmccallen@willkie.com | vCard | www.willkie.com bio

On Jul 10, 2023, at 6:52 PM, Pickett Shah, Bethany <bpickett@jw.com> wrote:

**\*\*\* EXTERNAL EMAIL \*\*\***

Casey,

Thank you for the email and for accepting service on behalf of Mr. Soros. We agree to an extension in your subpoena response to August 7. I've also re-attached the subpoena for your convenience.

Thank you,

**Bethany Pickett Shah**
1401 McKinney Suite 1900 | Houston, TX 77010
V: (713) 752-4365 | F: (713) 752-4221

<image001.png>

**From:** Donnelly, Casey <CDonnelly@willkie.com>
**Sent:** Monday, July 10, 2023 2:10 PM
**To:** Pickett Shah, Bethany <bpickett@jw.com>
**Cc:** McCallen, Benjamin <BMcCallen@willkie.com>
**Subject:** Smartmatic Litigation: Subpoena to G. Soros

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Ms. Shah,

I understand that you have been attempting to serve my client, George Soros, with a subpoena issued in connection with OAN's lawsuit with Smartmatic.  I can accept service on behalf of Mr. Soros but I will need additional time to respond.

Can we agree on a return date of 30 days from when service was first attempted (July 7), which would be Monday, August 7?  I'd appreciate it.

Best,
Casey

**Casey E. Donnelly**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8775 | Fax: +1 212 728 8111
cdonnelly@willkie.com | vCard | www.willkie.com bio

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.
<2023-07-06 George Soros Subpoena.pdf>

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.