# Exhibit G

**Bakke, West**

| | |
|---|---|
| **From:** | Donnelly, Casey <CDonnelly@willkie.com> |
| **Sent:** | Friday, November 17, 2023 4:04 PM |
| **To:** | Shah, Bethany |
| **Cc:** | Edwards, John; McCallen, Benjamin; Iannece, Vincent |
| **Subject:** | RE: Meet and Confer: OSI and Soros Subpoena |

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Bethany,

As the thread below demonstrates, we have consistently taken the position that the discovery OANN is seeking is irrelevant.  We have conceded nothing in that regard.  We also disagree that this case "concerns completely different statements" than the Fox case. The statements are virtually identical to those in the Fox action, which relate to the uncontested fact that Mark Malloch Brown served as Chairman of SGO and also has sat on the Board of OSF and currently serves as its President.  The Court in Fox found such statements are irrelevant to the defamatory statements at issue.  The same logic applies here.  As for "funding of Smartmatic," we told you that our client never provided funding for Smartmatic.

Your email also misinterprets what we said about the search terms OANN proposed.  You sent us four proposed search strings, each of which had approximately a dozen of terms, each linked with an "and" connector to even more terms.  When you break those out, it amounts to more than 2,500 individual searches you have asked us to run.

To obtain discovery from a nonparty, you must demonstrate that the discovery sought is relevant, which you have not done, despite having multiple opportunities during our telephonic and email meet and confers.  Instead, you have attempted to skip that necessary step and move into a discussion of search terms. You have the process backwards – first you need to establish an entitlement to the documents that would require us to undertake any search.  For that reason we do not believe any further discussion about search terms is appropriate or productive at this stage.

Finally, you will recall from our responses and objections to your document requests that my clients asserted an entitlement to have their fees reimbursed.  We have now devoted substantial time and resources to responding and conferring regarding irrelevant document requests.   Should OANN continue to pursue this issue we intend to seek recoupment of fees incurred, particularly in light of the ruling of the Fox court.

**Casey E. Donnelly**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8775 | Fax: +1 212 728 8111
cdonnelly@willkie.com | vCard | www.willkie.com bio

---

**From:** Shah, Bethany <bpickett@jw.com>
**Sent:** Monday, November 13, 2023 10:57 AM
**To:** Donnelly, Casey <CDonnelly@willkie.com>
**Cc:** Edwards, John <jedwards@jw.com>; McCallen, Benjamin <BMcCallen@willkie.com>; Iannece, Vincent <VIannece@willkie.com>
**Subject:** RE: Meet and Confer: OSI and Soros Subpoena

**\*\*\* EXTERNAL EMAIL \*\*\***

Casey,

We did see the ruling in Fox, but as you know, this case concerns completely different statements that were not at issue in the Fox case. You have also conceded the relevance of certain inquiries concerning the funding of Smartmatic and the relationship between Mark Malloch Brown and Soros/OSF.

We are happy to work with you to narrow our search term proposal, but it is hard to understand how our proposal of 4 search strings can result in 2,500 terms. If there are certain terms that are driving up this number, we'd request more information on that so that we can work to narrow this for you. Please send us a hit report so that we can see what might be causing these numbers.

Thank you,

**Bethany Pickett Shah**
1401 McKinney Suite 1900 | Houston, TX 77010
V: (713) 752-4365 | F: (713) 752-4221



---

**From:** Donnelly, Casey <CDonnelly@willkie.com>
**Sent:** Wednesday, November 8, 2023 1:04 PM
**To:** Shah, Bethany <bpickett@jw.com>
**Cc:** Edwards, John <jedwards@jw.com>; McCallen, Benjamin <BMcCallen@willkie.com>; Iannece, Vincent <VIannece@willkie.com>
**Subject:** RE: Meet and Confer: OSI and Soros Subpoena

**RECEIVED FROM EXTERNAL SENDER – USE CAUTION**

Bethany,

As we discussed in our prior meet and confer (and as more thoroughly detailed in our Responses and Objections), we believe the discovery OANN is seeking here is entirely objectionable on various grounds, including that it is irrelevant, unduly burdensome and harassing.  Smartmatic's complaint contains only a few passing references to Mr. Soros or the Open Society Foundations ("OSF"), each relating only to limited topics—none of which are relevant to any disputed issues in your case.  As you are undoubtedly aware, the New York Supreme Court in the *Smartmatic v. Fox* matter recently denied the Fox Defendants' attempt to compel similar discovery from Mr. Soros and the Open Society Institute on the grounds that such discovery was not sufficiently relevant to the prosecution or defense of the defamation action—an action that contains near-identical allegations (and references to Mr. Soros and OSF) to this one.  The discovery requests you have served in this matter seek even broader discovery than those sought by Fox, and thus are objectionable on even more grounds.

We have now had an opportunity to review the search terms you proposed we run, which, when broken out, contain more than 2,500 search terms.  These terms do not appear even remotely relevant to the references to Mr. Soros or OSF in Smartmatic's complaint.  These terms are nowhere close to narrowly-tailored and/or proportional to the needs of the case, and appear to be nothing more than a fishing expedition that would impose an undue burden on our clients.

Accordingly, while we have considered your terms in good faith, we decline your proposal to run these search terms.

Best,
Casey

**Casey E. Donnelly**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8775 | Fax: +1 212 728 8111
cdonnelly@willkie.com | vCard | www.willkie.com bio

---

**From:** Shah, Bethany <bpickett@jw.com>
**Sent:** Thursday, October 26, 2023 11:21 AM
**To:** Donnelly, Casey <CDonnelly@willkie.com>
**Cc:** Edwards, John <jedwards@jw.com>
**Subject:** RE: Meet and Confer: OSI and Soros Subpoena

**\*\*\* EXTERNAL EMAIL \*\*\***

Hi Casey, next week works. Just let us know some times next week that might work for you. Regarding the terms you mentioned and their relevance:

- Pinate!;
    - Refers to Roger Pinate, one of the founders of Smartmatic.
- !rousch!;
    - Pinate's personal email address where he discussed Smartmatic business.
- "National Electoral Council" / NEC;
    - National Electoral Council/ NEC is the government body in Venezuela that runs elections. It is associated with the regimes of Chavez and Maduro and many have called it unconstitutional. This is relevant to Smartmatic's connections to Venezuela and whether, as the complaint alleges, the "voting machines systems funded by George Soros were used to install a socialist regime in Venezuela back in the early 2000s." Complaint para. 95. There are several complained of statements tying Dominion and Smartmatic to Soros and these Venezuelan regimes. See, e.g., Complaint para. 96, 97, 129, 184.
- "CNE";
    - This is the same thing as the National Electoral Council discussed above. In Spanish people abbreviate it as "CNE" for "Consejo Nacional Electoral"
- Caracas!;
    - Capital of Venezuela and seat of the government, and where Smartmatic has its origins. There are complained of statements tying Dominion and Smartmatic to Soros and these Venezuelan regimes. See, e.g., Complaint para. 95, 129, 184.
- CANTV;
    - CANTV is a company funded by the VZ government. CANTV and Smartmatic had a strategic alliance called the SBC Consortium, which was awarded a contract to develop new voting machines in VZ. This is likewise related to the Venezuelan government's owernship and influence on Smarmtatic and whether the "voting machines systems funded by George Soros were used to install a socialist regime in Venezuela back in the early 2000s." Complaint para. 95.
- (Jorge /3 Rodriguez);
    - Refers to Jorge Rodriguez who was the former president of the National Electoral Council and VP of Venezuela. It was reported that Smartmatic bribed him and his sister (Delcy Rodriguez) and engaged in corrupt practices. Jorge and Delcy are both senior political officials involved in socialist politics in Venezuela and connected to the Chavez/Maduro regimes. They are

3

therefore relevant because of the complained of statement that Smartmatic "voting machines systems funded by George Soros were used to install a socialist regime in Venezuela back in the early 2000s." Complaint para. 95.

- "Delcy";
  - Refers to Delcy Rodriguez, the sister of Jorge Rodriguez. She is now the VP of Venezuela in the Maduro regime. See above.
- (Will! /3 Brownfield);
  - Refers to former US Ambassador William Brownfield. He wrote a report on the connections between Smartmatic and the Chavez regime and continues to write about Venezuela's electoral problems. There are complained of statements tying Dominion and Smartmatic to Soros and these Venezuelan regimes. See, e.g., Complaint para. 95, 129, 184.
- Ex-Cle!;
  - Ex-Cle is a company in Venezuela that also was involved in elections and worked with Smartmatic to provide election services, with Ex Cle often providing biometric identification and Smartmatic providing hardware/software. Given connections between Smartmatic and Excle, this is relevant to the complained-of statement concerning "voting machines systems funded by George Soros were used to install a socialist regime in Venezuela back in the early 2000s." Complaint para. 95; See also complaint para. 131, 184.
- !sequoia!;
  - Smartmatic formerly owned Sequoia, which was then spun off in the wake of government investigations. Dominion then purchased Sequoia. Some of Smartmatic's technology is still in these sequoia machines that Dominion purchased. This is relevant to several issues raised in the Complaint regarding the Smartmatic's technology, ownership in Smartmatic's business, and potential funding of Smartmatic's business. This is also relevant to Soros and OSI because complained of statements concern Dominion and Smartmatic's foreign ties to Soros. See, e.g., Complaint para. 95, 97, 129, 131, 184.
- Delian!;
  - Refers to the Delian Project. This is relevant because the Complaint specifically connects the Delian Project, George and Alex Soros, and Smartmatic and their work in elections in foreign countries. See, e.g., Complaint para. 104.
- Kennard!;
  - Refers to William Kennard, who is a former Clinton official and on the board of Staple Street, the Private Equity firm that has a controlling stake in Dominion, which has connections to Smartmatic. This is relevant because the complaint repeatedly discusses Smartmatic and Dominion's connection to Soros and OSI and also their connections with individuals on the left. See, e.g., Complaint para. 93, 131. Kennard is also believed to be responsible for deplatforming OAN from AT&T/Direct TV.
- Neffenger!
  - Refers to Peter Neffenger, who was on the board of Smartmatic and also worked for the Biden administration. This is relevant because the complaint repeatedly discusses Smartmatic employees who were connected to Soros and OSI and also their connections with individuals on the left. Complained of statements specifically mention Neffenger as someone at Smartmatic connected to those on the left and who was able to use his political influence to benefit Smartmatic. See, e.g., Complaint 93, 99.

Thanks,

**Bethany Pickett Shah**
1401 McKinney Suite 1900 | Houston, TX 77010
V: (713) 752-4365 | F: (713) 752-4221



---

**From:** Donnelly, Casey <CDonnelly@willkie.com>
**Sent:** Tuesday, October 24, 2023 5:17 PM
**To:** Shah, Bethany <bpickett@jw.com>
**Cc:** Edwards, John <jedwards@jw.com>
**Subject:** RE: Meet and Confer: OSI and Soros Subpoena

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Bethany, my schedule is unfortunately jam packed this week.   As you likely recall, we served you with our responses and objections on August 10 and we met and conferred on September 27.  On that call, we explained that we objected to the production of any documents on relevance and other grounds, but you asked if we would consider running targeted searches.  We told you we would consider your terms, which you didn't send until last week.  We are going to need some extra time to discuss this issue with our clients and determine whether we will agree to run any searches, and we will not have an opportunity to do that until next week.  In the meantime, there are various terms on this list that we either do not recognize and do not understand the relevance of.   I'm listing those below—could you provide me with an explanation of what these terms are and how they might be relevant here?

- Pinate!;
- !rousch!;
- "National Electoral Council" / NEC;
- "CNE";
- Caracas!;
- CANTV;
- (Jorge /3 Rodriguez);
- "Delcy";
- (Will! /3 Brownfield);
- Ex-Cle!;
- !sequoia!;
- Delian!;
- Kennard!;
- Neffenger!

**Casey E. Donnelly**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8775 | Fax: +1 212 728 8111
cdonnelly@willkie.com | vCard | www.willkie.com bio

**From:** Shah, Bethany <bpickett@jw.com>
**Sent:** Monday, October 23, 2023 11:46 AM
**To:** Donnelly, Casey <CDonnelly@willkie.com>
**Cc:** Edwards, John <jedwards@jw.com>
**Subject:** RE: Meet and Confer: OSI and Soros Subpoena

*** EXTERNAL EMAIL ***

Hi Casey,

We wanted to follow up on this. Please let just know when you might be available for a meet and confer on these terms this week.

Thank you,

**Bethany Pickett Shah**
1401 McKinney Suite 1900 | Houston, TX 77010
V: (713) 752-4365 | F: (713) 752-4221



---

**From:** Shah, Bethany
**Sent:** Monday, October 16, 2023 4:06 PM
**To:** Donnelly, Casey <CDonnelly@willkie.com>
**Cc:** Edwards, John <jedwards@jw.com>
**Subject:** RE: Meet and Confer: OSI and Soros Subpoena

Hi Casey,

It was nice speaking with you the other day. As promised, here are our proposed search terms for Soros and OSI. These are narrowly tailored to the complaint, and we believe will not be burdensome on Soros and OSI. But if you think any of these terms are too burdensome, we'd ask that you demonstrate the burden by identifying how many responsive documents these terms hit on. Please let us know when you might be free for a meet and confer to discuss these terms.

Thank you,

**Bethany Pickett Shah**
1401 McKinney Suite 1900 | Houston, TX 77010
V: (713) 752-4365 | F: (713) 752-4221



---

**From:** Pickett Shah, Bethany <bpickett@jw.com>
**Sent:** Wednesday, September 20, 2023 8:51 PM
**To:** Donnelly, Casey <CDonnelly@willkie.com>
**Cc:** McCallen, Benjamin <BMcCallen@willkie.com>; Iannece, Vincent <VIannece@willkie.com>; Edwards, John <jedwards@jw.com>
**Subject:** Re: Meet and Confer: OSI and Soros Subpoena

Hi Casey,

4 PM CST/ 5 EST Wednesday works. I'll follow up with a zoom invite.

Thanks,

**Bethany Shah**
Jackson Walker LLP
(713) 752-4365

> On Sep 20, 2023, at 11:55 AM, Donnelly, Casey <CDonnelly@willkie.com> wrote:
>
> **\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***
> Hi Bethany, we've got conflicts on those dates but could do next Wednesday, after 1pm EST.  Let us know.
>
> **Casey E. Donnelly**
> **Willkie Farr & Gallagher LLP**
> 787 Seventh Avenue | New York, NY 10019-6099
> Direct: +1 212 728 8775 | Fax: +1 212 728 8111
> cdonnelly@willkie.com | vCard | www.willkie.com bio
>
> **From:** Pickett Shah, Bethany <bpickett@jw.com>
> **Sent:** Tuesday, September 19, 2023 10:48 AM
> **To:** Donnelly, Casey <CDonnelly@willkie.com>
> **Cc:** McCallen, Benjamin <BMcCallen@willkie.com>; Iannece, Vincent <VIannece@willkie.com>; Edwards, John <jedwards@jw.com>
> **Subject:** Meet and Confer: OSI and Soros Subpoena
>
> **\*\*\* EXTERNAL EMAIL \*\*\***
>
> Hi Casey,
>
> We'd like to set up a time to discuss the subpoena to OSI and Soros. Would you or someone from your team be available either Friday of this week or Monday or Tuesday next week? Please let us know some times that work for you. We are fairly flexible those days.
>
> Thanks,
>
> **Bethany Pickett Shah**
> 1401 McKinney Suite 1900 | Houston, TX 77010
> V: (713) 752-4365 | F: (713) 752-4221
>
> <image001.png>
>
> ---
>
> **Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-

clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.