IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>　　　　Defendant. | Case No. 7:23-mc-00469<br><br><br><br>CASE PENDING IN DISTRICT OF COLUMBIA:<br>Civil Action No. 1:21-cv-02900-CJN |

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL THIRD PARTY GEORGE SOROS TO COMPLY WITH RULE 45 SUBPOENA

　　On this day came to be considered Defendant's Motion to Compel Third Party George Soros to Comply with Rule 45 Subpoena. The Court, having considered the Motion, the briefing, and applicable law, finds that the Motion has merit and should be and hereby is GRANTED.

　　IT IS THEREFORE ORDERED that Defendant's Motion to Compel Third Party George Soros to Comply with Rule 45 Subpoena is hereby GRANTED in its entirety.

IT IS FURTHER ORDERED that George Soros is ordered to produce documents responsive to Defendant's July 6, 2023 document subpoena within 7 days of the date of this Order.

IT IS FURTHER ORDERED that Defendant's request for an award of reasonable attorneys' fees is hereby GRANTED. Defendant's counsel shall file its fee application (including an affidavit and materials in support) and shall serve the same on George Soros through counsel within 14 days of the date of this Order. George Soros shall serve Defendant and submit to the Court any objections regarding the reasonableness *only* of the fees by no later than 14 days of the filing of the fee application.

Signed this _____ day of _____, 2023.

_____