IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED, <br><br> Plaintiffs, <br> v. <br><br> HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, <br><br> Defendant. | Case No. 7:23-mc-00469 <br><br><br> CASE PENDING IN DISTRICT OF COLUMBIA: <br> Civil Action No. 1:21-cv-02900-CJN |

**<u>AFFIRMATION OF SERVICE</u>**

The undersigned, an attorney at law of the State of New York, affirms that:

1. On December 5, 2023, I served a true and correct copy of Notice of OAN's Motion to Compel Third Party George Soros to Comply with Rule 45 Subpoena.

2. On December 5, 2023, I served a true and correct copy of Memorandum of Law in Support of OAN's Motion to Compel Third Party George Soros to Comply with Rule 45 Subpoena.

3. On December 5, 2023, I served a true and correct copy of Miscellaneous Cover Sheet.

4. I served the filings identified in ¶¶ 1–3 by sending them to George Soros's counsel, Casey E. Donnelly, Benjamin P. McCallen, and Vincent P. Iannece of Willkie Farr & Gallagher LLP, via electronic mail at cdonnelly@willkie.com, bmccallen@willkie.com, and viannece@willkie.com.

5. On December 6, 2023, I also sent copies of the filings identified in ¶¶ 1–3 via certified mail to the office address of George Soros's counsel at 787 Seventh Avenue, New York, NY 10019.

1

I affirm under penalty of perjury that the foregoing is true and correct. Executed on December 6, 2023.

By: /s/ Joel Glover

**JACKSON WALKER L.L.P.**
Charles L. Babcock
NY Bar No. 5451117
Joel R. Glover
NY Bar No. 5697487
John K. Edwards
(motion for admission *pro hac vice* to be filed)
Bethany Pickett Shah
(motion for admission *pro hac vice* to be filed)
1401 McKinney Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Fax: (713) 308-4110
cbabcock@jw.com
jglover@jw.com
jedwards@jw.com
bpickett@jw.com

*Counsel for Defendant*