## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED, <br><br>        Plaintiffs, <br>    v. <br><br> HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, <br><br>        Defendant. | Case No. 7:23-mc-00469-NSR <br><br> **NOTICE OF APPEARANCE** <br><br> CASE PENDING IN DISTRICT OF COLUMBIA: <br> Civil Action No. 1:21-cv-02900-CJN-MAU |

**PLEASE TAKE NOTICE** that Willkie Farr & Gallagher LLP hereby appears as attorneys of record as counsel for George Soros and further requests that copies of all papers in this action be served upon it at the office and address set forth below.

Dated: New York, New York
       December 11, 2023

WILLKIE FARR & GALLAGHER LLP

By: _____
    Benjamin P. McCallen
    Casey E. Donnelly

787 Seventh Avenue
New York, New York 10019
(212) 728-8000
bmccallen@willkie.com
cdonnelly@willkie.com