MEMO ENDORSED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>        Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>        Defendant. | Case No. 7:23-mc-00469-NSR<br><br><br><br>CASE PENDING IN DISTRICT OF COLUMBIA:<br>Civil Action No. 1:21-cv-02900-CJN-MAU |

**STIPULATION FOR TRANSFER PURSUANT TO RULE
RULE 45(F)**

IT IS HEARBY STIPULATED, by and between the undersigned parties, by their respective attorneys, as follows:

On December 5, 2023, Herring Networks, Inc., d/b/a One America News Network ("OAN") initiated this proceeding and filed the Notice of OAN's Motion To Compel Third Party George Soros to Comply with Rule 45 Subpoena (Dkt. 1) and Memorandum of Law in Support of OAN's Motion to Compel Third Party George Soros to Comply with Rule 45 Subpoena (Dkt. 2).

Pursuant to Federal Rule of Civil Procedure 45(f), Movant OAN and George Soros consent to the transfer of this proceeding to the United States District Court for the District of Columbia to the matter captioned *Smartmatic USA Corp. et al. v. Herring Networks, Inc.*, No. 1:21-cv-02900-CJN (D.D.C.).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2023

Dated: New York, New York
December 11, 2023

By: _____
Benjamin P. McCallen

WILLKIE FARR & GALLAGHER LLP
Benjamin P. McCallen
Casey E. Donnelly
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
bmccallen@willkie.com
cdonnelly@willkie.com

*Counsel for George Soros*

By: _____
Joel R. Glover

JACKSON WALKER LLP
Charles L. Babcock
Joel R. Glover
John K. Edwards
(motion for admission *pro hac vice* to be filed)
Bethany Pickett Shah
(motion for admission *pro hac vice* to be filed)
1401 McKinney Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Fax: (713) 308-4110
cbabcock@jw.com
jglover@jw.com
jedwards@jw.com
bpickett@jw.com

*Counsel for Herring Networks, Inc., d/b/a One America News Network*

- 2 -

SO ORDERED:

Dated: December 12, 2023
White Plains, NY

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE