# U.S. District Court
## Southern District of New York (White Plains)
## CIVIL DOCKET FOR CASE #: 7:23−mc−00469−NSR

| | |
|---|---|
| SMARTMATIC USA CORP. et al v. HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK et al<br>Assigned to: Judge Nelson Stephen Roman<br>Case in other court:  District of Columbia, 1:21−cv−02900−CJN<br>Cause: M 08−85 Motion to Compel | Date Filed: 12/05/2023<br>Date Terminated: 12/12/2023 |

**Plaintiff**

**SMARTMATIC USA CORP.**

**Plaintiff**

**Smartmatic International Holding B.V.**

**Plaintiff**

**SGO CORPORATION LIMITED**


V.

**Defendant**

| | | |
|---|---|---|
| **HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK** | represented by | **Joel Glover**<br>Jackson Walker, LLP<br>1401 McKinney Street<br>Ste 1900<br>Houston, TX 77010<br>713−752−4226<br>Fax: 713−308−4114<br>Email: jglover@jw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |


V.

**Respondent**

| | | |
|---|---|---|
| **George Soros** | represented by | **Benjamin Patrick McCallen**<br>Willkie Farr & Gallagher LLP<br>2029 Century Park East − Suite 2900<br>Los Angeles, CA 90067−2905<br>310−855−3143<br>Email: maosdny@willkie.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 12/05/2023 | Ï 1 | MISCELLANEOUS CASE INITIATING DOCUMENT – MOTION to Compel George Soros to Compel George Soros to Produce Documents Pursuant to Rle 45 Subpoena . Other Court Name: United States District Court – District of Columbia. Other Court Case Number: 1:21−cv−02900−CJN. (Filing Fee $ 52.00, Receipt Number ANYSDC−28654522)Document filed by HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK.(Glover, Joel) (Entered: 12/05/2023) |
| 12/05/2023 | Ï 2 | MEMORANDUM OF LAW in Support re: 1 MISCELLANEOUS CASE INITIATING DOCUMENT – MOTION to Compel George Soros to Compel George Soros to Produce Documents Pursuant to Rle 45 Subpoena . Other Court Name: United States District Court – District of Columbia. Other Court Case Numbe *1:21−cv−02900−CJN*. Document filed by HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK. (Attachments: # 1 Exhibit A– Shah Decl. re Mot. to Compel George Soros, # 2 Exhibit B– Document Subpoena to Soros, # 3 Exhibit C– Document Subpoena to Open Society, # 4 Exhibit D– Soro's Responses and Objections, # 5 Exhibit E– Open Society's Responses and Objections, # 6 Exhibit F– Email Exchange dated July 10, 2023 re Service & Extensions, # 7 Exhibit G– Email Exchange dated Sept. 19, 2023 re Meet & Confer, # 8 Exhibit H– OAN's Proposed Search Terms).(Glover, Joel) (Entered: 12/05/2023) |
| 12/05/2023 | Ï 3 | PROPOSED ORDER. Document filed by HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK. Related Document Number: 2 ..(Glover, Joel) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 12/05/2023) |
| 12/05/2023 | Ï 4 | MISCELLANEOUS COVER SHEET filed..(Glover, Joel) (Entered: 12/05/2023) |
| 12/05/2023 | Ï 5 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK..(Glover, Joel) (Entered: 12/05/2023) |
| 12/07/2023 | Ï 6 | NOTICE of Affirmation of Service re: 2 Memorandum of Law in Support of Motion,,, 5 Rule 7.1 Corporate Disclosure Statement, 1 MISCELLANEOUS CASE INITIATING DOCUMENT – MOTION to Compel George Soros to Compel George Soros to Produce Documents Pursuant to Rle 45 Subpoena . Other Court Name: United States District Court – District of Columbia. Other Court Case Numbe, 3 Proposed Order, 4 Miscellaneous Cover Sheet. Document filed by HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK..(Glover, Joel) (Entered: 12/07/2023) |
| 12/08/2023 | Ï | MISCELLANEOUS CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Nelson Stephen Roman. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://https://nysd.uscourts.gov/rules/ecf−related−instructions. .(laq) (Entered: 12/08/2023) |
| 12/08/2023 | Ï | Case Designated ECF. (laq) (Entered: 12/08/2023) |
| 12/08/2023 | Ï | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 3 Proposed Order was reviewed and approved as to form. (km)** (Entered: 12/08/2023) |
| 12/11/2023 | Ï 7 | NOTICE OF APPEARANCE by Benjamin Patrick McCallen on behalf of George Soros..(McCallen, Benjamin) (Entered: 12/11/2023) |
| 12/12/2023 | Ï 8 | STIPULATION FOR TRANSFER PURSUANT TO RULE RULE 45(F): IT IS HEARBY STIPULATED, by and between the undersigned parties, by their respective attorneys, as follows: On December 5, 2023, Herring Networks, Inc., d/b/a One America News Network ("OAN") initiated this proceeding and filed the Notice of OAN's Motion To Compel Third Party George Soros to Comply with Rule 45 Subpoena (Dkt. 1) and Memorandum of Law in Support of OAN's Motion to Compel Third Party George Soros to Comply with Rule 45 Subpoena (Dkt. 2). Pursuant to Federal Rule of |

| | | |
|---|---|---|
| | | Civil Procedure 45(f), Movant OAN and George Soros consent to the transfer of this proceeding to the United States District Court for the District of Columbia to the matter captioned Smartmatic USA Corp. et al. v. Herring Networks, Inc., No. 1:21–cv–02900–CJN (D.D.C.). SO ORDERED. (Signed by Judge Nelson Stephen Roman on 12/12/2023) (ate) (Entered: 12/12/2023) |
| 12/12/2023 | ï9 | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Columbia. (ate) (Entered: 12/12/2023) |