AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Smartmatic USA Corp. et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-mc-00138-CJN |
| Herring Networks, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Parties George Soros and Open Society Institute.

Date: 01/04/2024

/s/ Elizabeth J. Bower
*Attorney's signature*

Elizabeth J. Bower (498480)
*Printed name and bar number*

Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington DC 20006-1238
*Address*

EBower@willkie.com
*E-mail address*

(202) 303-1252
*Telephone number*

(202) 303-2000
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of January, 2024, I caused a true and correct copy of the foregoing notice of Appearance of Counsel to be electronically filed using the CM/ECF system.

Respectfully submitted,

*/s/ Elizabeth J. Bower*
Elizabeth J. Bower (D.C. Bar No. 498480)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238
(202) 303-1252
EBower@willkie.com

*Counsel for George Soros and Open Society Institute*