IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>    Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>    Defendant,<br>v.<br><br>GEORGE SOROS,<br><br>    Respondent. | Civil Action No. 1:23-mc-00138-CJN |

**DECLARATION OF ATTORNEY CASEY E. DONNELLY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(c) of the United States District Court for the District of Columbia, I, Casey E. Donnelly, hereby declare as follows:

1. My full name is Casey Ellen Donnelly. I serve as counsel for Non-Parties Open Society Institute and George Soros.

2. I am an attorney with the law firm of Willkie Farr & Gallagher LLP, located at 787 Seventh Avenue New York, New York 10019. My office phone number is (212) 728-8000.

3. I have been admitted to the bars listed in Exhibit 1.

4. I certify that I have never been subject to discipline for my conduct as an attorney before any court or as a member of any bar association.

5. I have not been admitted *pro hac vice* to practice in this Court in the past two years.

6. I am not a resident of the District of Columbia, nor do I practice law from an office located in the District of Columbia. In addition, I am not a member of the District of

Columbia Bar. I will, if admitted for purposes of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the rules of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully Submitted,

Dated: January 4, 2024

*Casey Donnelley*

Casey E. Donnelly, NY Bar No. 14893
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

# Exhibit 1

## CASEY E. DONNELLY
New York License No.: 14893 // Admission Date: June 21st, 2011

### Admitted to Practice Before the Following Courts

| Court | Admission Date (mm/dd/yyyy) |
|---|---|
| New York | 06/21/2011 |
| U.S. Court of Appeals, Second Circuit | 03/24/2026 |



## Appellate Division of the Supreme Court
## of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Casey Ellen Donnelly

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on June 21, 2011, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on December 12, 2023.

Robert D. Mayberger
Clerk of the Court

CertID-00151034