IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>　　　　Plaintiffs,<br>　v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>　　　　Defendant,<br>　v.<br><br>GEORGE SOROS,<br><br>　　　　Respondent. | Civil Action No. 1:23-mc-00138-CJN |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY CASEY E. DONNELLY *PRO HAC VICE*

The Court has reviewed Motion for Admission of Attorney Casey E. Donnelly *pro hac vice*. Upon consideration of that motion, the Court grants Attorney Casey E. Donnelly *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CARL J. NICHOLS
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge