IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>Defendant,<br>v.<br><br>GEORGE SOROS,<br><br>Respondent. | Civil Action No. 1:23-mc-00138-CJN |

## MOTION FOR ADMISSION OF ATTORNEY BENJAMIN P. MCCALLEN

Pursuant to Civil Local Rule 83.2(c), Non-Parties Open Society Institute and George Soros move for the admission and appearance of attorney Benjamin P. McCallen *pro hac vice* in the above-captioned action. This motion is supported by the Declaration of Benjamin P. McCallen, Esquire, filed herewith. As set forth in Mr. McCallen's Declaration, he is admitted and is an active member in good standing with the State Bars of New York and California.

This motion is supported and signed by Elizabeth J. Bower, Esquire, an active and sponsoring member of the Bar of this Court, License Number: 498480.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: January 4, 2024 | */s/ Elizabeth J. Bower* <br> Elizabeth J. Bower, DC Bar ID 498480 <br> Willkie Farr & Gallagher LLP <br> 1875 K Street, N.W. <br> Washington DC 20006-1238 <br> (202) 303-1252 <br> EBower@willkie.com |