IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>    Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>    Defendant,<br>v.<br><br>GEORGE SOROS,<br><br>    Respondent. | Civil Action No. 1:23-mc-00138-CJN |

## DECLARATION OF ATTORNEY BENJAMIN P. MCCALLEN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(c) of the United States District Court for the District of Columbia, I, Benjamin P. McCallen, hereby declare as follows:

1. My full name is Benjamin Patrick McCallen. I serve as counsel for Non-Parties Open Society Institute and George Soros.

2. I am an attorney with the law firm of Willkie Farr & Gallagher LLP, which maintains an office at 2029 Century Park East, Suite 2900, Los Angeles, CA 90067. My office phone number is (310) 855-3143.

3. I have been admitted to the bars listed in Exhibit 1.

4. I certify that I have never been subject to discipline for my conduct as an attorney before any court or as a member of any bar association.

5. I have not been admitted *pro hac vice* to practice in this Court in the past two years.

6. I am not a resident of the District of Columbia, nor do I practice law from an office located in the District of Columbia. In addition, I am not a member of the District of Columbia Bar. I will, if admitted for purposes of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the rules of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully Submitted,

Dated: January 4, 2024

_____
Benjamin P. McCallen
NY Bar No. 4384301, CA Bar No. 343925
WILLKIE FARR & GALLAGHER LLP
2029 Century Park East, Suite 2900
Los Angeles, CA 90067
(310) 855-3143
bmccallen@willkie.com

# Exhibit 1

**BENJAMIN P. MCCALLEN**
New York Bar No.: 4384301 // Admission Date: January 24, 2006
California Bar No.: 343925 // Admission Date:  May 25, 2022

**Admitted to Practice Before the Following Courts**

| Court/State | Admission Date (mm/dd/yyyy) |
|---|---|
| California | 05/25/2022 |
| New York | 01/24/2006 |
| U.S. Court of Appeals, Second Circuit | 03/25/2015 |
| U.S. Court of Appeals, Fourth Circuit | 06/30/2011 |
| U.S. Court of Appeals, Fifth Circuit | 06/29/2017 |
| U.S. Court of Appeals, Ninth Circuit | 01/23/2020 |
| U.S. District Court, Southern District of New York | 07/11/2006 |
| U.S. District Court, Eastern District of New York | 08/01/2006 |
| U.S. District Court, Central District of California | 06/15/2022 |
| U.S. District Court, Northern District of California | 06/16/2022 |



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

**Benjamin Patrick Mc Callen**

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 24, 2006**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand in the City of New York on December 15, 2023.

*Susanna M. Rojas*
Clerk of the Court

CertID-00151371

# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
PRESIDING JUSTICE

**SUSANNA MOLINA ROJAS**
CLERK OF THE COURT

**MARGARET SOWAH**
DEPUTY CLERK OF THE COURT

**DOUGLAS C. SULLIVAN**
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*Susanna M Rojas*
Susanna Rojas
Clerk of the Court

Revised October 2020