IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>        Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>        Defendant,<br>v.<br><br>GEORGE SOROS,<br><br>        Respondent. | Civil Action No. 1:23-mc-00138-CJN |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY BENJAMIN P. MCCALLEN *PRO HAC VICE*

The Court has reviewed Motion for Admission of Attorney Benjamin P. McCallen *pro hac vice*. Upon consideration of that motion, the Court grants Attorney Benjamin P. McCallen *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

                                                                                                                CARL J. NICHOLS
                                                                                                                 United States District Court Judge