# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>    Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>    Defendant. | Civil Action No. 1:21-cv-02900-CJN-MAU |
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>    Plaintiffs,<br>v.<br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>    Defendant,<br>v.<br><br>GEORGE SOROS,<br><br>    Respondent. | Civil Action No. 1:23-mc-00138- CJN<br><br>**DECLARATION OF CASEY E. DONNELLY IN SUPPORT OF CONSOLIDATED MEMORANDUM OF LAW ON BEHALF OF NON-PARTIES OPEN SOCIETY INSTITUTE AND GEORGE SOROS IN OPPOSITION TO DEFENDANT OAN'S MOTIONS TO COMPEL** |

I, Casey E. Donnelly, declare as follows:

1. I am a member of Willkie Farr & Gallagher LLP, the attorneys for Non-Parties George Soros and the Open Society Institute ("OSI") in the above-captioned actions. I have applied for pro hac vice admission which is pending in both above-captioned actions in the United States District Court for the District of Columbia. I make this declaration in support of

the Consolidated Memorandum of Law on Behalf of Non-Parties Open Society Institute and George Soros in Opposition To Defendant OAN's Motions to Compel.

2. Attached as Exhibit 1 is a true and correct copy of an article authored by Kenneth P. Vogel, Scott Shane and Patrick Kingsley, entitled "How Vilification of George Soros Moved From the Fringes to the Mainstream," published by the N.Y. Times on October 31, 2018, *available at* https://www.nytimes.com/2018/10/31/us/politics/george-soros-bombs-trump.html.

3. Attached as Exhibit 2 is a true and correct copy of Lord Mark Malloch-Brown's LinkedIn profile, *available at* https://uk.linkedin.com/in/mark-malloch-brown.

4. Attached as Exhibit 3 is a true and correct copy of a press release entitled "SGO Statement: The Open Society Foundations Tabs Malloch-Brown," published on the SGO website on December 4, 2020, *available at* https://sgo.com/media/article/sgo-statement-regarding-appointment-of-mark-malloch-brown-as-president-of-the-open-society-foundations/.

5. Attached as Exhibit 4 is a true and correct copy of Lord Mark Malloch-Brown's biography page on the Open Society Foundations website, *available at* https://www.opensocietyfoundations.org/who-we-are/leadership/mark-malloch-brown.

6. Attached as Exhibit 5 is a true and correct copy of Defendant's proposed search terms, broken out into individual searches.

7. Attached as Exhibit 6 is a true and correct copy of the transcript from the October 30, 2023 oral argument regarding Fox's motion to compel production from Mr. Soros, Alexander Soros and OSI, before the Honorable David B. Cohen in *Smartmatic USA Corp., et al. v. Fox Corporation, et al.*, No. 151136/2021 (N.Y. Sup. Ct. Feb. 4, 2021) with the relevant portions highlighted.

8. Attached as Exhibit 7 is a true and correct excerpt of the transcript of the November 16, 2020 broadcast of *News Room* with the relevant portions highlighted.

9. Attached as Exhibit 8 is a true and correct excerpt of the transcript of the November 17, 2020 broadcast of *Tipping Point with Kara McKinney* with the relevant portions highlighted.

10. Attached as Exhibit 9 is a true and correct excerpt of the transcript of the December 5, 2020 broadcast of *News Room* with the relevant portions highlighted.

11. Attached as Exhibit 10 is a true and correct copy of a press release entitled "Soros Does Not Own Voting Machine Company Smartmatics," published on the Associated Press website on March 13, 2020, *available at* https://apnews.com/article/archive-fact-checking-8607371032.

12. Attached as Exhibit 11 is a true and correct copy of the December 07, 2020 Article on OAN's website titled "Chairman of Smartmatic's Parent Company to Become President of George Soros's 'Open Society Foundations'".

13. Attached as Exhibit 12 is a true and correct copy of the press release entitled "Patrick Gaspard to Step Down as Head of Open Society Foundations," published on the Open Society Foundations website on December 4, 2020, *available at* https://www.opensocietyfoundations.org/newsroom/patrick-gaspard-to-step-down-as-head-ofopen-society-foundations.

14. Attached as Exhibit 13 is a true and correct excerpt of the transcript of the December 1, 2020 broadcast of *Tipping Point* with the relevant portions highlighted.

15. Attached as Exhibit 14 is a true and correct excerpt of the transcript of the November 20, 2020 broadcast of *In Focus with Stephanie Hamil* with the relevant portions highlighted.

Dated:  January 5, 2024
        Washington, DC

*/s/ Casey E. Donnelly*
Casey E. Donnelly
