IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>   Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>   Defendant. | Civil Action No. 1:21-cv-02900-CJN-MAU |
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>   Plaintiffs,<br>v.<br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>   Defendant,<br>v.<br>GEORGE SOROS,<br><br>   Respondent. | Civil Action No. 1:23-mc-00138-CJN |

**NON-PARTIES OPEN SOCIETY INSTITUTE'S AND GEORGE SOROS'S INDEX OF EXHIBITS IN SUPPORT OF CONSOLIDATED MEMORANDUM OF LAW ON BEHALF OF NON-PARTIES OPEN SOCIETY INSTITUTE AND GEORGE SOROS IN OPPOSITION TO DEFENDANT OAN'S MOTION TO COMPEL**

Non-Parties Open Society Institute and George Soros, pursuant to paragraph 8(b) of the Standing Order for Civil Cases, *see* Dkt. 5, submit this Index of Exhibits to the Consolidated Memorandum of Law on Behalf of Non-Parties Open Society Institute and George Soros in Opposition To Defendant OAN's Motions to Compel:

| | |
|---|---|
| **EXHIBIT 1** | Article, N.Y. Times, entitled "How Vilification of George Soros Moved From the Fringes to the Mainstream," dated October 31, 2018 |
| **EXHIBIT 2** | LinkedIn Profile of Lord Mark Malloch Brown |
| **EXHIBIT 3** | SGO Press Release entitled "SGO Statement: The Open Society Foundations Tabs Malloch Brown," dated December 4, 2020 |
| **EXHIBIT 4** | "Biography" of Lord Mark Malloch Brown, found at https://sgo.com/media/article/sgo-statement-regarding-appointment-of-mark-malloch-brown-as-president-of-the-open-society-foundations/. |
| **EXHIBIT 5** | List of searches proposed to Mr. Soros and OSI by Defendant, broken out into individual searches |
| **EXHIBIT 6** | Transcript, dated October 30, 2023, of oral argument in in *Smartmatic USA Corp., et al. v. Fox Corporation, et al.*, No. 151136/2021 (N.Y. Sup. Ct. Feb. 4, 2021), regarding motions to compel filed by Defendant Fox.  (Highlighted for emphasis) |
| **EXHIBIT 7** | Transcript of November 16, 2020 broadcast of *News Room* (Highlighted for emphasis) |
| **EXHIBIT 8** | Transcript of November 17, 2020 broadcast of *Tipping Point with Kara McKinney* (Highlighted for emphasis) |
| **EXHIBIT 9** | Transcript of December 5, 2020 broadcast of *News Room* (Highlighted for emphasis) |
| **EXHIBIT 10** | Article, Associated Press, entitled "Soros Does Not Own Voting Machine Company Smartmatics," dated March 13, 2020 |
| **EXHIBIT 11** | Article, OAN Website, entitled "Chairman of Smartmatic's Parent Company to Become President of George Soros's 'Open Society Foundations'" dated December 7, 2020 |

| **EXHIBIT 12** | Press Release, Open Society Foundations, entitled "Patrick Gaspard to Step Down as Head of Open Society Foundations" dated December 4, 2020 |
|---|---|
| **EXHIBIT 13** | Transcript of December 1, 2020 broadcast of *Tipping Point* (Highlighted for emphasis) |
| **EXHIBIT 14** | Transcript of November 20, 2020 broadcast of *In Focus with Stephanie Hamil* (Highlighted for emphasis) |