# EXHIBIT 2

 



## Mark Malloch-Brown

President at Open Society Foundations

London, England, United Kingdom

153 followers · 22 connections

 See your mutual connections

Sign in to connect

**Open Society Foundations**

**University of Michigan**

**Company Website**

## About

Mark Malloch-Brown is president of the Open Society Foundations, the world's largest private funder of independent groups working for justice, democratic governance, and human rights.

He has worked to advance human rights, justice, and development for more than four decades in a variety of roles: with the United Nations, the World Bank, and as a British government minister, as well as with a range of civil society groups and business.

 

Development Goals as head of the United Nations Development Programme (UNDP) from 1999 to 2005, under the then UN Secretary General, Kofi Annan. At the UNDP, and previously as head of external affairs at the World Bank, Malloch-Brown led reform efforts that were widely seen as increasing the impact of both organizations.

He later served as Kofi Annan's chief of staff, and then as UN Deputy Secretary General, before joining the British government of Prime Minister Gordon Brown, as minister responsible for Africa and Asia from 2007 to 2009.

Malloch-Brown rejoined Open Society's Global Board in 2009, reflecting a close friendship with George Soros that developed in the early 1990s when he was working as a political consultant in Latin America and later over relief efforts in Bosnia. In 1995, Soros backed Malloch-Brown and others' idea of launching the International Crisis Group, an NGO focused on preventing and averting violent conflict, in response to the horrors seen in Rwanda, Somalia, and the former Yugoslavia.

More recently, he chaired Best for Britain, a group that makes the case for Britain's engagement with the European Union, and has among others led the boards of the Royal Africa Society, the UN Foundation, and the Business Commission for Sustainable Development.

Malloch-Brown was knighted for his contribution to international affairs and is currently on leave from the British House of Lords. Malloch-Brown is a Distinguished Practitioner at Oxford University's Blavatnik School of Government, an adjunct fellow at Chatham House's Queen Elizabeth Program, and has been a visiting distinguished fellow at the Yale Center for the Study of Globalization.

## Activity





**Currently I am in New York City for the high-level week of the 78th session of the United Nations General Assembly. This year's gathering follows a…**

Shared by Mark Malloch-Brown



**Pleased to be joining LinkedIn to connect with old contacts and new, join the discussion on global affairs, and share something of the work we are…**

Shared by Mark Malloch-Brown

## Experience



**President**
Open Society Foundations
2021 - Present · 2 years

 


### Chair
SGO

2014 - 2020 · 6 years

SGO is a technology and consulting solutions provider in the area of electronics and citizen empowerment, and biometric security and validity across the world.


### Chairman of the EMEA Region
FTI Consulting

2010 - 2014 · 4 years

FTI Consulting is a business advisory group. I led the rapid development and growth of its regional business.


### Vice-Chairman
World Economic Forum

2009 - 2010 · 1 year

I oversaw the international public policy work of the Forum.


### Minister of State for Africa and the United Nations
Foreign and Commonwealth Office

2007 - 2009 · 2 years

I led on developing country and global issues for Prime Minister Gordon Brown.


### Vice-Chairman
Soros Fund Management

2007 - 2007 · less than a year


### Vice-Chairman
Open Society Foundations

2007 - 2007 · less than a year


### Deputy Secretary-General
United Nations

2006 - 2006 · less than a year

 Mark Malloch-Brown - President - Open Society Foundations | LinkedIn 

1999 - 2005 · 6 years

### Vice-President for External Affairs

The World Bank

1994 - 1999 · 5 years

### Lead International Partner

Sawyer Miller Group

1986 - 1994 · 8 years

I led the Sawyer-Miller Group's engagement in a series of famous early encounters of American consultants in international elections.

### Founder and Editor, Economist Development Report

The Economist

1983 - 1986 · 3 years

I launched and edited the Economist Development Report, a monthly analysis of trends and news in the area of international economic development.

### Field Officer and Field Operations Leader

UNHCR, the UN Refugee Agency

1979 - 1983 · 4 years

I worked for the UN High Commissioner for Refugees (UNHCR), initially as a field officer on the Thai–Cambodian border. I established Khao-i-Dang, which was for a while home to more Cambodians than anywhere else in the world. I then led other UNHCR emergency responses in Central America and the Horn of Africa and co-authored its handbook on emergency response that is still used today.

 

1977 - 1979 · 2 years

I was Junior Lobby Correspondent who covered the fall of the Labour Government and the rise of Margaret Thatcher for The Economist. I also covered a range of international issues.

### Intern and Consultant

United Nations

1977 - 1977 · less than a year

I interned then was a consultant in the office of the UN Secretary-General.

## Education

### University of Michigan

Master of Arts - MA · Political Science with a focus on African and economic development issues

1975 - 1976

### University of Cambridge

BA and MA · History

1972 - 1975