# EXHIBIT 6

```
 1    SUPREME COURT OF THE STATE OF NEW YORK

 2    COUNTY OF NEW YORK - CIVIL TERM - PART 58
      ------------------------------------------------x
 3    SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL
      HOLDING B.V., and SGO CORPORATION LIMITED,
 4
                                    Plaintiffs,
 5
                   -against-
 6
      FOX CORPORATION, FOX NEWS NETWORK LC, LOU DOBBS,
 7    MARIA BARTIROMO, JEANINE PIRRO, RUDOLPH GIULIANI,
      and SIDNEY POWELL,
 8
                                    Defendants.
 9    ------------------------------------------------x
      Index No. 151136/21             71 Thomas Street
10    MOTIONS 32 and 33               New York, New York
      ORAL ARGUMENT and DECISION      October 30, 2023
11

12
      B E F O R E:   HONORABLE DAVID B. COHEN,
13                                       Justice

14

15    A P P E A R A N C E S:

16          BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
            Attorneys for the Plaintiffs
17             1155 Avenue of the Americas, 26th Floor
               New York, New York 10036
18             BY:  EDWARD C. WIPPER, ESQ.
                       -and-
19          BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
            Attorneys for the Plaintiffs
20             71 South Wacker Drive, Suite 1600
               Chicago, Illinois 60606
21             BY:  JAMIE WARD, ESQ.

22

23       (Appearances continued on the next page)

24
                                    Maria E. Rivera
25                                  Senior Court Reporter
```

```
 1   A P P E A R A N C E S:  (Continued)

 2

 3            KIRKLAND & ELLIS LLP
             Attorneys for the Fox Defendants
 4               601 Lexington Avenue
                 New York, New York 10022
 5               BY:  AARON H. MARKS, ESQ.
                      - and -
 6            KIRKLAND & ELLIS LLP
             Attorneys for the Fox Defendants
 7               95 South State Street
                 Salt Lake City, Utah 84111
 8               BY:  BRAD MASTERS, ESQ.

 9


10            MINTZ & GOLD LLP
             Attorneys for the Fox Defendants
11               600 Third Avenue
                 New York, New York 10016
12               BY:  SCOTT A. KLEIN, ESQ.

13


14            WILLKIE FARR & GALLAGHER LLP
             Attorneys for the Non-Parties, GEORGE SOROS,
15            ALEXANDER SOROS and OPEN SOCIETY FOUNDATION
                 787 Seventh Avenue
16               New York, New York 10019
                 BY:  BENJAMIN P. McCALLEN, ESQ.
17

18

19

20

21

22

23

24

25
```

Proceedings                                                    3

1              THE COURT:  On the record.

2              Good afternoon, everyone.

3              MR. WIPPER:  Good afternoon, Judge.

4              THE COURT:  We could do a little better but --

5              (Laughter.)

6              THE COURT:  At this time the Court is calling

7    Smartmatic against Fox Corp. under index number 151136 of

8    2021, dealing with motion sequences number 32, 33 and 34.

9              We are going to start with number 32, which is

10   Fox's motion to compel.

11             Why don't I get appearances of counsel who are

12   going to be arguing on that motion.

13             MR. MARKS:  Sure, Your Honor.

14             Aaron Marks, Kirkland & Ellis, for the Fox

15   defendants.

16             MR. McCALLEN:  Good afternoon, Your Honor.

17             Benjamin McCallen, Willkie Farr & Gallagher, on

18   behalf of the non-parties.

19             MR. WIPPER:  Your Honor, Edward Wipper, Benesch

20   Friedlander Coplan & Aronoff, for plaintiff.

21             I'm not sure if we have anything to say yet, but I

22   am appearing on the motion.

23             THE COURT:  So no position?

24             MR. WIPPER:  Not yet.

25             THE COURT:  Mr. Marks, you may proceed with your

 1    argument.

 2              MR. MARKS:  Thank you, Your Honor.

 3              We filed this Order to Show Cause to compel

 4    non-parties George Soros, Alex Soros, and the Open Society

 5    Foundations, which is an NGO grant making organization that

 6    was founded and run by the Soroses to produce documents that

 7    are relevant to certain of our defenses in this action.

 8              I'm going to collectively refer to the non-parties

 9    as the Soros group.

10              We served each of the Soros group with documents,

11    subpoenas at the end of June.  They filed or they served

12    objections and responses in mid-August, met, conferred with

13    them at the end of August.  And when they refused to search

14    for and produce relevant documents pertinent to our

15    defenses, we filed this Order to Show Cause.

16              We believe that the Soros group possesses documents

17    that are material and necessary to certain of our defenses,

18    and that these documents can be identified and produced -- a

19    very low burden -- as to the Soros group.

20              So, Your Honor, first of all, you know, why didn't

21    we serve the Soros group?

22              In the complaint there are allegations by

23    Smartmatic that Rudy Giuliani and Sidney Powell, there on

24    the airwaves of Fox News made defamatory remarks largely

25    implying that Smartmatic, a supposedly neutral and a

Proceedings                                              5

1    political voting machine company was rather, in fact, biased

2    and likely, you know, was likely to cheat in the direction

3    of democrats due to, among other things, Smartmatic's close

4    affiliation with George Soros and Open Society, who are

5    known supporters of liberal and progressive causes around

6    the world.

7            Your Honor, the complaints specifically references

8    three different shows that Sidney Powell or Rudy Giuliani

9    appeared on, and one was November 12th of 2020.

10   Mr. Giuliani appeared on Lou Dobbs Tonight, where part of

11   Mr. Giuliani's statements read in part, just quickly:

12           Smartmatic, the company that owns Dominion.  Well,

13   the guy who was running it was one of the people who was

14   number two or three in Soros, in Soros's change the world

15   organization.  Open Society, right?  We got a, we got a very

16   funny company here.  We got a really strange company.  Very

17   frightening.

18           Then on November 18th Giuliani appeared again on

19   Lou Dobbs Tonight where his comments read:

20           They -- being Smartmatic -- are only going to cheat

21   in one direction.  After all, the chairman of Smartmatic is

22   very, very close to none other Mr. Soros.  So how do you

23   think they're gonna cheat?  They're gonna cheat Democratic.

24   They are going to cheat left wing.

25           Then on December 10th, Sidney Powell appeared on

Proceedings                                      6

1       Lou Dobbs Tonight and part of her comments read:

2              We now have reams and reams of actual documents

3       from Smartmatic and Dominion, including evidence that they

4       planned and executed all of this.  We know that $400 million

5       of money came into Smartmatic from China only a few weeks,

6       you know, before the election, and that there are George

7       Soros connections to the entire endeavor.  Lord Malloch

8       Brown was part of it, along with the other people from

9       Dominion.

10             Your Honor, given that the Soros --

11             THE COURT:  That's not really, that's not a

12      disputed fact here, right, that there's a connection, right,

13      between Smartmatic and George Soros and his Open Society

14      organization?

15             MR. MARKS:  Correct, it's not disputed that there

16      is a connection.  The question here is --

17             THE COURT:  There's not the critical issue in the

18      defamation, right?

19             MR. MARKS:  Well, Your Honor, there are --

20             THE COURT:  The critical issue is Smartmatic's

21      claim that on Fox News it was contended that they rigged

22      voting machines to rig an election, right, that's the

23      contended defamation?

24             MR. MARKS:  Correct, Your Honor.  But this is also

25      part of the complaint and part of the allegations that --

Proceedings                                    7

1          THE COURT:  A very tiny, tiny little part of it,

2     right?  Would you characterize it as a peripheral part of

3     the allegations in the complaint?

4          MR. MARKS:  No, Your Honor.  There are cases that

5     talk about collateral issues that they cite that, for

6     example, talk about things that happened in a deposition

7     that are, you know, collateral issues and that don't go to

8     the heart of the matter.

9          These allegations, you know, are -- you know are

10    statements that they are, that Smartmatic is alleging are

11    defamatory.

12          THE COURT:  As a matter of fact, you have a good

13    deal of documents from Smartmatic essentially confirming the

14    relationship.  You spent a good amount of time in your brief

15    going through that.  So you have an non-disputed issue, you

16    have documents that support that issue, and now we are going

17    to go to a non-party to accomplish what?  To get more

18    information to prove a non-disputed issue?

19          MR. MARKS:  Well, Your Honor, what we have from

20    Smartmatic, without going into it, you know, creates the

21    beginning of what is an incomplete picture.  And so what we

22    have done is issued subpoenas that are --

23          THE COURT:  An incomplete picture on a non-disputed

24    issue, so now it's a complete picture, isn't it?

25          MR. MARKS:  Your Honor, it's not a non-disputed

Proceedings                                    8

1    issue.  Smartmatic in this litigation has not to date, and

2    we doubt they very would much will concede that, that they,

3    that Smartmatic was biased, was influenced by Soros, and was

4    obligated to Soros, which are the clear implications of the

5    statements made by Mr. Giuliani and Ms. Powell.  It's more

6    than that, there is a --

7              THE COURT:  I don't see anything about obligated in

8    any of those states, Counsel.

9              MR. MARKS:  Well, Your Honor, they, being

10   Smartmatic, are going to cheat in one way.  It doesn't say

11   obligated.  But they're saying that:  They are very, very

12   close to;

13              And that, the number two or number three guy is

14   part of the organization;

15              And, that there are George Soros connections all

16   over here; they have planned and executed all of this.

17              And so, Your Honor, it is more than the mere

18   connection to Soros that we believe is important here,

19   certainly is implied here.

20              They said, they say they're cheating.  And that,

21   and that they are, you know, doing this because they're tied

22   so closely.

23              And so we think that the scope or relevance here,

24   you know, which is supposed to be determined liberally with

25   respect to discovery, we took discovery with respect to

1        Smartmatic.  Without going into it, we have developed

2        evidence that begins to show that there is more to the

3        relationship here than just a single overlapping director,

4        Lord Malloch-Brown, and we have --

5                    THE COURT:  Where there were a couple of meetings

6        too?

7                    MR. MARKS:  Yes, Your Honor.  And that's what we

8        would like to -- that's one of the things we would like to

9        have discovery of.

10                   THE COURT:  Or at least one meeting?

11                   MR. MARKS:  There was -- we know of one -- I think

12       we know of two meetings.

13                   And what we would like to do -- you know, and we

14       have pieces of discovery from that, from Smartmatic.  And

15       what we would like to do, and we have served targeted

16       discovery as to that, which I'll get to in a second, we

17       think it's a very low burden here, what we'd like is to

18       complete this picture and --

19                   THE COURT:  Wait.  Very targeted, so your first

20       request is documents and communications relating to

21       Smartmatic?

22                   MR. MARKS:  Well, Your Honor, to short circuit --

23                   THE COURT:  Now, are you telling me that that's a

24       targeted request?

25                   MR. MARKS:  Well, Your Honor, I don't know how many

1      documents the Soros foundation has where the name --

2                  THE COURT:  Isn't that the broadest request you

3      could have probably made on this point?

4                  MR. MARKS:  No, no.  I mean, we've been narrowed,

5      in that, we limited everything to Smartmatic.  And, Your

6      Honor, you know, if we had gotten in our meet and confer --

7                  THE COURT:  You didn't ask them about other

8      companies that have absolutely nothing to do with this case,

9      is that what you're telling me, Counsel?

10                 MR. MARKS:  We didn't ask about other issues.

11                 THE COURT:  So everything about Smartmatic, so

12     everything you could possibly have about Smartmatic you're

13     telling me that that is a narrowly tailored request?

14                 MR. MARKS:  Well, Your Honor, what we know of, you

15     know --

16                 THE COURT:  Counsel, you're telling me that's a

17     narrowly tailored request?

18                 MR. MARKS:  Your Honor, in the con --

19                 THE COURT:  Counsel, are you telling me that's a

20     narrowly tailored request?

21                 MR. MARKS:  I assume I'm not.

22                 THE COURT:  I would be interested in your answer.

23                 MR. MARKS:  Well --

24                 THE COURT:  But I've asked the question a couple of

25     times.  I don't have it yet.

 1              MR. MARKS:  Yeah.  Your Honor, the reason why we

 2      think it's narrowly tailored and why we think the requests

 3      are narrowly tailored is because we believe that their

 4      entire production could be done with one search term across

 5      five or six custodians.  And we don't think it's going to

 6      produce very many documents because we think that the -- you

 7      know, that we think that based on what we have seen in the

 8      discovery from Smartmatic, that there is -- that there is a

 9      true limitation as to what the volume would be here.

10              And so, yeah, we think that the discovery here will

11      take, you know, a very short period amount of time for them

12      to run this search term, which is Smartmatic.  And we will

13      see what comes up.

14              They raise in their response that Smartmatic would

15      also bring up Lord Malloch-Brown's signature block.

16              THE COURT:  Just so I'm clear on these requests

17      with respect to I guess the two -- I guess the three

18      statements that you're talking about, is it your contention

19      that this goes to the defense of truth?

20              MR. MARKS:  The evidence that we're seeking to

21      build goes to the substantial truth that there was a

22      relationship between Smartmatic and Soros that was more than

23      just a connection but that --

24              THE COURT:  But you don't have to prove more than

25      just a connection.  You just have to prove the connection in

1    order to show that the statement, at least this component of

2    the statement which we haven't established whether it's

3    peripheral or not is truth, right?

4         MR. MARKS:  No, Your Honor.  We think that we

5    perhaps have to, and that we can prove more than that.  And

6    that discovery should allow us to at least make that effort

7    that, you know, to demonstrate that these statements are

8    not, you know, that are in fact, you know, substantially

9    true.

10        And so, you know, we have, you know, as I said,

11   half a picture developed, you know, from evidence we've

12   gotten from Smartmatic from what we have from, you know,

13   from the public record.  And we think we have every right to

14   seek from, you know, seek from Soros, from the Soros group,

15   you know, those documents that we believe will fill in the

16   gaps here.

17        Other requests that we know, Your Honor, are very

18   specific.  But again as far as actually going through the

19   discovery process and finding documents, we think it's one

20   search term, you know, excluding the --

21        THE COURT:  The word Smartmatic.

22        MR. MARKS:  The word Smartmatic, excluding his

23   email, the documents that only have Lord Malloch-Brown's

24   email address.  We believe that that, you know, that will

25   produce the population.  We would love to be able to meet

1     and confer with them, you know, once they have --

2              THE COURT:  You already did that.

3              MR. MARKS:  Yes, Your Honor.  And we are basically

4     seeking now to compel them to, you know, to engage in this

5     process to do that search.

6              And if the search comes up with more documents than

7     we expect, then we can talk to them about modifying for

8     dates or something like that, you know, to make even more

9     targeted near the meetings and the other events that we are

10    talking about here.

11             We think this is a, we think that this is very down

12    and basic discovery, you know, as to, you know, a relevant

13    point.

14             THE COURT:  Okay.  Is this the only point we're

15    addressing is those specific statements and the discovery

16    vis-a-vis that, or are we talking about other things as

17    well?

18             MR. MARKS:  Well, Your Honor, you know I can go

19    through the, you know, I can go through the other --

20             THE COURT:  Is this the only resolved issue or are

21    there other unresolved areas where you believe you need

22    discovery?

23             MR. MARKS:  The request, it's really the documents,

24    just the document request.  And, Your Honor, again we think

25    that, you know, they are very specific requests that we've

 1    made that --

 2              THE COURT:  We have only talked so far to requests

 3    as they relate to the statements by Powell and -- by

 4    Ms. Powell and Mr. Giuliani.

 5              MR. MARKS:  Right.

 6              THE COURT:  Okay.  Are there any other theories

 7    that you want to present to me under which you believe

 8    you're entitled to documents beyond what may be raised by

 9    those statements?

10              MR. MARKS:  So, Your Honor, all, you know,

11    obviously all the discovery that we're seeking from the

12    Soros group relates to those statements and the relationship

13    between Smartmatic and Soros.  And so that all of our

14    requests --

15              THE COURT:  So you're not seeking anything anymore

16    related to damages issues, and you're not seeking anything

17    anymore related to litigation funding?

18              MR. MARKS:  We've never -- I don't believe we had

19    ever asked for anything related to litigation funding, Your

20    Honor.  That was offered by them.  But you know, we never

21    believed and never requested anything related to litigation.

22              THE COURT:  So that's not, that's not in your --

23              MR. MARKS:  That's not in our document request.

24    Our document request, it's not disputed.  They offered up

25    that which we understand is zero documents.  But you know,

```
 1     so that's not --

 2               THE COURT:  I understand you rejected them.

 3               MR. MARKS:  I don't think we rejected -- I believe

 4     we have rejected their offer overall.  But, you know,

 5     they've told us they don't have any documents relating to

 6     litigation funding, so we don't really think that's an issue

 7     here.

 8               With respect to the remainder of the request --

 9               THE COURT:  What about the damages issue?

10               MR. MARKS:  Your Honor, the damages, you know, we

11     believe that, you know, the discovery that we potentially

12     get from Soros also relates to our damages, inasmuch as it

13     appears that Soros may very well have been involved with

14     respect to certain of the contracts that, you know, that

15     Smartmatic sought and received and that are at issue in the

16     case.  And so I'm not going to go into too much detail on

17     that.  But you know, again we think that's a relevant issue.

18               And again we think that that would be incapsulated

19     within, you know, again the limited search that we're asking

20     them to do, you know, just asking for documents that say

21     Smartmatic.

22               THE COURT:  Well, what if I was not persuaded by

23     your argument respect to the statements by Ms. Powell and

24     Mr. Giuliani, would there still be documents that you would

25     be seeking or no?
```

1          MR. MARKS:  Your Honor, all of the requests really

2     derive from the statements that Giuliani and Powell made,

3     you know, as to liability.  And that's what we're seeking

4     discovery as to that.

5          THE COURT:  Okay.  Maybe I misunderstood, but I

6     thought you spent several pages in your brief talking about

7     issues with respect to being able to challenge the valuation

8     issue.  And maybe I read it for nothing, Counsel, but I

9     thought that was an issue you were raising.

10          MR. MARKS:  What we said in our brief is that

11     certain of the discovery that we may receive here that is,

12     you know, that relates to certain of the requests -- and so,

13     you know, for example, you know, Request 8 in the Soros

14     request, you know, they ask for documents relating to Soros'

15     or Open Society's involvement and efforts to partner with

16     Smartmatic on any business opportunities in any

17     jurisdiction.  We believe that that is, you know, is

18     relevant both for the liability issue, as well as to the

19     damages issue that we just discussed.

20          And so that is, you know, we are, you know, looking

21     to compel as to each of these requests.  And again, you

22     know, just from a burden perspective, you know, we think

23     that this is all accomplished with the same document search.

24          THE COURT:  Thank you, Counsel.

25          MR. McCALLEN:  Good afternoon, Your Honor.

1         Again for the record, Benjamin McCallen, Willkie

2    Farr & Gallagher, on behalf of George Soros, Alexander

3    Soros, and the Open Society Institute.

4         Your Honor, I had some opening remarks that kind of

5    set the stage, but it's pretty clear that the Court has read

6    the papers and saw the disputes on the issues.  So I'm going

7    to jump right into what I view to be the relevant question

8    here, which Your Honor was asking questions to get right at,

9    and that is the statements themselves.

10        The statements in the complaint that Fox says gives

11   rise to their discovery requests, and which they concede if

12   they're not related to those statements, they don't get

13   discovery related to them.

14        We spent a lot of time in our brief actually

15   analyzing those statements, whereas Fox just crosses over

16   them over their brief.  And it's for good reason, because

17   careful attention of those statements actually demonstrates

18   that the discovery they are seeking aren't related to what's

19   the actual defamatory element of those statements.

20        So with the Court's indulgence, I'd like to

21   actually spend a little time walking through those, even

22   though I know that the Court has had the benefit of our

23   papers.

24        THE COURT:  You have my attention, Counsel, go

25   ahead.

1          MR. McCALLEN:  So it starts with a couple of

2     statements and actually all three statements in some respect

3     relate to the relationship between Mr. Soros and Mark

4     Malloch-Brown.

5          Mark Malloch-Brown is the chairperson of SGO, which

6     was the parent company of Smartmatic.  He no longer is, but

7     he was previously in that position at the time of the

8     statements in the 2020 election.

9          THE COURT:  He left a few days before this

10    litigation started.

11         MR. McCALLEN:  That sounds right, Your Honor.  I

12    don't know for sure.

13         THE COURT:  To go back to an affiliated work or an

14    affiliated entity, correct, a George Soros affiliated?

15         MR. McCALLEN:  So he's currently the president of

16    Open Society Foundations which is an affiliate of the Open

17    Society Institute who I'm here on behalf of today.  That's

18    correct, Your Honor.

19         And none of that is disputed.  It's all a matter of

20    public record.  Everybody knows about that.

21         So the three statements, I'm going to break them

22    into buckets.  The first bucket are the two statements by

23    Mr. Giuliani.  And both of those occurred on the Lou Dobbs

24    show in November of 2020.

25         And in the first statement, the first statement,

Proceedings                                                    19

1    over the course of several minutes, Mr. Giuliani made

2    several claims.  And the claims are about election rating.

3    He says Smartmatic was -- quote -- formed in order to fix

4    elections.  It was formed by Venezuelans who we allege were

5    very close to Hugo Chavez.

6            He said that Smartmatic software was used to count

7    votes in the 2020 election, and the results were shifted to

8    Barcelona, Spain for counting.

9            The Smartmatic software was -- quote -- packable.

10   And that Smartmatic owned Dominion.

11           Then as an aside he says:  Well, the guy who was

12   running it was one of the, one of the people who was number

13   two or three in Soros's change the world organization.

14           This is a reference to Mr. Malloch-Brown.

15           And then he goes on to say:  Yes -- software,

16   Smartmatic's software -- can be hacked and yes, it can

17   change votes.

18           Then six days later he stops at Mr. Dobbs' show

19   again, and this pattern repeats virtually identically.  He

20   goes on the show and makes a series of claims about rigging

21   the election.  He repeats claims that Smartmatic founded by

22   Venezuelans -- quote -- for specific purpose of fixing

23   elections.

24           He said Smartmatic has fixed elections

25   in Venezuela, Argentina and -- quote -- messed up an

1        election in Chicago.

2                And their specialty is -- quote -- Venezuelan

3        cheating.  And -- quote -- have the most insecure computers

4        in the business.

5                And then he makes this statement, and this again is

6        the statement that Fox says requires us to go routing around

7        through our documents to give them anything we may or may

8        not have about Smartmatic.

9                He says:  I was going to say, you know the

10       conclusion you have to come to is you either picked them --

11       them being Smartmatic -- because you're grossly negligent or

12       you don't mind if you're cheating.  And they're only going

13       to cheat in one direction.  After all, the Chairman of

14       Smartmatic is very, very close to none other than Mr. Soros.

15       So how do you think they're gonna cheat?  They're gonna

16       cheat Democratic.  They gonna cheat left wing, they're going

17       to cheat radical.  That's what they are, left wing radicals.

18               Neither of these statements require discovery into

19       files of non-parties for Fox to advance their substantial

20       truth defense.

21               In a substantial truth defense they'd have to show

22       that Smartmatic was founded to fix elections, that their

23       technology was used to fix elections in Venezuela,

24       Argentina, and Chicago, they have the most insecure

25       computers in the world, among many other statements that he

1    made.  That's the defamatory elements of the statement.

2            The fact that Mr. Soros is -- quote -- very close

3    with Mark Malloch-Brown, is not the issue that's at issue

4    here.  I would hazard to say that if Mr. Giuliani had gone

5    on Fox News and only made that statement, none us would be

6    in this courtroom today.

7            But to the extent that there was communications

8    about election rigging, we said, who'd give those to you?

9    Because that's what the substantial truth is of those

10   statements.  It's about whether or not there was a

11   conspiracy to rig the election.

12           Fox didn't accept that offer because they of course

13   know we have no such communications.  But that's what the

14   substantial truth defense in this case is going to be about.

15           The third statement which I'll go through very

16   briefly, Your Honor.

17           THE COURT:  Well, there's no contention in

18   Mr. Giuliani's statement that George Soros or Open Society

19   or I guess Alex Soros who's somehow connected to this too or

20   to the subpoena or subpoenas was actually involved in

21   rigging the election, right?

22           MR. McCALLEN:  Well --

23           THE COURT:  So it doesn't say that in his

24   statement, right?

25           MR. McCALLEN:  Correct, correct.

```
 1              THE COURT:  So then Giuliani mentions George Soros
 2    and Open Society for a different reason, right?
 3              MR. McCALLEN:  I would posit, yes, Your Honor.
 4              THE COURT:  And the reason is to explain why this
 5    election would have been swayed by Smartmatic who sways
 6    elections, right, under Mr. Giuliani's statement in a
 7    particular direction --
 8              MR. McCALLEN:  I think --
 9              THE COURT:  -- that's the explanation?
10              MR. McCALLEN:  I think that's correct, Your Honor.
11              And I'll say a couple of things.  First of all, the
12    only person who can answer that question is Mr. Giuliani.
13    We can't answer it.  It's a question about why did Mr.
14    Giuliani choose to make those statements.  And I would say
15    we have a theory --
16              Sorry, Your Honor.
17              THE COURT:  Yes, go ahead.
18              MR. McCALLEN:  Is because for a certain segment of
19    the population the invocation of Mr. Soros' name has
20    meaning, and that's why they did it.
21              But this isn't a basis --
22              THE COURT:  Well, presumably they did it to suggest
23    because the close connection to Mr. Soros would suggest why
24    Smartmatic would sway, would impact an election to make it
25    go in a particular direction, as opposed to another
```

1     direction, that's the explanation, right?

2             MR. McCALLEN:  Definitely, correct.

3             THE COURT:  He's representing the Republican

4     President of the United States at the time, right, and

5     appearing on Fox News.

6             MR. McCALLEN:  Correct, Your Honor, correct.

7             THE COURT:  I mean, yes, I may not be in his head,

8     but I think I understand what he's doing, and I think you do

9     as well, right, Counsel?

10            MR. McCALLEN:  I do, Your Honor.

11            THE COURT:  Okay.  So, so if that's what he's

12    doing, then that's a component of this entire explanation,

13    right, as to this -- that is part and parcel of the whole

14    defamation claim, correct?

15            MR. McCALLEN:  Well, Your Honor, it's not part of

16    the substantial truth defense, I don't believe, Your Honor,

17    at least with respect as it relates to the discovery of my

18    client, right?

19            The statements that he actually makes, which Fox

20    says they need to challenge on a substantial truth basis are

21    that Mr. Soros and Mr. Malloch-Brown were -- quote -- very

22    close.  Right?

23            The purpose of discovery here, I don't know what

24    that discovery looks like.

25            THE COURT:  Which they were, right?

1              MR. McCALLEN:  Which they were, which we have

2    publically conceded that they are.  So they're trying to

3    prove something that's not --

4              THE COURT:  They have a 20- or a 30-year

5    relationship, right?

6              MR. McCALLEN:  Correct.  So they're trying to prove

7    something that number 1 --

8              THE COURT:  Mr. Soros, Alex Soros says he's known

9    him his entire life?

10             MR. McCALLEN:  Correct, Your Honor.

11             THE COURT:  Right?

12             MR. McCALLEN:  Correct.

13             THE COURT:  So they're close.

14             MR. McCALLEN:  We certainly do not contest that,

15   and we have stated as much, my clients have stated it as

16   much publicly.

17             THE COURT:  All right.

18             MR. McCALLEN:  So you have a situation where

19   there's an issue that's not in dispute that we're not

20   contesting, that I don't believe is relevant to any actually

21   contested issues in the case, and they are using that as

22   grounds so then go and try --

23             THE COURT:  You're not contesting, I mean you're

24   not a party in this case, so you're not --

25             MR. McCALLEN:  Certainly not.

1          THE COURT:  You're contesting matters less than

2     whether or not Mr. Wipper's client is contesting.

3          MR. McCALLEN:  Correct.

4          THE COURT:  And I don't have papers from

5     Mr. Wipper, so I'm not sure I know that definitively,

6     because I can't tell what's in his mind when he hasn't said

7     anything.

8          MR. McCALLEN:  Fair enough, Your Honor.

9          But I think a fair reading of the allegations in

10    the complaint as well as the statements made are pretty

11    clear.

12         If I could, Your Honor, I wanted to spend a little

13    time talking about --

14         THE COURT:  Well, so interestingly, I mean Fox News

15    got discovery on this issue from Smartmatic, right?

16         MR. McCALLEN:  They have, Your Honor.  We

17    understand that they --

18         THE COURT:  And they certainly, I mean if they did,

19    don't have they have a right or at least an opportunity to

20    verify that from independent third parties as part of the

21    discovery process?

22         MR. McCALLEN:  Well, look, the decision of

23    Smartmatic to produce this information, that's well within

24    their rights to do as part of, you know, party discovery in

25    the case, but at the end of the day -- and this comes back

 1          to really the argument we made in our brief -- it's a

 2          combination of two arguments.  It's relevance, and it's

 3          burden.

 4                  And I don't think in this case you can disentangle

 5          the two.  Because as we talked about here for quite some

 6          time, there's at best some peripheral relevance of these

 7          complaints period.  But as we've dug into the statements I

 8          believe you see that what actually is being talked about is

 9          the -- quote/unquote -- endeavor to rig the election.  So

10          there's no relevance.  And you know --

11                  THE COURT:  Well, the relevance is which way that

12          endeavor would take the rigging of the election, isn't it?

13                  MR. McCALLEN:  Well, I don't think that's a

14          question of discovery for Mr. Soros.  And certainly that's

15          not the information they're seeking from us.  They're

16          seeking any documents that we have related to Smartmatic

17          generally.

18                  And coming back to the burden point, Your Honor, is

19          I understand, you know, Fox's argument is, well, you know,

20          it's maybe peripherally relevant, but we just want them to

21          run a search term or two, so let them go and do it.

22                  But at the end of the day, Your Honor, we are

23          non-parties to this case, and we wish to remain so.  We are,

24          my clients are private individuals and private entities who

25          are not involved in this case.

Proceedings                                             27

1           And so for the very reasons -- and let's take a

2     step back.  We talked a minute ago about the decision of --

3           THE COURT:  I don't think anyone suggested bringing

4     them into this litigation.

5           MR. McCALLEN:  Oh, no, no, certainly not as a

6     party.

7           (Laughter.)

8           MR. McCALLEN:  I didn't mean to say, I didn't mean

9     to insinuate, Your Honor.

10          But my point is, is that the relevant standard is

11    there for a reason, which is to say before you're going to

12    go and have with the authority of this Court to go and have

13    non-parties to a case, non-litigants dig through their own

14    personal files and produce documents, there needs to be a

15    showing that what could potentially be found is actually

16    relevant to an issue in dispute in the case.

17          And that's why the relevant standard care is an

18    important threshold.

19          But I think Your Honor requires the examination of

20    these issues, because Fox just kind of wants to brush that

21    under the rug and say, well, look, all we want is a search

22    term or two.  But that doesn't cut it.

23          Why is this information even relevant to this case,

24    Your Honor?  And we think it's clear that it is not.

25          THE COURT:  I understand that point.  But with that

Proceedings                                              28

1     said, I do have the argument that this is a simple search

2     term.

3            This is not an onerous, and whether or not

4     something onerous is also from time to time a component of

5     making a decision as to whether or not discovery is

6     appropriate, is this an onerous request?

7            MR. McCALLEN:  Well, Your Honor, this is the first

8     time I've heard this.  We did have meet and confers during

9     which time we talked about, we expressed our view on the

10    relevance of the discovery, and that was pretty much the end

11    of the phone call.  I never heard that they wanted us to

12    perform this search term.

13           What it comes back to, at the end of the day, Your

14    Honor, is that the basis for having us do this, and I don't

15    think it's --

16           THE COURT:  There are some things that you agreed

17    to turn over in that discussion, right, you mentioned that

18    in your version?

19           MR. MARKS:  Absolutely, and I think this is

20    important.

21           THE COURT:  Are you still willing to do that?

22           MR. McCALLEN:  Of course, of course.  And I can

23    outline for Your Honor.

24           THE COURT:  Then we will get back to Ms. Powell's

25    statement because I did sidetrack you.

1              MR. McCALLEN:  And I'm happy to be sidetracked,

2      Your Honor.  I obviously want to address the questions and

3      concerns that the Court has.

4              With respect to the documents that we agreed to

5      produce.  We agreed to give them any documents that we have

6      related to -- there was an allegation of potential ownership

7      interest in Smartmatic.  That's not true.

8              We searched for documents.  There was nothing to

9      produce, but we've agreed to give them.

10              Same thing for funding of any sort, either whether

11      it would be just funding of the organization or litigation

12      funding.  You asked Fox's counsel that question.  I can

13      confirm that --

14              THE COURT:  So there is no litigation funding?

15              MR. McCALLEN:  None.

16              THE COURT:  There is no investment of any kind by

17      any of the subpoenaed entities --

18              MR. McCALLEN:  Nothing.

19              THE COURT:  -- in the plaintiff, any of the

20      plaintiff entities?

21              MR. McCALLEN:  Correct.

22              THE COURT:  Okay.

23              MR. McCALLEN:  So to the extent Fox wants to make

24      some argument about --

25              THE COURT:  So you have all of the --

Proceedings                                          30

1              MR. McCALLEN:  Obligated to us --

2              THE COURT:  Okay.

3              MR. McCALLEN:  -- I don't know where that's coming

4        from.

5              THE COURT:  So there's nothing to produce?

6              MR. McCALLEN:  There's nothing to produce.

7              And in the course of the meet and confer as well,

8        we had this conversation with them about relevance, where

9        they said, well, look at these statements and look at the

10       amount of substantial truth defense.  And we said to them

11       exactly what we are saying in the courtroom today, and what

12       we said previously in our briefs, which is that... well,

13       look, the statements -- and this is Powell as an example of

14       this -- if anything go to the issue on whether or not the

15       election was rigged, if that's what you're telling us, then

16       you need substantial truth documents.

17             We'll agree to search to the extent we have

18       communications with Smartmatic about that topic, about the

19       things that Mr. Giuliani and Ms. Powell are alleging in

20       terms of election rigging, we'll look through and see what

21       we have.

22             THE COURT:  Did you conduct that search?

23             MR. McCALLEN:  Yes, we have, Your Honor.

24             THE COURT:  Also nothing?

25             MR. McCALLEN:  Nothing.

1          THE COURT:  Okay.

2          MR. McCALLEN:  So what it comes down to, Your

3     Honor, is --

4          THE COURT:  And you indicated those searches that

5     we just discussed in writing to Fox News' counsel?

6          MR. McCALLEN:  Well, we have not exchanged details

7     about them, no.  But happy to do so after, you know, after

8     the court hearing today.  But there's no, you know --

9          THE COURT:  Okay.

10         MR. McCALLEN:  Obviously we want both the Court and

11    the world to know that there was no evidence about that.  I

12    will come back now to the --

13         THE COURT:  And if called to testify at a

14    deposition, your clients would confirm with respect to Open

15    Society, George Soros, and the connection to Mr. Mark

16    Malloch-Brown, or I should say Lord Malloch-Brown, that

17    those statements are all true and accurate?

18         MR. McCALLEN:  With respect to the statements by

19    Mr. Giuliani, my understanding is that they would, yes, Your

20    Honor, we would like to think that that would not be

21    necessary, because it's all a matter of public record, and

22    they are also going to be taking Mr. Malloch-Brown's

23    deposition, I understand, in the coming weeks.

24         I don't think he's going to be running or hiding

25    from his 30-year relationship with Mr. Soros.  But that's

1     the point.  It's a little bit, this is a little bit of a --

2     I don't know if it's strawman or red herring, what the right

3     expression is here.  But none of the --

4                THE COURT:  I don't think either of those really

5     apply.

6                (Laughter.)

7                THE COURT:  When you come up with it, you'll let me

8     know.

9                MR. McCALLEN:  Fair enough, Your Honor.  I

10    appreciate that.

11               THE COURT:  Maybe a little.  I mean, I could see

12    your red herring argument.

13               MR. McCALLEN:  Thank you.  Thank you.

14               But I don't think this is actually a disputed

15    issue.  You know, that's the issue is whether or not they

16    have a close relationship, that's certainly not -- that that

17    fact I don't think was either what Mr. Giuliani was getting

18    at, nor is that the reason that Smartmatic commenced this

19    litigation.

20               I do want to make one other point, Your Honor, and

21    we're happy to talk about the Sidney Powell statements.

22               THE COURT:  No.  I mean the reason he makes that

23    statement, presumably, Mr. Giuliani is to connect -- is to

24    essentially say, because of that connection that is why

25    Smartmatic would have had -- would have impacted the

1        election in a way that was adverse to Mr. Giuliani's client

2        at the time.

3               MR. McCALLEN:  That's the implication I believe,

4        Your Honor, correct.

5               THE COURT:  Okay.

6               MR. McCALLEN:  I do want to make a -- state a word

7        of the subpoena to Alex Soros, Your Honor.  And I -- because

8        I'm here representing three different clients, and so I do

9        want to take a minute to just address that one.

10              THE COURT:  Of course, then we will get to

11       Ms. Powell's statement.

12              MR. McCALLEN:  Okay.  And you know, so Mr. Alex

13       Soros is George Soros' son.  In 2023 after the events at

14       issue here, after the events or after the statements at

15       issue he was appointed as Mr. Soros' successor on OSF's

16       advisory board.

17              And importantly there is no other evidence that I'm

18       aware of as we sit here today cited in their papers or in

19       the documents they attached in any way suggesting that

20       Mr. Alex Soros, other than himself knowing Mr. Malloch-Brown

21       and attesting to that in a public statement, had -- there's

22       any reasonable basis to believe that he has any documents or

23       anything of relevance.

24              And I would note that the request to him -- picking

25       up to the point that Your Honor was making about narrowly

1       tailored -- it's just a copy and paste, Your Honor, from the

2       OSI and then Mr. Soros' discovery request.

3              So I do think with respect to him, you know, you

4       start looking at the relevance arguments and the burden

5       arguments and we specifically asked this during our meet and

6       confer session... Why are you sending a subpoena to Alex

7       Soros?  And we never got a response to that.

8              And so I do think that, you know, there is extra

9       reason for the denial of the motion to compel with regards

10      to him.

11             THE COURT:  Well, I imagine since he's taken over

12      some or all of the organizations, right, that some of this

13      information may now be more in his control than in his

14      father's control, right?

15             MR. McCALLEN:  So, Your Honor, he is the chairman

16      of the OSF's advisory board at this point.  But this

17      information, right, that Your Honor alluded to, it begs the

18      question... What is it that they are actually really looking

19      for?

20             What is, what the statements in the complaint are

21      about is the relationship between Mr. Soros and

22      Mr. Malloch-Brown.

23             THE COURT:  All right.  And now we will get to Ms.

24      Powell's statement.

25             MR. McCALLEN:  Without further delay.

 1            THE COURT:  Without further delay.

 2            MR. McCALLEN:  Exactly, Your Honor.

 3            So December 10, 2020, Ms. Powell goes on to the Lou

 4     Dobbs show as well.  We've attached as Exhibit J the full

 5     statement.  I invite the Court to read it, if the Court has

 6     not done so.

 7            Fox misinterprets Ms. Powell's statements.

 8            THE COURT:  I believe I decided the motions to

 9     dismiss at some point, the earlier ones, so I have some

10     familiarity --

11            MR. McCALLEN:  Correct.

12            THE COURT:  -- with the allegations in the

13     complaint.

14            MR. McCALLEN:  Absolutely, Your Honor.

15            THE COURT:  Some detail.

16            MR. McCALLEN:  I understand there are a lot of

17     allegations there.

18            So you know, Mr. Dobbs again begins the statement

19     by putting up on the screen the name of four individuals,

20     including the CEO of Smartmatic, and he asks Ms. Powell to

21     describe the individuals on the screen as, you know -- quote

22     -- led the effort to rig the election.

23            And Ms. Powell went on to describe so-called

24     controller module in Smartmatic's software that permitted

25     valid manipulation.

 1          She said that she had -- quote -- reams and reams

 2     of documents that show that Smartmatic executed this.  The

 3     "this" being the effort to rig the election.

 4          She claims that $400 million of money from China

 5     came into Smartmatic only a few weeks before the election.

 6     And she says that George Soros -- quote -- connected to the

 7     entire endeavor along with Mr. Malloch-Brown and Eric Coomer

 8     of Dominion.

 9          And then immediately goes on to switching, talking

10     about switching votes in Tarrant County, Texas.

11          Again, Your Honor, this is another example where

12     what Fox attempts to do is they take this statement about --

13     quote -- connections to the entire endeavor.  And they say

14     the entire endeavor here is Smartmatic, but it's not.

15          When you look at the statement in context, what

16     she's talking about the entire endeavor is the supposed

17     endeavor to rig the election.  And that's, that is really

18     the statement more than anything that they use as a hook to

19     say, we need discovery of any connections to Smartmatic,

20     because we need to prove the truth of that statement, that

21     there was connections to the entire endeavor.

22          But the statement is about the endeavor to rig the

23     election, Your Honor.  So if they want to prove --

24          THE COURT:  Of which you've done a search and you

25     have no documents?

1             MR. McCALLEN:  Correct, Your Honor.

2             THE COURT:  And you so advised the defendant?

3             MR. McCALLEN:  Fox is well aware of that, Your

4    Honor.

5             So unless the Court has any further questions, I

6    think I've reached the end of my presentation.

7             THE COURT:  I think I've reach my limit of the

8    number of presentations that I'm allowed.

9             (Laughter.)

10             MR. McCALLEN:  Thank you, Your Honor.  We

11   appreciate the time and the attention.

12             THE COURT:  Before you stand back up --

13             MR. MARKS:  Yes.

14             THE COURT:  -- Mr. Marks.

15             Mr. Wipper, is this a disputed issue or not, or do

16   you have any position at all?

17             MR. WIPPER:  Your Honor, we don't have a

18   position --

19             THE COURT:  I know you have no written position.

20             MR. WIPPER:  We have no written position because

21   it's their documents.  Because I don't think it's the

22   publicly available information as to the connection, as to

23   the connection, whatever that means, the relationship

24   between Mr. Malloch-Brown and Mr. Soros is a disputed issue,

25   it's a matter of public record.

1          THE COURT:  Not only the public record, it's a

2    matter of records and information that you provided to the

3    Fox defendants as well, right, Mr. Wipper?

4          MR. WIPPER:  That's right.

5          THE COURT:  Okay, you can have a seat.

6          MR. WIPPER:  Thank you.

7          THE COURT:  Mr. Marks.

8          MR. MARKS:  Thank you, Your Honor.

9          Just to cut back to it.  Just focusing for a moment

10   as Your Honor --

11         THE COURT:  Well, let me ask you, how do you read

12   the context of Ms. Powell's statement that says:  there are

13   George Soros connections to this enter endeavor?  Do you

14   connect that as connected to Smartmatic, or do you connect

15   it as to the endeavor to rig the election as Mr. McCallen

16   suggests it clearly reads and that -- what's your response

17   to that?

18         MR. MARKS:  Well, Your Honor, I read it as I read

19   the Giuliani statements as connecting Smartmatic and Soros,

20   and making Smartmatic, therefore, more inclined to cheat in

21   the favor of the liberal Democrats and --

22         THE COURT:  And the "and" was that I was going to

23   ask is:  And why does it matter which it modifies, in either

24   event, it's not a disputed issue?

25         MR. MARKS:  Well, Your Honor, when you say it's not

1    a disputed issue --

2              THE COURT:  Neither of them are disputed, I mean

3    well --

4              MR. MARKS:  What we know from the public record,

5    Your Honor, is that Lord Malloch-Brown sat on the boards of

6    both entities, and he was friends with George Soros, okay,

7    for all --

8              THE COURT:  Is your defense that George Soros'

9    connection to the entire endeavor, meaning the rigging of

10   this election, was true?

11             MR. MARKS:  No, Your Honor.

12             THE COURT:  Was substantially true, is that your

13   claim?

14             MR. MARKS:  No.

15             THE COURT:  So you're seeking to attack, right, the

16   contention that George Soros' connection to the entire

17   endeavor means a connection to Smartmatic --

18             MR. MARKS:  Correct.

19             THE COURT:  -- as being substantially true?

20             MR. MARKS:  Correct.

21             THE COURT:  But everybody in this room says that is

22   substantially true.

23             MR. MARKS:  But, Your Honor, what we --

24             THE COURT:  And we're good with that, that's not in

25   dispute.

Proceedings                                    40

```
1              MR. MARKS:  But, Your Honor, what we understand --
2              THE COURT:  There are connections.
3              MR. MARKS:  There is a connection, Your Honor.  We
4    understand that there is, there is Malloch-Brown who is an
5    overlapping director on both companies, okay.
6              THE COURT:  And he had worked for the Soros entity
7    before he worked for Smartmatic, and he went back to work
8    for the Soros entity after he was working with Smartmatic.
9              MR. MARKS:  Okay.
10             THE COURT:  That's right.  There are press release
11   statements to that effect.
12             MR. MARKS:  But, Your Honor, I don't know as I sit
13   here when we get to trial whether Mr. Wipper and his team
14   are going to say that it was defamatory by Fox and
15   Mr. Giuliani to say that Smartmatic is only going to cheat
16   in one direction.  After all the, chairman -- I'm sorry.
17             THE COURT:  Go ahead.
18             MR. MARKS:  "After all, the Chairman is very, very
19   close to none other than Mr. Soros.  So how do you think
20   they're gonna to cheat?  They're gonna cheat Democratic.
21   They gonna cheat left wing."
22             Smartmatic may very well argue at trial, if we
23   didn't have this discovery, right, that you know
24   Malloch-Brown was, you know, was a common employee, a
25   director or both, that doesn't mean that, that Smartmatic as
```

1    a voting company was inclined to cheat.  You don't have

2    enough to be able to make that link.

3            This is why we pursued other discovery here to

4    source out that there is more of a relationship here than

5    just merely an overlapping director.  And that --

6            THE COURT:  I think you hit on the point that maybe

7    I'm understanding better from your adversary's side.

8            The defamation is Smartmatic rigged the election,

9    the George Soros connection is the -- may be the why, as it

10   would, but it's not the defamatory statement.

11           MR. MARKS:  Your Honor, if I look at November 18th,

12   there is nothing in there about Soros rigging the election,

13   okay.

14           THE COURT:  No, Smartmatic.

15           MR. MARKS:  No, I understand that.

16           THE COURT:  Did I misspeak?

17           MR. MARKS:  I understand that.  There's nothing in

18   here about -- and you pointed this out, this out in

19   argument.  There's nothing in here about, about Soros being

20   involved in 2020 in the rigging of an election with

21   Smartmatic or otherwise.

22           What the -- what the Powell and Giuliani

23   allegations speak to, right, is the closeness of the

24   relationship and the inclination therefore of Smartmatic to

25   cheat.  Okay.

1          It's not saying, you know, Soros was part of the,

2     you know, per se conspiracy to flip votes and whatnot.  It's

3     that Soros, you know, because of the relationship Smartmatic

4     was influenced, obligated, whatever the word would be to

5     cheat.

6          And merely having the evidence that Malloch-Brown

7     was an overlapping defendant -- an overlapping director is

8     not enough for us.  Right.  This is why we sought discovery

9     on this issue from Smartmatic, and we developed more of a

10    picture as to the relationship.  But the picture is

11    incomplete.

12         And we believe we have the right to seek discovery

13    from a non-party in a not very burdensome way to complete

14    that picture showing certainly the potential bias that

15    Smartmatic had to demonstrate that this statement about,

16    that Giuliani made about the inclination to cheat could be

17    substantially true.

18         That's what we think the heart of the relevance is

19    here.  Having nothing to do with rigging the election.

20    Having nothing to do with funding litigation or in having

21    nothing to do with owning part of Smartmatic, none of which

22    we were ever interested in.

23         We're interested in the closeness of the

24    relationship, what it is that Soros has done for Smartmatic

25    over time.  And the evidence that we got from Smartmatic as

1        to these meetings, and Your Honor knows from the papers

2        whether, you know, what was said and what occurred in these

3        meetings, we believe that that is pertinent for us to

4        develop that burden.

5                   THE COURT:   Thank you, Counsel.

6                   MR. MARKS:   Thank you, Your Honor.

7                   THE COURT:   Thank you for a very interesting

8        argument.   I am ready to rule at this time.

9                   I do note that CPLR 3101(a) mandates full

10       disclosure of all matter material and necessary in the

11       prosecution or defense of an action, and the person seeking

12       to quash the subpoena bears the burden of establishing that

13       the requested documents and records are utterly irrelevant.

14                  Citing to Ledonne versus Orsid, L-E-D-O-N-N-E,

15       Orsid, O-R-S-I-D Realty Corp., 83 AD3d 598 at 599, First

16       Department 2011.

17                  I note here that my finding today is that the

18       subpoenaed individuals, George Soros, Alex Soros, and the

19       Open Society Foundations have demonstrated that the

20       documentation sought by Fox today is not relevant to or

21       material or necessary to the prosecution of the defense in

22       this action.

23                  I base that on my finding that the crux of

24       Smartmatic's defamation claim is that Fox has asserted that

25       Smartmatic is in some way involved -- was in some way

1       involved in rigging the 2020 election.

2              It's not that Smartmatic was affiliated with George

3       Soros, Alex Soros, or Open Society, and that that is a

4       peripheral matter, not the crux of the defamation, but at

5       best a possible rationale for the defamation having been

6       offered at the time the defamation was made.

7              So not the central defamation that's being claimed.

8       And that the manner in which these witnesses and

9       organizations were mentioned was not tied to that central

10      statement, that central defamation statement or statements

11      that are at issue here.

12             So for those reasons, I find that the movants have

13      their met burden, and the subpoenas are quashed in all

14      respects.

15             To the extent that, although not addressed at

16      argument, that the subpoenaed individuals seek costs and

17      expenses in defending this motion, that application or that

18      motion as to that aspect of the motion is denied in all

19      respects.

20             Thank you, Counsel.

21             MR. McCALLEN:  Thank you, Your Honor.

22             THE COURT:  I'm sorry.  To the extent I referred to

23      it as a motion to quash, it actually went in the other

24      direction.  It's Fox's motion to compel.  But nevertheless,

25      the burden is the same.  And my ruling is the same.

 1                    Thank you, Counsel.

 2                    Off the record.

 3                    (Brief recess is held.)

 4                    THE COURT:  Back on the record.

 5                    We are now going to address sequence number 33.

 6         This is as Smartmatic's motion, correct?

 7                    MR. WIPPER:  Yes, Your Honor.

 8                    THE COURT:  Who will be arguing the motion?

 9                    MS. WARD:  I will, Your Honor.  Jamie Ward for

10         plaintiff.

11                    THE COURT:  Okay.  Same firm?

12                    MS. WARD:  Correct.

13                    THE COURT:  As Mr. Wipper?

14                    MS. WARD:  Yes.

15                    THE COURT:  Okay.  Did you put your appearance on

16         the record, Mr. Wipper?  I know I called on you before.

17                    MR. WIPPER:  I did put my appearance on the record

18         for motion sequence 32, but also for motion sequence 33,

19         Your Honor.

20                    THE COURT:  All right.

21                    MR. MASTERS:  Brad Masters, from Kirkland & Ellis,

22         on behalf of the Fox defendants.

23                    MS. WARD:  So, Your Honor, we're here this

24         afternoon on motion sequence 33, appealing an order from JHO

25         Marin which requires Smartmatic to certify the completion of

 1    Smartmatic's document production by October 14th.

 2             So there are a few issues with JHO Marin's order.

 3    As an initial matter, the plain language of section

 4    202.20-c(C) requires a party to state whether or not the

 5    production of documents in its possession, custody or

 6    control and that are responsive to the requests is complete

 7    or not complete.

 8             It does not contemplate a situation which JHO Marin

 9    describes in his order.

10             THE COURT:  Actually it doesn't say "or not

11    complete".

12             MS. WARD:  I apologize.

13             THE COURT:  Just it says "is complete".

14             MS. WARD:  Whether the production is complete.

15             THE COURT:  Right, or whether there are no

16    documents, those are the only two options.

17             MS. WARD:  Correct, Your Honor.

18             THE COURT:  It does not make any sense to you?

19    Obviously, this is a recently promulgated rule, right,

20    imposed in 2021.

21             My latest book was from 2020.  It didn't even have

22    that ruling yet.  I had to look it up online, but I was able

23    to find it.

24             But it's a recently promulgated rule.  Obviously it

25    was an opportunity for some sort of comment on it by the

1    bar, right?  But it seems like a strange reading, right?  It

2    says you have to certify, right, either if it's complete,

3    right, or that there are no documents?

4            MS. WARD:  Correct, Your Honor.

5            THE COURT:  But what if it's a partial production,

6    then what do you do?  But you know you have more documents

7    to come, which is the case here, right?

8            MS. WARD:  Correct.

9            THE COURT:  What do you do?

10           MS. WARD:  And that's kind of the predicament we

11   find ourselves in.

12           THE COURT:  But isn't that where judges come in and

13   we say, look, this rule intended that you accurately present

14   what you're supposed to do, right?

15           So wouldn't it be fair for Judge Marin to say,

16   look, under this rule it makes sense for me, I'm going to

17   fill in what's missing from this rule, and say that if it's

18   a partial production, say it's a partial production, say

19   what's not there, and say when you're going to produce it?

20   Isn't that what Judge Marin essentially did?

21           MS. WARD:  I think the problem with that reading,

22   Your Honor, and I agree that that makes sense based on the

23   wording of it --

24           THE COURT:  And it's certainly not contrary to law

25   because the law doesn't specify what to do in that

1      circumstance, right?

2                MS. WARD:  That's correct.  But I think JHO

3      Marin --

4                THE COURT:  It was clearly erroneous for him to say

5      that, because where is the error?  It's not contrary to any

6      specific provision.

7                MS. WARD:  Correct, Your Honor.

8                THE COURT:  So why didn't he tell you to certify

9      it?

10               MS. WARD:  Because what JHO Marin says in his order

11     is Smartmatic shall certify the completion of its

12     production.  What Fox was asking JHO Marin to do, and what I

13     believe he intended with this order, is for Smartmatic to

14     certify in a sworn affidavit that this document production

15     is complete, not --

16               THE COURT:  No, no, no.  Judge Marin was not asking

17     you to lie.  You can't tell me that that's what he was

18     asking you to do.  The production was partially complete, he

19     was telling you to report on its completeness.

20               MS. WARD:  Understood, Your Honor.

21               We think that's not, you know, an option that's

22     contemplated by 202.20-c as Your Honor --

23               THE COURT:  That's what we do every day.  We fill

24     in the blanks where there are situations that weren't

25     contemplated, but we look at the intent and the purpose of

1       the rule, the regulation, the statute, and we impose logical

2       responses to it.  Isn't that what Judge Marin did?

3              MS. WARD:  Your Honor, we read the wording of this

4       order a little bit different, partially because of Fox's

5       motion.  Fox's motion did indeed intend for us to certify

6       full on completion, and I think that made it quite clear.

7              THE COURT:  But there were several individuals who

8       were still waiting for documentation from --

9              MS. WARD:  That's correct.

10             THE COURT:  -- regardless, and that was presented

11      and apparent in front of Judge Marin, right?

12             MS. WARD:  We agree, Your Honor.  And I think that

13      the real underlying issue with the order is that inherent

14      contradiction in the order, or if by one hand it recognizes

15      there are several pieces of outstanding discovery, and on

16      the other hand, you know, orders the certification of

17      completion which under 202.20-c has to be done in a sworn

18      affidavit.

19             THE COURT:  So you believe that had you written the

20      responses production is complete, with the exception of

21      these two individuals who were still attempting to obtain

22      production to, that Judge Marin would have held you in

23      contempt for violating his order?

24             MS. WARD:  I don't believe JHO Marin would

25      impose --

 1          THE COURT:  Then why are we spending any more time
 2     on this nonsense?
 3          MS. WARD:  But, Your Honor, if I may make one
 4     point.  I think there's a slight bit of an additional issue
 5     here beyond just kind of the somewhat contradictory nature
 6     of the order and kind of the odd phrasing of the section at
 7     issue.
 8          THE COURT:  There is nothing odd about it.
 9          MS. WARD:  I was just referring to what Your Honor
10     said earlier --
11          THE COURT:  Just occasionally doesn't contemplate,
12     right?
13          MS. WARD:  Sure.
14          THE COURT:  How often do you read a statute and
15     you're like, well, I'm just not sure this statute
16     contemplates the particular situation that we're in right
17     now?
18          MS. WARD:  Understood, Your Honor.
19          THE COURT:  So then you'll look back at the
20     legislative and then maybe you'll look at some other --
21     you'll try to read from other provisions and see other
22     similar provisions and see how courts might have addressed
23     those in similar provisions, but you can't get that,
24     Counsel, you just can't.
25          MS. WARD:  I understand, Your Honor.  I understand.

Proceedings                                          51

1      I think we do have a slightly additional issue just to this

2      kind of, you know --

3                  THE COURT:  Go ahead.

4                  MS. WARD:  -- one that we discussed before, and

5      that we are in a situation where Fox has for months and

6      months and months now moved the goalpost on what it is going

7      to consider a complete production.

8                  Just two weeks ago we were in front of JHO Marin

9      where Fox brought more than 10 issues that they thought

10     needed to be heard by JHO Marin.

11                 This Friday alone, last Friday we got three

12     separate requests for new discovery.  So we're in a position

13     now where my client is going to have to say --

14                 THE COURT:  Don't you understand how much of that

15     makes me appreciate that JHO Marin has the time and

16     inclination to oversee this discovery?

17                 (Laughter.)

18                 MS. WARD:  He's on a good holiday, yes, that's for

19     sure.

20                 But we are now in a situation where my client is

21     going to have to sign an affidavit.

22                 Let's say we go with a partial, you know, the

23     partial completion scenario Your Honor contemplated saying

24     we are complete except for X, Y, Z.  Well, Fox has just

25     brought up as of Friday what it believes are issues A, B, C,

1      D, E.  Now, if we had signed that affidavit on Friday saying

2      we are complete except for X, Y, Z, we're now in a position

3      where Fox gets to come back and say, hah, that was a lie,

4      you didn't include A, B, C, D, that's why I think the rule

5      contemplates --

6              THE COURT:  But this rule doesn't go to the

7      entirety of the production.  It goes for each document

8      request per pound.  So it goes to the document request that

9      you are responding to today.  Now, there have been several

10     document requests --

11             MS. WARD:  A few.

12             THE COURT:  -- in this case?

13             MS. WARD:  Yes.

14             THE COURT:  That's what you're supposed to do here,

15     okay?

16             MS. WARD:  Understood, Your Honor.  But the

17     outstanding issues again some of them were discussed are if

18     it's on a custodian basis, it can't assigned to a specific

19     document request.  So it is indeed an issue of overall

20     production.

21             So now we're now in a position where we, you know,

22     Smartmatic has to sign a sworn statement saying we are

23     complete, even with potential caveats when we don't know if,

24     you know, after we get out of this hearing Fox is going to

25     attempt to issue 10 new requests.  And now we are in a

Proceedings                                           53

1        situation where this affidavit appears to be inaccurate.  I

2        think that's why 202.20 contemplates the situation in which

3        once you are done, you know, everything is in, then you

4        certify the completion of your document production.  I think

5        that's the context in which it makes sense.

6                THE COURT:  You're an excellent lawyer in a very

7        substantially sized law firm full of excellent lawyers.  I

8        have no doubt that you'll be able to figure out how to

9        fashion your response that will both satisfy Judge Marin and

10       protect you in terms of your future document request.

11               So go forth and do what Judge Marin told you to do.

12               I'm finding that Judge Marin's ruling was not

13       contrary to law.  And accordingly for that reason I'm

14       denying this motion.

15               MS. WARD:  Thank you, Your Honor.

16               THE COURT:  Sorry I had deprived you of the

17       opportunity to argue.

18               MR. MASTERS:  That's okay, Your Honor.

19               THE COURT:  Okay, next argument.

20               MR. KLEIN:  Your Honor, this is the one we

21       discussed doing in chambers.

22               THE COURT:  Yes.

23               So before we go off the record for a moment, motion

24       sequence number 34 involves issues of privilege.  And

25       because it does, it's going to be necessary for the Court to

1    handle this oral argument in-camera.  And for that reason

2    the press unfortunately will not be able to be present for

3    this argument.  And this is the last one that we are to

4    doing today.  We did that for the purpose of allowing the

5    press to be here for everything they could be here for.  And

6    because of the privilege issues, we are just going to have

7    to do this outside the presence of the press.

8          If you want to stay you can, and then we will go

9    into my chambers.  If you want, the members of the press, if

10   you wish to depart at this time, then I guess we can stay in

11   the courtroom, right, because then we can just make sure the

12   courtroom is closed except the individuals who can stay.

13          I appreciate that.

14          (Whereupon, the members of the press leave the

15   courtroom.)

16          THE COURT:  We are off the record.

17                *       *       *       *       *

18          Certified to be a true and accurate transcript of

19   the stenographic minutes taken within.

20

21                                    MARIA E. RIVERA

22                                    _____
                                      Maria E. Rivera
                                      Senior Court Reporter
23

24

25

**$**

**$400** [2] - 6:4, 36:4

**1**

**1** [1] - 24:7
**10** [3] - 35:3, 51:9, 52:25
**10016** [1] - 2:11
**10019** [1] - 2:16
**10022** [1] - 2:4
**10036** [1] - 1:17
**10th** [1] - 5:25
**1155** [1] - 1:17
**12th** [1] - 5:9
**14th** [1] - 46:1
**151136** [1] - 3:7
**151136/21** [1] - 1:9
**1600** [1] - 1:20
**18th** [2] - 5:18, 41:11

**2**

**20** [1] - 24:4
**2011** [1] - 43:16
**202.20** [1] - 53:2
**202.20-c** [2] - 48:22, 49:17
**202.20-c(C** [1] - 46:4
**2020** [8] - 5:9, 18:8, 18:24, 19:7, 35:3, 41:20, 44:1, 46:21
**2021** [2] - 3:8, 46:20
**2023** [2] - 1:10, 33:13
**26th** [1] - 1:17

**3**

**30** [1] - 1:10
**30-year** [2] - 24:4, 31:25
**3101(a** [1] - 43:9
**32** [4] - 1:10, 3:8, 3:9, 45:18
**33** [5] - 1:10, 3:8, 45:5, 45:18, 45:24
**34** [2] - 3:8, 53:24

**5**

**58** [1] - 1:2
**598** [1] - 43:15
**599** [1] - 43:15

**6**

**600** [1] - 2:11
**601** [1] - 2:4
**60606** [1] - 1:20

**7**

**71** [2] - 1:9, 1:20
**787** [1] - 2:15

**8**

**8** [1] - 16:13
**83** [1] - 43:15
**84111** [1] - 2:7

**9**

**95** [1] - 2:7

**A**

**Aaron** [1] - 3:14
**AARON** [1] - 2:5
**able** [6] - 12:25, 16:7, 41:2, 46:22, 53:8, 54:2
**absolutely** [3] - 10:8, 28:19, 35:14
**accept** [1] - 21:12
**accomplish** [1] - 7:17
**accomplished** [1] - 16:23
**accordingly** [1] - 53:13
**accurate** [2] - 31:17, 54:18
**accurately** [1] - 47:13
**action** [3] - 4:7, 43:11, 43:22
**actual** [2] - 6:2, 17:19
**AD3d** [1] - 43:15
**additional** [2] - 50:4, 51:1
**address** [4] - 12:24, 29:2, 33:9, 45:5
**addressed** [2] - 44:15, 50:22
**addressing** [1] - 13:15
**advance** [1] - 20:19
**adversary's** [1] - 41:7
**adverse** [1] - 33:1
**advised** [1] - 43:23
**advisory** [2] - 33:16, 34:16
**affidavit** [5] - 48:14, 49:18, 51:21, 52:1, 53:1
**affiliate** [1] - 18:16
**affiliated** [4] - 18:13,

18:14, 44:2
**affiliation** [1] - 5:4
**afternoon** [5] - 3:2, 3:3, 3:16, 16:25, 45:24
**ago** [2] - 27:2, 51:8
**agree** [3] - 30:17, 47:22, 49:12
**agreed** [4] - 28:16, 29:4, 29:5, 29:9
**ahead** [4] - 17:25, 22:17, 40:17, 51:3
**airwaves** [1] - 4:24
**Alex** [9] - 4:4, 21:19, 24:8, 33:7, 33:12, 33:20, 34:6, 43:18, 44:3
**ALEXANDER** [1] - 2:15
**Alexander** [1] - 17:2
**allegation** [1] - 29:6
**allegations** [8] - 4:22, 6:25, 7:3, 7:9, 25:9, 35:12, 35:17, 41:23
**allege** [1] - 19:4
**alleging** [2] - 7:10, 30:19
**allow** [1] - 12:6
**allowed** [1] - 37:8
**allowing** [1] - 54:4
**alluded** [1] - 34:17
**alone** [1] - 51:11
**Americas** [1] - 1:17
**amount** [3] - 7:14, 11:11, 30:10
**analyzing** [1] - 17:15
**answer** [3] - 10:22, 22:12, 22:13
**apologize** [1] - 46:12
**apparent** [1] - 49:11
**appealing** [1] - 45:24
**appearance** [2] - 45:15, 45:17
**appearances** [2] - 1:23, 3:11
**appeared** [4] - 5:9, 5:10, 5:18, 5:25
**appearing** [2] - 3:22, 23:5
**application** [1] - 44:17
**apply** [1] - 32:5
**appointed** [1] - 33:15
**appreciate** [4] - 32:10, 37:11, 51:15, 54:13
**appropriate** [1] - 28:6
**areas** [1] - 13:21

**Argentina** [2] - 19:25, 20:24
**argue** [2] - 40:22, 53:17
**arguing** [2] - 3:12, 45:8
**ARGUMENT** [1] - 1:10
**argument** [13] - 4:1, 15:23, 26:1, 26:19, 28:1, 29:24, 32:12, 41:19, 43:8, 44:16, 53:19, 54:1, 54:3
**arguments** [3] - 26:2, 34:4, 34:5
**ARONOFF** [1] - 1:19
**Aronoff** [1] - 3:20
**aside** [1] - 19:11
**aspect** [1] - 44:18
**asserted** [1] - 4:22
**assigned** [1] - 52:18
**assume** [1] - 10:21
**attached** [2] - 33:19, 35:4
**attack** [1] - 39:15
**attempt** [1] - 52:25
**attempting** [1] - 49:21
**attempts** [1] - 36:12
**attention** [3] - 17:17, 17:24, 37:11
**attesting** [1] - 33:21
**Attorneys** [6] - 1:16, 1:19, 2:3, 2:6, 2:10, 2:14
**August** [2] - 4:12, 4:13
**authority** [1] - 27:12
**available** [1] - 37:22
**Avenue** [4] - 1:17, 2:4, 2:11, 2:15
**aware** [2] - 33:18, 37:3

**B**

**B.V** [1] - 1:3
**bar** [1] - 47:1
**Barcelona** [1] - 19:8
**BARTIROMO** [1] - 1:7
**base** [1] - 43:23
**based** [2] - 11:7, 47:22
**basic** [1] - 13:12
**basis** [5] - 22:21, 23:20, 28:14, 33:22, 52:18
**bears** [1] - 43:12

**beginning** [1] - 7:21
**begins** [2] - 9:2, 35:18
**begs** [1] - 34:17
**behalf** [4] - 3:18, 17:2, 18:17, 45:22
**believes** [1] - 51:25
**benefit** [1] - 17:22
**BENESCH** [2] - 1:16, 1:19
**Benesch** [1] - 3:19
**BENJAMIN** [1] - 2:16
**Benjamin** [2] - 3:17, 17:1
**best** [2] - 26:6, 44:5
**better** [2] - 3:4, 41:7
**between** [6] - 6:13, 11:22, 14:13, 18:3, 34:21, 37:24
**beyond** [2] - 14:8, 50:5
**bias** [1] - 42:14
**biased** [2] - 5:1, 8:3
**bit** [4] - 32:1, 49:4, 50:4
**blanks** [1] - 48:24
**block** [1] - 11:15
**board** [2] - 33:16, 34:16
**boards** [1] - 39:5
**book** [1] - 46:21
**Brad** [1] - 45:21
**BRAD** [1] - 2:8
**break** [1] - 18:21
**brief** [7] - 7:14, 16:6, 16:10, 17:14, 17:16, 26:1, 45:3
**briefly** [1] - 21:16
**briefs** [1] - 30:12
**bring** [1] - 11:15
**bringing** [1] - 27:3
**broadest** [1] - 10:2
**brought** [2] - 51:9, 51:25
**Brown** [17] - 6:8, 9:4, 18:4, 18:5, 19:14, 21:3, 23:21, 31:16, 33:20, 34:22, 36:7, 37:24, 39:5, 40:4, 40:24, 42:6
**Brown's** [3] - 11:15, 12:23, 31:22
**brush** [1] - 27:20
**bucket** [1] - 18:22
**buckets** [1] - 18:22
**build** [1] - 11:21
**burden** [10] - 4:19, 9:17, 16:22, 26:3, 26:18, 34:4, 43:4, 43:12, 44:13, 44:25

**burdensome** [1] - 42:13
**business** [2] - 16:16, 20:4
**BY** [6] - 1:18, 1:21, 2:5, 2:8, 2:12, 2:16

# C

**camera** [1] - 54:1
**care** [1] - 27:17
**careful** [1] - 17:17
**case** [14] - 10:8, 15:16, 21:14, 24:21, 24:24, 25:25, 26:4, 26:23, 26:25, 27:13, 27:16, 27:23, 47:7, 52:12
**cases** [1] - 7:4
**causes** [1] - 5:5
**caveats** [1] - 52:23
**central** [3] - 44:7, 44:9, 44:10
**CEO** [1] - 35:20
**certain** [6] - 4:7, 4:17, 15:14, 16:11, 16:12, 22:18
**certainly** [9] - 8:19, 24:14, 24:25, 25:18, 26:14, 27:5, 32:16, 42:14, 47:24
**certification** [1] - 49:16
**Certified** [1] - 54:14
**certify** [7] - 45:25, 47:2, 48:8, 48:11, 48:14, 49:5, 53:4
**chairman** [3] - 5:21, 34:15, 40:16
**Chairman** [2] - 20:13, 40:18
**chairperson** [1] - 18:5
**challenge** [2] - 16:7, 23:20
**chambers** [2] - 53:21, 54:9
**change** [3] - 5:14, 19:13, 19:17
**characterize** [1] - 7:2
**Chavez** [1] - 19:5
**cheat** [20] - 5:2, 5:20, 5:23, 5:24, 8:10, 20:13, 20:15, 20:16, 20:17, 38:20, 40:15, 40:20, 40:21, 41:1, 41:25, 42:5, 42:16
**cheating** [3] - 8:20, 20:3, 20:12
**Chicago** [3] - 1:20,

20:1, 20:24
**China** [2] - 6:5, 36:4
**choose** [1] - 22:14
**circuit** [1] - 9:22
**circumstance** [1] - 48:1
**cite** [1] - 7:5
**cited** [1] - 33:18
**citing** [1] - 43:14
**City** [1] - 2:7
**CIVIL** [1] - 1:2
**claim** [4] - 6:21, 23:14, 39:13, 43:24
**claimed** [1] - 44:7
**claims** [5] - 19:2, 19:20, 19:21, 36:4
**clear** [6] - 8:4, 11:16, 17:5, 25:11, 27:24, 49:6
**clearly** [2] - 38:16, 48:4
**client** [5] - 23:18, 25:2, 33:1, 51:13, 51:20
**clients** [4] - 24:15, 26:24, 31:14, 33:8
**close** [11] - 5:3, 5:22, 8:12, 19:5, 20:14, 21:2, 22:23, 23:22, 24:13, 32:16, 40:19
**closed** [1] - 54:12
**closely** [1] - 8:22
**closeness** [2] - 41:23, 42:23
**COHEN** [1] - 1:12
**collateral** [2] - 7:5, 7:7
**collectively** [1] - 4:8
**combination** [1] - 26:2
**coming** [3] - 26:18, 30:3, 31:23
**commenced** [1] - 32:18
**comment** [1] - 46:25
**comments** [2] - 5:19, 6:1
**common** [1] - 40:24
**communications** [4] - 9:20, 21:7, 21:13, 30:18
**companies** [2] - 10:8, 40:5
**company** [6] - 5:1, 5:12, 5:16, 18:6, 41:1
**compel** [6] - 3:10, 4:3, 13:4, 16:21, 34:9, 44:24
**complaint** [7] - 4:22, 6:25, 7:3, 17:10,

25:10, 34:20, 35:13
**complaints** [2] - 5:7, 26:7
**complete** [14] - 7:24, 9:18, 42:13, 46:6, 46:7, 46:14, 47:2, 48:15, 48:18, 49:20, 51:7, 51:24, 52:2, 52:23
**complete"** [2] - 46:11, 46:13
**completeness** [1] - 48:19
**completion** [6] - 45:25, 48:11, 49:6, 49:17, 51:23, 53:4
**component** [3] - 12:1, 23:12, 28:4
**computers** [2] - 20:3, 20:25
**con** [1] - 10:18
**concede** [2] - 8:2, 7:11
**conceded** [1] - 24:2
**concerns** [1] - 29:3
**conclusion** [1] - 20:10
**conduct** [1] - 30:22
**confer** [4] - 10:6, 13:1, 30:7, 34:6
**conferred** [1] - 4:12
**confers** [1] - 28:8
**confirm** [2] - 29:13, 31:14
**confirming** [1] - 7:13
**connect** [3] - 32:23, 38:14
**connected** [3] - 21:19, 36:6, 38:14
**connecting** [1] - 38:19
**connection** [16] - 6:12, 6:16, 8:18, 11:23, 11:25, 22:23, 31:15, 32:24, 37:22, 37:23, 39:9, 39:16, 39:17, 40:3, 41:9
**connections** [7] - 6:7, 8:15, 36:13, 36:19, 36:21, 38:13, 40:2
**consider** [1] - 51:7
**conspiracy** [2] - 21:11, 42:2
**contemplate** [2] - 46:8, 50:1
**contemplated** [3] - 48:22, 48:25, 51:23
**contemplates** [3] - 50:16, 52:5, 53:2

**contempt** [1] - 49:23
**contended** [2] - 6:21, 6:23
**contention** [3] - 11:18, 21:17, 39:16
**contest** [1] - 24:14
**contested** [1] - 24:21
**contesting** [4] - 24:20, 24:23, 25:1, 25:2
**context** [3] - 36:15, 38:12, 53:5
**continued** [1] - 1:23
**Continued** [1] - 2:1
**contracts** [1] - 15:14
**contradiction** [1] - 49:14
**contradictory** [1] - 50:5
**contrary** [3] - 47:24, 48:5, 53:13
**control** [3] - 34:13, 34:14, 46:6
**controller** [1] - 35:24
**conversation** [1] - 30:8
**Coomer** [1] - 36:7
**COPLAN** [2] - 1:16, 1:19
**Coplan** [1] - 3:20
**copy** [1] - 34:1
**Corp** [2] - 3:7, 43:15
**CORP** [1] - 1:3
**CORPORATION** [2] - 1:3, 1:6
**correct** [29] - 6:15, 6:24, 18:14, 18:18, 21:25, 22:10, 23:2, 23:6, 23:14, 24:6, 24:10, 24:12, 25:3, 29:21, 33:4, 35:11, 37:1, 39:18, 39:20, 45:6, 45:12, 46:17, 47:4, 47:8, 48:2, 48:7, 49:9
**costs** [1] - 44:16
**Counsel** [10] - 8:8, 10:9, 16:8, 16:24, 17:24, 23:9, 43:5, 44:20, 45:1, 50:24
**counsel** [5] - 3:11, 10:16, 10:19, 29:12, 31:5
**count** [1] - 19:6
**counting** [1] - 19:8
**County** [1] - 36:10
**COUNTY** [1] - 1:2
**couple** [4] - 9:5, 10:24, 18:1, 22:11
**course** [6] - 19:1,

21:12, 28:22, 30:7, 33:10
**Court** [12] - 1:25, 3:6, 17:5, 17:22, 27:12, 29:3, 31:10, 35:5, 37:5, 53:25, 54:22
**COURT** [158] - 1:1, 3:1, 3:4, 3:6, 3:23, 3:25, 6:11, 6:17, 6:20, 7:1, 7:12, 7:23, 8:7, 9:5, 9:10, 9:19, 9:23, 10:2, 10:7, 10:11, 10:16, 10:19, 10:22, 10:24, 11:16, 11:24, 12:21, 13:2, 13:14, 13:20, 14:2, 14:6, 14:15, 14:22, 15:2, 15:9, 15:22, 16:5, 16:24, 17:24, 18:9, 18:13, 21:17, 21:23, 22:1, 22:4, 22:9, 22:17, 22:22, 23:3, 23:7, 23:11, 23:25, 24:4, 24:8, 24:11, 24:13, 24:17, 24:23, 25:1, 25:4, 25:14, 25:18, 26:11, 27:3, 27:25, 28:16, 28:21, 28:24, 29:14, 29:16, 29:19, 29:22, 29:25, 30:2, 30:5, 30:22, 30:24, 31:1, 31:4, 31:9, 31:13, 32:4, 32:7, 32:11, 32:22, 33:5, 33:10, 34:11, 34:23, 35:1, 35:8, 35:12, 35:15, 36:24, 37:2, 37:7, 37:12, 37:14, 37:19, 38:1, 38:5, 38:7, 38:11, 38:22, 39:2, 39:8, 39:12, 39:15, 39:19, 39:21, 39:24, 40:2, 40:6, 40:10, 40:17, 41:6, 41:14, 41:16, 43:5, 43:7, 44:22, 45:4, 45:8, 45:11, 45:13, 45:15, 45:20, 46:10, 46:13, 46:15, 46:18, 47:5, 47:9, 47:12, 47:24, 48:4, 48:8, 48:16, 48:23, 49:7, 49:10, 49:19, 50:1, 50:8, 50:11, 50:14, 50:19, 51:3, 51:14, 52:6, 52:12, 52:14, 53:6, 53:16, 53:19, 53:22, 54:16
**court** [1] - 31:8
**Court's** [1] - 17:20

**courtroom** [5] - 21:6, 30:11, 54:11, 54:12, 54:15
**courts** [1] - 50:22
**CPLR** [1] - 43:9
**creates** [1] - 7:20
**critical** [2] - 6:17, 6:20
**crosses** [1] - 17:15
**crux** [2] - 43:23, 44:4
**custodian** [1] - 52:18
**custodians** [1] - 11:5
**custody** [1] - 46:5
**cut** [2] - 27:22, 38:9

**D**

**damages** [5] - 14:16, 15:9, 15:10, 15:12, 16:19
**date** [1] - 8:1
**dates** [1] - 13:8
**DAVID** [1] - 1:12
**days** [2] - 18:9, 19:18
**deal** [1] - 7:13
**dealing** [1] - 3:8
**December** [2] - 5:25, 35:3
**decided** [1] - 35:8
**DECISION** [1] - 1:10
**decision** [3] - 25:22, 27:2, 28:5
**defamation** [10] - 6:18, 6:23, 23:14, 41:8, 43:24, 44:4, 44:5, 44:6, 44:7, 44:10
**defamatory** [6] - 4:24, 7:11, 17:19, 21:1, 40:14, 41:10
**defendant** [2] - 37:2, 42:7
**defendants** [3] - 3:15, 38:3, 45:22
**Defendants** [4] - 1:8, 2:3, 2:6, 2:10
**defending** [1] - 44:17
**defense** [9] - 11:19, 20:20, 20:21, 21:14, 23:16, 30:10, 39:8, 43:11, 43:21
**defenses** [3] - 4:7, 4:15, 4:17
**definitely** [1] - 23:2
**definitively** [1] - 25:5
**delay** [2] - 34:25, 35:1
**Democratic** [3] - 5:23, 20:16, 40:20
**Democrats** [1] -

38:21
**democrats** [1] - 5:3
**demonstrated** [2] - 12:7, 42:15
**demonstrated** [1] - 43:19
**demonstrates** [1] - 17:17
**denial** [1] - 34:9
**denied** [1] - 44:18
**denying** [1] - 53:14
**depart** [1] - 54:10
**Department** [1] - 43:16
**deposition** [3] - 7:6, 31:14, 31:23
**deprived** [1] - 53:16
**derive** [1] - 16:2
**describe** [2] - 35:21, 35:23
**describes** [1] - 46:9
**detail** [2] - 15:16, 35:15
**details** [1] - 31:6
**determined** [1] - 8:24
**develop** [1] - 43:4
**developed** [3] - 9:1, 12:11, 42:9
**different** [4] - 5:8, 22:2, 33:8, 49:4
**dig** [1] - 27:13
**direction** [8] - 5:2, 5:21, 20:13, 22:7, 22:25, 23:1, 40:16, 44:24
**director** [5] - 9:3, 40:5, 40:25, 41:5, 42:7
**disclosure** [1] - 43:10
**discovery** [38] - 8:25, 9:9, 9:14, 9:16, 11:8, 11:10, 12:6, 12:19, 13:12, 13:15, 13:22, 14:5, 15:11, 16:4, 16:11, 17:11, 17:13, 17:18, 20:18, 23:17, 23:23, 23:24, 25:15, 25:21, 25:24, 26:14, 28:5, 28:10, 34:2, 36:19, 40:23, 41:3, 42:8, 42:12, 49:15, 51:12, 51:16
**discussed** [5] - 16:19, 31:5, 51:4, 52:17, 53:21
**discussion** [1] - 28:17
**disentangle** [1] -

26:4
**dismiss** [1] - 35:9
**dispute** [3] - 24:19, 27:16, 39:25
**disputed** [14] - 6:12, 6:15, 7:15, 7:18, 7:23, 7:25, 14:24, 18:19, 32:14, 37:15, 37:24, 38:24, 39:1, 39:2
**disputes** [1] - 17:6
**DOBBS** [1] - 1:6
**Dobbs** [6] - 5:10, 5:19, 6:1, 18:23, 35:4, 35:18
**Dobbs'** [1] - 19:18
**document** [12] - 13:24, 14:23, 14:24, 16:23, 46:1, 48:14, 52:7, 52:8, 52:10, 52:19, 53:4, 53:10
**documentation** [2] - 43:20, 49:8
**documents** [39] - 4:6, 4:10, 4:14, 4:16, 4:18, 6:2, 7:13, 7:16, 9:20, 10:1, 11:6, 12:15, 12:19, 12:23, 13:6, 13:23, 14:8, 14:25, 15:5, 15:20, 15:24, 16:14, 20:7, 26:16, 27:14, 29:4, 29:5, 29:8, 30:16, 33:19, 33:22, 36:2, 36:25, 37:21, 43:13, 46:5, 46:16, 47:3, 47:6
**Dominion** [5] - 5:12, 6:3, 6:9, 19:10, 36:8
**done** [7] - 7:22, 11:4, 35:6, 36:24, 42:24, 49:17, 53:3
**doubt** [2] - 8:2, 53:8
**down** [2] - 13:11, 31:2
**Drive** [1] - 1:20
**due** [1] - 5:3
**dug** [1] - 26:7
**during** [2] - 28:8, 34:5

**E**

**EDWARD** [1] - 1:18
**Edward** [1] - 3:19
**effect** [1] - 40:11
**effort** [3] - 12:6, 35:22, 36:3
**efforts** [1] - 16:15
**either** [6] - 20:10, 29:10, 32:4, 32:17,

38:23, 47:2
**election** [29] - 6:6, 6:22, 18:8, 19:2, 19:7, 19:21, 20:1, 21:8, 21:11, 21:21, 22:5, 22:24, 26:9, 26:12, 30:15, 30:20, 33:1, 35:22, 36:3, 36:5, 36:17, 36:23, 38:15, 39:10, 41:8, 41:12, 41:20, 42:19, 44:1
**elections** [6] - 19:4, 19:23, 19:24, 20:22, 20:23, 22:6
**element** [1] - 17:19
**elements** [1] - 21:1
**Ellis** [2] - 3:14, 45:21
**ELLIS** [2] - 2:3, 2:6
**email** [2] - 12:23, 12:24
**employee** [1] - 40:24
**end** [7] - 4:11, 4:13, 25:25, 26:22, 28:10, 28:13, 37:6
**endeavor** [14] - 6:7, 26:9, 26:12, 36:7, 36:13, 36:14, 36:16, 36:17, 36:21, 36:22, 38:13, 38:15, 39:9, 39:17
**engage** [1] - 13:4
**enter** [1] - 38:13
**entire** [11] - 6:7, 11:4, 23:12, 24:9, 36:7, 36:13, 36:14, 36:16, 36:21, 39:9, 39:16
**entirety** [1] - 52:7
**entities** [4] - 26:24, 29:17, 29:20, 39:6
**entitled** [1] - 14:8
**entity** [3] - 18:14, 40:6, 40:8
**Eric** [1] - 36:7
**erroneous** [1] - 48:4
**error** [1] - 48:5
**ESQ** [6] - 1:18, 1:21, 2:5, 2:8, 2:12, 2:16
**essentially** [3] - 7:13, 32:24, 47:20
**established** [1] - 12:2
**establishing** [1] - 43:12
**event** [1] - 38:24
**events** [3] - 13:9, 33:13, 33:14
**evidence** [8] - 6:3, 9:2, 11:20, 12:11, 31:11, 33:17, 42:6,

42:25
**exactly** [2] - 30:11, 35:2
**examination** [1] - 27:19
**example** [4] - 7:6, 16:13, 30:13, 36:11
**excellent** [2] - 53:6, 53:7
**except** [3] - 51:24, 52:2, 54:12
**exception** [1] - 49:20
**exchanged** [1] - 31:6
**excluding** [2] - 12:20, 12:22
**executed** [3] - 6:4, 8:16, 36:2
**Exhibit** [1] - 35:4
**expect** [1] - 13:7
**expenses** [1] - 44:17
**explain** [1] - 22:4
**explanation** [3] - 22:9, 23:1, 23:12
**expressed** [1] - 28:9
**expression** [1] - 32:3
**extent** [5] - 21:7, 29:23, 30:17, 44:15, 44:22
**extra** [1] - 34:8

**F**

**fact** [6] - 5:1, 6:12, 7:12, 12:8, 21:2, 32:17
**fair** [4] - 25:8, 25:9, 32:9, 47:15
**familiarity** [1] - 35:10
**far** [2] - 12:18, 14:2
**FARR** [1] - 2:14
**Farr** [2] - 3:17, 17:2
**fashion** [1] - 53:9
**father's** [1] - 34:14
**favor** [1] - 38:21
**few** [5] - 6:5, 18:9, 36:5, 46:2, 52:11
**figure** [1] - 53:8
**filed** [3] - 4:3, 4:11, 4:15
**files** [2] - 20:19, 27:14
**fill** [3] - 12:15, 47:17, 48:23
**firm** [2] - 45:11, 53:7
**first** [7] - 4:20, 9:19, 18:22, 18:25, 22:11, 28:7
**First** [1] - 43:15
**five** [1] - 11:5
**fix** [3] - 19:3, 20:22,

20:23
**fixed** [1] - 19:24
**fixing** [1] - 19:22
**flip** [1] - 42:2
**Floor** [1] - 1:17
**focusing** [1] - 38:9
**formed** [2] - 19:3, 19:4
**forth** [1] - 53:11
**FOUNDATION** [1] - 2:15
**foundation** [1] - 10:1
**Foundations** [3] - 4:5, 18:16, 43:19
**founded** [3] - 4:6, 19:21, 20:22
**four** [1] - 35:19
**FOX** [2] - 1:6
**Fox** [33] - 2:3, 2:6, 2:10, 3:7, 3:14, 4:24, 6:21, 17:10, 17:15, 20:6, 20:19, 21:5, 21:12, 23:5, 23:19, 25:14, 27:20, 29:23, 31:5, 35:7, 36:12, 37:3, 38:3, 40:14, 43:20, 43:24, 45:22, 48:12, 51:5, 51:9, 51:24, 52:3, 52:24
**Fox's** [6] - 3:10, 26:19, 29:12, 44:24, 49:4, 49:5
**Friday** [4] - 51:11, 51:25, 52:1
**FRIEDLANDER** [2] - 1:16, 1:19
**Friedlander** [1] - 3:20
**friends** [1] - 39:6
**frightening** [1] - 5:17
**front** [2] - 49:11, 51:8
**full** [4] - 35:4, 43:9, 49:6, 53:7
**funding** [8] - 14:17, 14:19, 15:6, 29:10, 29:11, 29:12, 29:14, 42:20
**funny** [1] - 5:16
**future** [1] - 53:10

## G

**GALLAGHER** [1] - 2:14
**Gallagher** [2] - 3:17, 17:2
**gaps** [1] - 12:16
**generally** [1] - 26:17
**George** [19] - 4:4, 5:4, 6:6, 6:13, 8:15,

17:2, 18:14, 21:18, 22:1, 31:15, 33:13, 36:6, 38:13, 39:6, 39:8, 39:16, 41:9, 43:18, 44:2
**GEORGE** [1] - 2:14
**Giuliani** [22] - 4:23, 5:8, 5:10, 5:18, 8:5, 14:4, 15:24, 16:2, 18:23, 19:1, 21:4, 22:1, 22:12, 22:14, 30:19, 31:19, 32:17, 32:23, 38:19, 40:15, 41:22, 42:16
**GIULIANI** [1] - 1:7
**Giuliani's** [4] - 5:11, 21:18, 22:6, 33:1
**given** [1] - 6:10
**goalpost** [1] - 51:6
**GOLD** [1] - 2:10
**gonna** [3] - 5:23, 20:15, 20:16, 40:20, 40:21
**grant** [1] - 4:5
**grossly** [1] - 20:11
**grounds** [1] - 24:22
**group** [7] - 4:9, 4:10, 4:16, 4:19, 4:21, 12:14, 14:12
**guess** [4] - 11:17, 21:19, 54:10
**guy** [3] - 5:13, 8:13, 19:11

## H

**hacked** [1] - 19:16
**hah** [1] - 52:3
**half** [1] - 12:11
**hand** [2] - 49:14, 49:16
**handle** [1] - 54:1
**happy** [3] - 29:1, 31:7, 32:21
**hazard** [1] - 21:4
**head** [1] - 23:7
**heard** [3] - 28:8, 28:11, 51:10
**hearing** [2] - 31:8, 52:24
**heart** [2] - 7:8, 42:18
**held** [2] - 45:3, 49:22
**herring** [2] - 32:2, 32:12
**hiding** [1] - 31:24
**himself** [1] - 33:20
**hit** [1] - 41:6
**HOLDING** [1] - 1:3
**holiday** [1] - 51:18
**Honor** [110] - 3:13,

3:16, 3:19, 4:2, 4:20, 5:7, 6:10, 6:19, 6:24, 7:4, 7:19, 7:25, 8:9, 8:17, 9:7, 9:22, 9:25, 10:6, 10:14, 10:18, 11:1, 12:4, 12:17, 13:3, 13:18, 13:24, 14:10, 14:20, 15:10, 16:1, 16:25, 17:4, 17:8, 18:11, 18:18, 21:16, 22:3, 22:10, 22:16, 23:6, 23:10, 23:15, 23:16, 24:10, 25:8, 25:12, 25:16, 26:18, 26:22, 27:9, 27:19, 27:24, 28:7, 28:14, 28:23, 29:2, 30:23, 31:3, 31:20, 32:9, 32:20, 33:4, 33:7, 33:25, 34:1, 34:15, 34:17, 35:2, 35:14, 36:11, 36:23, 37:1, 37:4, 37:10, 37:17, 38:8, 38:10, 38:18, 38:25, 39:5, 39:11, 39:23, 40:1, 40:3, 40:12, 41:11, 43:1, 43:6, 44:21, 45:7, 45:9, 45:19, 45:23, 46:17, 47:4, 47:22, 48:7, 48:20, 48:22, 49:3, 49:12, 50:3, 50:9, 50:18, 50:25, 51:23, 52:16, 53:15, 53:18, 53:20
**HONORABLE** [1] - 1:12
**hook** [1] - 36:18
**Hugo** [1] - 19:5

## I

**identically** [1] - 19:19
**identified** [1] - 4:18
**Illinois** [1] - 1:20
**imagine** [1] - 34:11
**immediately** [1] - 36:9
**impact** [1] - 22:24
**impacted** [1] - 32:25
**implication** [1] - 33:3
**implications** [1] - 8:4
**implied** [1] - 8:19
**implying** [1] - 4:25
**important** [3] - 8:18, 27:18, 28:20
**importantly** [1] - 33:17
**impose** [2] - 49:1,

49:25
**imposed** [1] - 46:20
**in-camera** [1] - 54:1
**inaccurate** [1] - 53:1
**inasmuch** [1] - 15:12
**incapsulated** [1] - 15:18
**inclination** [3] - 41:24, 42:16, 51:16
**inclined** [2] - 38:20, 41:1
**include** [1] - 52:4
**including** [2] - 6:3, 35:20
**incomplete** [3] - 7:21, 7:23, 42:11
**indeed** [2] - 49:5, 52:19
**independent** [1] - 25:20
**Index** [1] - 1:9
**index** [1] - 3:7
**indicated** [1] - 31:4
**individuals** [8] - 26:24, 35:19, 35:21, 43:18, 44:16, 49:7, 49:21, 54:12
**indulgence** [1] - 17:20
**influenced** [2] - 8:3, 42:4
**information** [8] - 7:18, 25:23, 26:15, 27:23, 34:13, 34:17, 37:22, 38:2
**inherent** [1] - 49:13
**initial** [1] - 46:3
**insecure** [2] - 20:3, 20:24
**insinuate** [1] - 27:9
**Institute** [2] - 17:3, 18:17
**intend** [1] - 49:5
**intended** [2] - 47:13, 48:13
**intent** [1] - 48:25
**interest** [1] - 29:7
**interested** [3] - 10:22, 42:22, 42:23
**interesting** [1] - 43:7
**interestingly** [1] - 25:14
**INTERNATIONAL** [1] - 1:3
**investment** [1] - 29:16
**invite** [1] - 35:5
**invocation** [1] - 22:19
**involved** [6] - 15:13,

21:20, 26:25, 41:20, 43:25, 44:1
**involvement** [1] - 16:15
**involves** [1] - 53:24
**irrelevant** [1] - 43:13
**issue** [38] - 6:17, 6:20, 7:15, 7:16, 7:18, 7:24, 8:1, 13:20, 15:6, 15:9, 15:15, 15:17, 16:8, 16:9, 16:18, 16:19, 21:3, 24:19, 25:15, 27:16, 30:14, 32:15, 33:14, 33:15, 37:15, 37:24, 38:24, 39:1, 42:9, 44:11, 49:13, 50:4, 50:7, 51:1, 52:19, 52:25
**issued** [1] - 7:22
**issues** [14] - 7:5, 7:7, 10:10, 14:16, 16:7, 17:6, 24:21, 27:20, 46:2, 51:9, 51:25, 52:17, 53:24, 54:6

## J

**JAMIE** [1] - 1:21
**Jamie** [1] - 45:9
**JEANINE** [1] - 1:7
**JHO** [10] - 45:24, 46:2, 46:8, 48:2, 48:10, 48:12, 49:24, 51:8, 51:10, 51:15
**Judge** [10] - 3:3, 47:15, 47:20, 48:16, 49:2, 49:11, 49:22, 53:9, 53:11, 53:12
**judges** [1] - 47:12
**jump** [1] - 17:7
**June** [1] - 4:11
**jurisdiction** [1] - 16:17
**Justice** [1] - 1:13

## K

**kind** [7] - 17:4, 27:20, 29:16, 47:10, 50:5, 50:6, 51:2
**KIRKLAND** [2] - 2:3, 2:6
**Kirkland** [2] - 3:14, 45:21
**KLEIN** [2] - 2:12, 53:20
**knowing** [1] - 33:20
**known** [2] - 5:5, 24:8
**knows** [2] - 18:20, 43:1

## L

**Lake** [1] - 2:7
**language** [1] - 46:3
**largely** [1] - 4:24
**last** [2] - 51:11, 54:3
**latest** [1] - 46:21
**laughter** [5] - 3:5, 27:7, 32:6, 37:9, 51:17
**law** [4] - 47:24, 47:25, 53:7, 53:13
**lawyer** [1] - 53:6
**lawyers** [1] - 53:7
**LC** [1] - 1:6
**least** [5] - 9:10, 12:1, 12:6, 23:17, 25:19
**leave** [1] - 54:14
**led** [1] - 35:22
**Ledonne** [1] - 43:14
**LEDONNE** [1] - 43:14
**left** [5] - 5:24, 18:9, 20:16, 20:17, 40:21
**legislative** [1] - 50:20
**less** [1] - 25:1
**Lexington** [1] - 2:4
**liability** [2] - 16:3, 16:18
**liberal** [2] - 5:5, 38:21
**liberally** [1] - 8:24
**lie** [2] - 48:17, 52:3
**life** [1] - 24:9
**likely** [2] - 5:2
**limit** [1] - 37:7
**limitation** [1] - 11:9
**LIMITED** [1] - 1:3
**limited** [2] - 10:5, 15:19
**link** [1] - 41:2
**litigants** [1] - 27:13
**litigation** [11] - 8:1, 14:17, 14:19, 14:21, 15:6, 18:10, 27:4, 29:11, 29:14, 32:19, 42:20
**LLP** [6] - 1:16, 1:19, 2:3, 2:6, 2:10, 2:14
**logical** [1] - 49:1
**look** [14] - 25:22, 27:21, 30:9, 30:13, 30:20, 36:15, 41:11, 46:22, 47:13, 47:16, 48:25, 50:19, 50:20
**looking** [3] - 16:20, 34:4, 34:18
**looks** [1] - 23:24

**Lord** [6] - 6:7, 9:4, 11:15, 12:23, 31:16, 39:5
**Lou** [5] - 5:10, 5:19, 6:1, 18:23, 35:3
**LOU** [1] - 1:6
**love** [1] - 12:25
**low** [2] - 4:19, 9:17

## M

**machine** [1] - 5:1
**machines** [1] - 6:22
**Malloch** [20] - 6:7, 9:4, 11:15, 12:23, 18:4, 18:5, 19:14, 21:3, 23:21, 31:16, 31:22, 33:20, 34:22, 36:7, 37:24, 39:5, 40:4, 40:24, 42:6
**Malloch-Brown** [16] - 9:4, 18:4, 18:5, 19:14, 21:3, 23:21, 31:16, 33:20, 34:22, 36:7, 37:24, 39:5, 40:4, 40:24, 42:6
**Malloch-Brown's** [3] - 11:15, 12:23, 31:22
**mandates** [1] - 43:9
**manipulation** [1] - 35:25
**manner** [1] - 44:8
**Maria** [2] - 1:24, 54:22
**MARIA** [2] - 1:7, 54:21
**Marin** [17] - 45:25, 46:8, 47:15, 47:20, 48:3, 48:10, 48:12, 48:16, 49:2, 49:11, 49:22, 49:24, 51:8, 51:10, 51:15, 53:9, 53:11
**Marin's** [2] - 46:2, 53:12
**Mark** [4] - 18:3, 18:5, 21:3, 31:15
**MARKS** [55] - 2:5, 3:13, 4:2, 6:15, 6:19, 6:24, 7:4, 7:19, 7:25, 8:9, 9:7, 9:11, 9:22, 9:25, 10:4, 10:10, 10:14, 10:18, 10:21, 10:23, 11:1, 11:20, 12:4, 12:22, 13:3, 13:18, 13:23, 14:5, 14:10, 14:18, 14:23, 15:3, 15:10, 16:1, 16:10, 28:19, 37:13, 38:8, 38:18, 38:25,

39:4, 39:11, 39:14, 39:18, 39:20, 39:23, 40:1, 40:3, 40:9, 40:12, 40:18, 41:11, 41:15, 41:17, 43:6
**Marks** [2] - 3:14, 38:7
**marks** [2] - 3:25, 37:14
**Masters** [1] - 45:21
**MASTERS** [3] - 2:8, 45:21, 53:18
**material** [3] - 4:17, 43:10, 43:21
**matter** [10] - 7:8, 7:12, 18:19, 31:21, 37:25, 38:2, 38:23, 43:10, 44:4, 46:3
**matters** [1] - 25:1
**McCallen** [64] - 2:16, 3:16, 3:17, 16:25, 17:1, 18:1, 18:11, 18:15, 21:22, 21:25, 22:3, 22:8, 22:10, 22:18, 23:2, 23:6, 23:10, 23:15, 24:1, 24:6, 24:10, 24:12, 24:14, 24:18, 24:25, 25:3, 25:8, 25:16, 25:22, 26:13, 27:5, 27:8, 28:7, 28:22, 29:1, 29:15, 29:18, 29:21, 29:23, 30:1, 30:3, 30:6, 30:23, 30:25, 31:2, 31:6, 31:10, 31:18, 32:9, 32:13, 33:3, 33:6, 33:12, 34:15, 34:25, 35:2, 35:11, 35:14, 35:16, 37:1, 37:3, 37:10, 38:15, 44:21
**mean** [11] - 10:4, 23:7, 24:23, 25:14, 25:18, 27:8, 32:11, 32:22, 39:2, 40:25
**meaning** [2] - 22:20, 39:9
**means** [2] - 37:23, 39:17
**meet** [5] - 10:6, 12:25, 28:8, 30:7, 34:5
**meeting** [1] - 9:10
**meetings** [5] - 9:5, 9:12, 13:9, 43:1, 43:3
**members** [2] - 54:9, 54:14
**mentioned** [2] - 28:17, 44:9
**mentions** [1] - 22:1

**mere** [1] - 8:17
**merely** [2] - 41:5, 42:6
**messed** [1] - 19:25
**met** [2] - 4:12, 44:13
**mid** [1] - 4:12
**mid-August** [1] - 4:12
**might** [1] - 50:22
**million** [2] - 6:4, 36:4
**mind** [2] - 20:12, 25:6
**MINTZ** [1] - 2:10
**minute** [2] - 27:2, 33:9
**minutes** [2] - 19:1, 54:19
**misinterprets** [1] - 35:7
**missing** [1] - 47:17
**misspeak** [1] - 41:16
**misunderstood** [1] - 16:5
**modifies** [1] - 38:23
**modifying** [1] - 13:7
**module** [1] - 35:24
**moment** [2] - 38:9, 53:23
**money** [2] - 6:5, 36:4
**months** [3] - 51:5, 51:6
**most** [2] - 20:3, 20:24
**motion** [19] - 3:8, 3:10, 3:12, 3:22, 34:9, 44:17, 44:18, 44:23, 44:24, 45:6, 45:8, 45:18, 45:24, 49:5, 53:14, 53:23
**motions** [1] - 35:8
**MOTIONS** [1] - 1:10
**movants** [1] - 44:12
**moved** [1] - 51:6
**MR** [126] - 3:3, 3:13, 3:16, 3:19, 3:24, 4:2, 6:15, 6:19, 6:24, 7:4, 7:19, 7:25, 8:9, 9:7, 9:11, 9:22, 9:25, 10:4, 10:10, 10:14, 10:18, 10:21, 10:23, 11:1, 11:20, 12:4, 12:22, 13:3, 13:18, 13:23, 14:5, 14:10, 14:18, 14:23, 15:3, 15:10, 16:1, 16:10, 16:25, 18:1, 18:11, 18:15, 21:22, 21:25, 22:3, 22:8, 22:10, 22:18, 23:2, 23:6, 23:10, 23:15, 24:1, 24:6,

24:10, 24:12, 24:14, 24:18, 24:25, 25:3, 25:8, 25:16, 25:22, 26:13, 27:5, 27:8, 28:7, 28:19, 28:22, 29:1, 29:15, 29:18, 29:21, 29:23, 30:1, 30:3, 30:6, 30:23, 30:25, 31:2, 31:6, 31:10, 31:18, 32:9, 32:13, 33:3, 33:6, 33:12, 34:15, 34:25, 35:2, 35:11, 35:14, 35:16, 37:1, 37:3, 37:10, 37:13, 37:17, 37:20, 38:4, 38:6, 38:8, 38:18, 38:25, 39:4, 39:11, 39:14, 39:18, 39:20, 39:23, 40:1, 40:3, 40:9, 40:12, 40:18, 41:11, 41:15, 41:17, 43:6, 44:21, 45:7, 45:17, 45:21, 53:18, 53:20
**MS** [30] - 45:9, 45:12, 45:14, 45:23, 46:12, 46:14, 46:17, 47:4, 47:8, 47:10, 47:21, 48:2, 48:7, 48:10, 48:20, 49:3, 49:9, 49:12, 49:24, 50:3, 50:9, 50:13, 50:18, 50:25, 51:4, 51:18, 52:11, 52:13, 52:16, 53:15

## N

**name** [3] - 10:1, 22:19, 35:19
**narrowed** [1] - 10:4
**narrowly** [6] - 10:13, 10:17, 10:20, 11:2, 11:3, 33:25
**nature** [1] - 50:5
**near** [1] - 13:9
**necessary** [5] - 4:17, 31:21, 43:10, 43:21, 53:25
**need** [5] - 13:21, 23:20, 30:16, 36:19, 36:20
**needed** [1] - 51:10
**needs** [1] - 27:14
**negligent** [1] - 20:11
**NETWORK** [1] - 1:6
**neutral** [1] - 4:25
**never** [5] - 14:18, 14:20, 14:21, 28:11, 34:7

**nevertheless** [1] - 44:24
**new** [2] - 51:12, 52:25
**NEW** [2] - 1:1, 1:2
**New** [10] - 1:10, 1:17, 2:4, 2:11, 2:16
**News** [5] - 4:24, 6:21, 21:5, 23:5, 25:14
**NEWS** [1] - 1:6
**News'** [1] - 31:5
**next** [2] - 1:23, 53:19
**NGO** [1] - 4:5
**Non** [1] - 2:14
**non** [13] - 3:18, 4:4, 4:8, 7:15, 7:17, 7:18, 7:23, 7:25, 20:19, 26:23, 27:13, 42:13
**non-disputed** [4] - 7:15, 7:18, 7:23, 7:25
**non-litigants** [1] - 27:13
**Non-Parties** [1] - 2:14
**non-parties** [6] - 3:18, 4:4, 4:8, 20:19, 26:23, 27:13
**non-party** [2] - 7:17, 42:13
**none** [8] - 5:22, 18:19, 20:14, 21:5, 29:15, 32:3, 40:19, 42:21
**nonsense** [1] - 50:2
**note** [3] - 33:24, 43:9, 43:17
**nothing** [15] - 10:8, 16:8, 29:8, 29:18, 30:5, 30:6, 30:24, 30:25, 41:12, 41:17, 41:19, 42:19, 42:20, 42:21, 50:8
**November** [4] - 5:9, 5:18, 18:24, 41:11
**number** [11] - 3:7, 3:8, 3:9, 5:14, 8:13, 19:12, 24:7, 37:8, 45:5, 53:24

**O**

**objections** [1] - 4:12
**obligated** [5] - 8:4, 8:7, 8:11, 30:1, 42:4
**obtain** [1] - 49:21
**obviously** [5] - 14:11, 29:2, 31:10, 46:19, 46:24
**occasionally** [1] -

50:11
**occurred** [2] - 18:23, 43:2
**October** [2] - 1:10, 46:1
**odd** [2] - 50:6, 50:8
**OF** [3] - 1:1, 1:2
**offer** [2] - 15:4, 21:12
**offered** [3] - 14:20, 14:24, 44:6
**often** [1] - 50:14
**once** [2] - 13:1, 53:3
**one** [20] - 5:9, 5:13, 5:21, 8:10, 9:8, 9:10, 9:11, 11:4, 12:19, 19:12, 20:13, 32:20, 33:9, 40:16, 49:14, 50:3, 51:4, 53:20, 54:3
**onerous** [3] - 28:3, 28:4, 28:6
**ones** [1] - 35:9
**online** [1] - 46:22
**OPEN** [1] - 2:15
**Open** [13] - 4:4, 5:4, 5:15, 6:13, 16:15, 17:3, 18:16, 21:18, 22:2, 31:14, 43:19, 44:3
**opening** [1] - 17:4
**opportunities** [1] - 16:16
**opportunity** [3] - 25:19, 46:25, 53:17
**opposed** [1] - 22:25
**option** [1] - 48:21
**options** [1] - 46:16
**oral** [1] - 54:1
**ORAL** [1] - 1:10
**Order** [2] - 4:3, 4:15
**order** [12] - 12:1, 19:3, 45:24, 46:2, 46:9, 48:10, 48:13, 49:4, 49:13, 49:14, 49:23, 50:6
**orders** [1] - 49:16
**organization** [6] - 4:5, 5:15, 6:14, 8:14, 19:13, 29:11
**organizations** [2] - 34:12, 44:9
**Orsid** [2] - 43:14, 43:15
**ORSID** [1] - 43:15
**OSF's** [2] - 33:15, 34:16
**OSI** [1] - 34:2
**otherwise** [1] - 41:21
**ourselves** [1] - 47:11
**outline** [1] - 28:23

**outside** [1] - 54:7
**outstanding** [2] - 49:15, 52:17
**overall** [2] - 15:4, 52:19
**overlapping** [5] - 9:3, 40:5, 41:5, 42:7
**oversee** [1] - 51:16
**own** [1] - 27:13
**owned** [1] - 19:10
**ownership** [1] - 29:6
**owning** [1] - 42:21
**owns** [1] - 5:12

**P**

**packable** [1] - 19:9
**page** [1] - 1:23
**pages** [1] - 16:6
**papers** [5] - 17:6, 17:23, 25:4, 33:18, 43:1
**parcel** [1] - 23:13
**parent** [1] - 18:6
**PART** [1] - 1:2
**part** [15] - 5:10, 5:11, 6:1, 6:8, 6:25, 7:1, 7:2, 8:14, 23:13, 23:15, 25:20, 25:24, 42:1, 42:21
**partial** [4] - 47:5, 47:18, 51:22, 51:23
**partially** [2] - 48:18, 49:4
**particular** [3] - 22:7, 22:25, 50:16
**parties** [7] - 3:18, 4:4, 4:8, 20:19, 25:20, 26:23, 27:13
**Parties** [1] - 2:14
**partner** [1] - 16:15
**party** [6] - 7:17, 24:24, 25:24, 27:6, 42:13, 46:4
**paste** [1] - 34:1
**pattern** [1] - 19:19
**people** [3] - 5:13, 6:8, 19:12
**per** [2] - 42:2, 52:8
**perform** [1] - 28:12
**perhaps** [1] - 12:5
**period** [2] - 11:11, 26:7
**peripheral** [4] - 7:2, 12:3, 26:6, 44:4
**peripherally** [1] - 26:20
**permitted** [1] - 35:24
**person** [2] - 22:12, 43:11

**personal** [1] - 27:14
**perspective** [1] - 16:22
**persuaded** [1] - 15:22
**pertinent** [2] - 4:14, 43:3
**phone** [1] - 28:11
**phrasing** [1] - 50:6
**picked** [1] - 20:10
**picking** [1] - 33:24
**picture** [8] - 7:21, 7:23, 7:24, 9:18, 12:11, 42:10, 42:14
**pieces** [2] - 9:14, 49:15
**PIRRO** [1] - 1:7
**plain** [1] - 46:3
**plaintiff** [4] - 3:20, 29:19, 29:20, 45:10
**Plaintiffs** [3] - 1:4, 1:16, 1:19
**planned** [2] - 6:4, 8:16
**point** [13] - 10:3, 13:13, 13:14, 26:18, 27:10, 27:25, 32:1, 32:20, 33:25, 34:16, 35:9, 41:6, 50:4
**pointed** [1] - 41:18
**political** [1] - 5:1
**population** [2] - 12:25, 22:19
**posit** [1] - 22:3
**position** [9] - 3:23, 18:7, 37:16, 37:18, 37:19, 37:20, 51:12, 52:2, 52:21
**possesses** [1] - 4:16
**possession** [1] - 46:5
**possible** [1] - 44:5
**possibly** [1] - 10:12
**potential** [3] - 29:6, 42:14, 52:23
**potentially** [2] - 15:11, 27:15
**pound** [1] - 52:8
**POWELL** [1] - 1:7
**Powell** [15] - 4:23, 5:8, 5:25, 8:5, 14:3, 14:4, 15:23, 16:2, 30:13, 30:19, 32:21, 35:3, 35:20, 35:23, 41:22
**Powell's** [5] - 28:24, 33:11, 34:24, 35:7, 38:12
**predicament** [1] - 47:10

**presence** [1] - 54:7
**present** [3] - 14:7, 47:13, 54:2
**presentation** [1] - 37:6
**presentations** [1] - 37:8
**presented** [1] - 49:10
**president** [1] - 18:15
**President** [1] - 23:4
**press** [6] - 40:10, 54:2, 54:5, 54:7, 54:9, 54:14
**presumably** [2] - 22:22, 32:23
**pretty** [3] - 17:5, 25:10, 28:10
**previously** [2] - 18:7, 30:12
**private** [2] - 26:24
**privilege** [2] - 53:24, 54:6
**problem** [1] - 47:21
**proceed** [1] - 3:25
**process** [3] - 12:19, 13:5, 25:21
**produce** [11] - 4:6, 4:14, 11:6, 12:25, 25:23, 27:14, 29:5, 29:9, 30:5, 30:6, 47:19
**produced** [1] - 4:18
**production** [16] - 11:4, 46:1, 46:5, 46:14, 47:5, 47:18, 48:12, 48:14, 48:18, 49:20, 49:22, 51:7, 52:7, 52:20, 53:4
**progressive** [1] - 5:5
**promulgated** [2] - 46:19, 46:24
**prosecution** [2] - 43:11, 43:21
**protect** [1] - 53:10
**prove** [8] - 7:18, 11:24, 11:25, 12:5, 24:3, 24:6, 36:20, 36:23
**provided** [1] - 38:2
**provision** [1] - 48:6
**provisions** [3] - 50:21, 50:22, 50:23
**public** [7] - 12:13, 18:20, 31:21, 33:21, 37:25, 38:1, 39:4
**publically** [1] - 24:2
**publicly** [2] - 24:16, 37:22
**purpose** [4] - 19:22, 23:23, 48:25, 54:4

**pursued** [1] - 41:3
**put** [2] - 45:15, 45:17
**putting** [1] - 35:19

## Q

**quash** [2] - 43:12, 44:23
**quashed** [1] - 44:13
**question..** [1] - 34:18
**questions** [3] - 17:8, 29:2, 37:5
**quickly** [1] - 5:11
**quite** [2] - 26:5, 49:6
**quote** [12] - 19:3, 19:9, 19:22, 19:25, 20:2, 20:3, 21:2, 23:21, 35:21, 36:1, 36:6, 36:13
**quote/unquote** [1] - 26:9

## R

**radical** [1] - 20:17
**radicals** [1] - 20:17
**raise** [1] - 11:14
**raised** [1] - 14:8
**raising** [1] - 16:9
**rather** [1] - 5:1
**rating** [1] - 19:2
**rationale** [1] - 44:5
**reach** [1] - 37:7
**reached** [1] - 37:6
**read** [12] - 5:11, 5:19, 6:1, 16:8, 17:5, 35:5, 38:11, 38:18, 49:3, 50:14, 50:21
**reading** [1] - 25:9, 47:1, 47:21
**reads** [1] - 38:16
**ready** [1] - 43:8
**real** [1] - 49:13
**really** [9] - 5:16, 6:11, 13:23, 15:6, 16:1, 26:1, 32:4, 34:18, 36:17
**Realty** [1] - 43:15
**reams** [4] - 6:2, 36:1
**reason** [10] - 11:1, 17:16, 22:2, 22:4, 27:11, 32:18, 32:22, 34:9, 53:13, 54:1
**reasonable** [1] - 33:22
**reasons** [2] - 27:1, 44:12
**receive** [1] - 16:11
**received** [1] - 15:15
**recently** [2] - 46:19,

46:24
**recess** [1] - 45:3
**recognizes** [1] - 49:14
**record** [14] - 3:1, 12:13, 17:1, 18:20, 31:21, 37:25, 38:1, 39:4, 45:2, 45:4, 45:16, 45:17, 53:23, 54:16
**records** [2] - 38:2, 43:13
**red** [2] - 32:2, 32:12
**refer** [1] - 4:8
**reference** [1] - 19:14
**references** [1] - 5:7
**referred** [1] - 44:22
**referring** [1] - 50:9
**refused** [1] - 4:13
**regardless** [1] - 49:10
**regards** [1] - 34:9
**regulation** [1] - 49:1
**rejected** [3] - 15:2, 15:3, 15:4
**relate** [2] - 14:3, 18:3
**related** [9] - 14:16, 14:17, 14:19, 14:21, 17:12, 17:13, 17:18, 26:16, 29:6
**relates** [4] - 14:12, 15:12, 16:12, 23:17
**relating** [3] - 9:20, 15:5, 16:14
**relationship** [15] - 7:14, 9:3, 11:22, 14:12, 18:3, 24:5, 31:25, 32:16, 34:21, 37:23, 41:4, 41:24, 42:3, 42:10, 42:24
**release** [1] - 40:10
**relevance** [10] - 8:23, 26:2, 26:6, 26:10, 26:11, 28:10, 30:8, 33:23, 34:4, 42:18
**relevant** [4] - 4:7, 4:14, 13:12, 15:17
**remain** [1] - 26:23
**remainder** [1] - 15:8
**remarks** [2] - 4:24, 17:4
**repeats** [2] - 19:19, 19:21
**report** [1] - 48:19
**Reporter** [2] - 1:25, 54:22
**representing** [2] -

23:3, 33:8
**Republican** [1] - 23:3
**request** [19] - 9:20, 9:24, 10:2, 10:13, 10:17, 10:20, 13:23, 13:24, 14:23, 14:24, 15:8, 16:14, 28:6, 33:24, 34:2, 52:8, 52:19, 53:10
**Request** [1] - 16:13
**requested** [2] - 14:21, 43:13
**requests** [14] - 11:2, 11:16, 12:17, 13:25, 14:2, 14:14, 16:1, 16:12, 16:21, 17:11, 46:6, 51:12, 52:10, 52:25
**require** [1] - 20:18
**requires** [4] - 20:6, 27:19, 45:25, 46:4
**resolved** [1] - 13:20
**respect** [13] - 8:25, 11:17, 15:8, 15:14, 15:23, 16:7, 18:2, 23:17, 29:4, 31:14, 31:18, 34:3
**respects** [2] - 44:14, 44:19
**responding** [1] - 52:9
**response** [4] - 11:14, 34:7, 38:16, 53:9
**responses** [3] - 4:12, 49:2, 49:20
**responsive** [1] - 46:6
**results** [1] - 19:7
**rig** [8] - 6:22, 21:11, 26:9, 35:22, 36:3, 36:17, 36:22, 38:15
**rigged** [3] - 6:21, 30:15, 41:8
**rigging** [10] - 19:20, 21:8, 21:21, 26:12, 30:20, 39:9, 41:12, 41:20, 42:19, 44:1
**rights** [1] - 25:24
**rise** [1] - 17:11
**RIVERA** [1] - 54:21
**Rivera** [2] - 1:24, 54:22
**room** [1] - 39:21
**routing** [1] - 20:6
**RUDOLPH** [1] - 1:7
**Rudy** [2] - 4:23, 5:8
**rug** [1] - 27:21
**rule** [9] - 43:8, 46:19, 46:24, 47:13, 47:16, 47:17, 49:1, 52:4,

52:6
**ruling** [3] - 44:25, 46:22, 53:12
**run** [3] - 4:6, 11:12, 26:21
**running** [3] - 5:13, 19:12, 31:24

## S

**Salt** [1] - 2:7
**sat** [1] - 39:5
**satisfy** [1] - 53:9
**saw** [1] - 17:6
**scenario** [1] - 51:23
**scope** [1] - 8:23
**SCOTT** [1] - 2:12
**screen** [2] - 35:19, 35:21
**se** [1] - 42:2
**search** [15] - 4:13, 11:4, 11:12, 12:20, 13:5, 13:6, 15:19, 16:23, 26:21, 27:21, 28:1, 28:12, 30:17, 30:22, 36:24
**searched** [1] - 29:8
**searches** [1] - 31:4
**seat** [1] - 38:5
**second** [1] - 9:16
**section** [2] - 46:3, 50:6
**see** [7] - 8:7, 11:13, 26:8, 30:20, 32:11, 50:21, 50:22
**seek** [4] - 12:14, 42:12, 44:16
**seeking** [12] - 11:20, 13:4, 14:11, 14:15, 14:16, 15:25, 16:3, 17:18, 26:15, 26:16, 39:15, 43:11
**segment** [1] - 22:18
**sending** [1] - 34:6
**Senior** [1] - 1:25, 54:22
**sense** [4] - 46:18, 47:16, 47:22, 53:5
**separate** [1] - 51:12
**sequence** [5] - 45:5, 45:18, 45:24, 53:24
**sequences** [1] - 3:8
**series** [1] - 19:20
**serve** [1] - 4:21
**served** [3] - 4:10, 4:11, 9:15
**session..** [1] - 34:6
**set** [1] - 17:5
**Seventh** [1] - 2:15
**several** [6] - 16:6,

19:1, 19:2, 49:7, 49:15, 52:9
**SGO** [2] - 1:3, 18:5
**shall** [1] - 48:11
**shifted** [1] - 19:7
**short** [2] - 9:22, 11:11
**Show** [2] - 4:3, 4:15
**show** [8] - 9:2, 12:1, 18:24, 19:18, 19:20, 20:21, 35:4, 36:2
**showing** [2] - 27:15, 42:14
**shows** [1] - 5:8
**side** [1] - 41:7
**sidetrack** [1] - 28:25
**sidetracked** [1] - 29:1
**Sidney** [4] - 4:23, 5:8, 5:25, 32:21
**SIDNEY** [1] - 1:7
**sign** [2] - 51:21, 52:22
**signature** [1] - 11:15
**signed** [1] - 52:1
**similar** [2] - 50:22, 50:23
**simple** [1] - 28:1
**single** [1] - 9:3
**sit** [2] - 33:18, 40:12
**situation** [7] - 24:18, 46:8, 50:16, 51:5, 51:20, 53:1, 53:2
**situations** [1] - 48:24
**six** [2] - 11:5, 19:18
**sized** [1] - 53:7
**slight** [1] - 50:4
**slightly** [1] - 51:1
**Smartmatic** [82] - 3:7, 4:23, 4:25, 5:12, 5:20, 5:21, 6:3, 6:5, 6:13, 7:10, 7:13, 7:20, 8:1, 8:3, 8:10, 9:1, 9:14, 9:21, 10:5, 10:11, 10:12, 11:8, 11:12, 11:14, 11:22, 12:12, 12:21, 12:22, 14:13, 15:15, 15:21, 16:16, 18:6, 19:3, 19:6, 19:9, 19:10, 19:21, 19:24, 20:8, 20:11, 20:14, 20:22, 22:5, 22:24, 25:15, 25:23, 26:16, 29:7, 30:18, 32:18, 32:25, 35:20, 36:2, 36:5, 36:14, 36:19, 38:14, 38:19, 38:20, 39:17, 40:7, 40:8, 40:15, 40:22, 40:25, 41:8,

41:14, 41:21, 41:24, 42:3, 42:9, 42:15, 42:21, 42:24, 42:25, 43:25, 44:2, 45:25, 48:11, 48:13, 52:22

**SMARTMATIC** [2] - 1:3

**Smartmatic's** [7] - 5:3, 6:20, 19:16, 35:24, 43:24, 45:6, 46:1

**so-called** [1] - 35:23

**Society** [12] - 4:4, 5:4, 5:15, 6:13, 17:3, 18:16, 18:17, 21:18, 22:2, 31:15, 43:19, 44:3

**SOCIETY** [1] - 2:15

**Society's** [1] - 16:15

**software** [5] - 19:6, 19:9, 19:15, 19:16, 35:24

**somewhat** [1] - 50:5

**son** [1] - 33:13

**SOROS** [2] - 2:14, 2:15

**Soros** [65] - 4:4, 4:9, 4:10, 4:16, 4:19, 4:21, 5:4, 5:14, 5:22, 6:7, 6:10, 6:13, 8:3, 8:4, 8:15, 8:18, 10:1, 11:22, 12:14, 14:12, 14:13, 15:12, 15:13, 16:13, 17:2, 17:3, 18:3, 18:14, 20:14, 21:2, 21:18, 21:19, 22:1, 22:23, 23:21, 24:8, 26:14, 31:15, 31:25, 33:7, 33:13, 33:20, 34:7, 34:21, 36:6, 37:24, 38:13, 38:19, 39:6, 40:6, 40:8, 40:19, 41:9, 41:12, 41:19, 42:1, 42:3, 42:24, 43:18, 44:3

**Soros'** [7] - 16:14, 22:19, 33:13, 33:15, 34:2, 39:8, 39:16

**Soros's** [2] - 5:14, 19:13

**Soroses** [1] - 4:6

**sorry** [4] - 22:16, 40:16, 44:22, 53:16

**sort** [2] - 29:10, 46:25

**sought** [3] - 15:15, 42:8, 43:20

**sounds** [1] - 18:11

**source** [1] - 41:4

**South** [2] - 1:20, 2:7

**Spain** [1] - 19:8

**specialty** [1] - 20:2

**specific** [6] - 12:18, 13:15, 13:25, 19:22, 48:6, 52:18

**specifically** [2] - 5:7, 34:5

**specify** [1] - 47:25

**spend** [2] - 17:21, 25:12

**spending** [1] - 50:1

**spent** [3] - 7:14, 16:6, 17:14

**stage** [1] - 17:5

**stand** [1] - 37:12

**standard** [2] - 27:10, 27:17

**start** [2] - 3:9, 34:4

**started** [1] - 18:10

**starts** [1] - 18:1

**State** [1] - 2:7

**state** [2] - 33:6, 46:4

**STATE** [1] - 1:1

**statement** [30] - 12:1, 12:2, 18:25, 20:5, 20:6, 21:1, 21:5, 21:15, 21:18, 21:24, 22:6, 28:25, 32:23, 33:11, 33:21, 34:24, 35:5, 35:18, 36:12, 36:15, 36:18, 36:20, 36:22, 38:12, 41:10, 42:15, 44:10, 52:22

**statements** [40] - 5:11, 7:10, 8:5, 11:18, 12:7, 13:15, 14:3, 14:9, 14:12, 15:23, 16:2, 17:9, 17:10, 17:12, 17:15, 17:17, 17:19, 18:2, 18:8, 18:21, 18:22, 20:18, 20:25, 21:10, 22:14, 23:19, 25:10, 26:7, 30:9, 30:13, 31:17, 31:18, 32:21, 33:14, 34:20, 35:7, 38:19, 40:11, 44:10

**states** [1] - 8:8

**States** [1] - 23:4

**statute** [3] - 49:1, 50:14, 50:15

**stay** [3] - 54:8, 54:10, 54:12

**stenographic** [1] - 54:19

**step** [1] - 27:2

**still** [4] - 15:24, 28:21, 49:8, 49:21

**stops** [1] - 19:18

**strange** [2] - 5:16, 47:1

**strawman** [1] - 32:2

**Street** [2] - 1:9, 2:7

**subpoena** [4] - 21:20, 33:7, 34:6, 43:12

**subpoenaed** [3] - 29:17, 43:18, 44:16

**subpoenas** [4] - 4:11, 7:22, 21:20, 44:13

**substantial** [9] - 11:21, 20:19, 20:21, 21:9, 21:14, 23:16, 23:20, 30:10, 30:16

**substantially** [6] - 12:8, 39:12, 39:19, 39:22, 42:17, 53:7

**successor** [1] - 33:15

**suggest** [2] - 22:22, 22:23

**suggested** [1] - 27:3

**suggesting** [1] - 33:19

**suggests** [1] - 38:16

**Suite** [1] - 1:20

**support** [1] - 7:16

**supporters** [1] - 5:5

**supposed** [4] - 8:24, 36:16, 47:14, 52:14

**supposedly** [1] - 4:25

**SUPREME** [1] - 1:1

**sway** [1] - 22:24

**swayed** [1] - 22:5

**sways** [1] - 22:5

**switching** [2] - 36:9, 36:10

**sworn** [3] - 48:14, 49:17, 52:22

## T

**tailored** [6] - 10:13, 10:17, 10:20, 11:2, 11:3, 34:1

**targeted** [4] - 9:15, 9:19, 9:24, 13:9

**Tarrant** [1] - 36:10

**team** [1] - 40:13

**technology** [1] - 20:23

**term** [7] - 11:4, 11:12, 12:20, 26:21, 27:22, 28:2, 28:12

**TERM** [1] - 1:2

**terms** [2] - 30:20, 53:10

**testify** [1] - 31:13

**Texas** [1] - 36:10

**that..** [1] - 30:12

**THE** [158] - 1:1, 3:1, 3:4, 3:6, 3:23, 3:25, 6:11, 6:17, 6:20, 7:1, 7:12, 7:23, 8:7, 9:5, 9:10, 9:19, 9:23, 10:2, 10:7, 10:11, 10:16, 10:19, 10:22, 10:24, 11:16, 11:24, 12:21, 13:2, 13:14, 13:20, 14:2, 14:6, 14:15, 14:22, 15:2, 15:9, 15:22, 16:5, 16:24, 17:24, 18:9, 18:13, 21:17, 21:23, 22:1, 22:4, 22:9, 22:17, 22:22, 23:3, 23:7, 23:11, 23:25, 24:4, 24:8, 24:11, 24:13, 24:17, 24:23, 25:1, 25:4, 25:14, 25:18, 26:11, 27:3, 27:25, 28:16, 28:21, 28:24, 29:14, 29:16, 29:19, 29:22, 29:25, 30:2, 30:5, 30:22, 30:24, 31:1, 31:4, 31:9, 31:13, 32:4, 32:7, 32:11, 32:22, 33:5, 33:10, 34:11, 34:23, 35:1, 35:8, 35:12, 35:15, 36:24, 37:2, 37:7, 37:12, 37:14, 37:19, 38:1, 38:5, 38:7, 38:11, 38:22, 39:2, 39:8, 39:12, 39:15, 39:19, 39:21, 39:24, 40:2, 40:6, 40:10, 40:17, 41:6, 41:14, 41:16, 43:5, 43:7, 44:22, 45:4, 45:8, 45:11, 45:13, 45:15, 45:20, 46:10, 46:13, 46:15, 46:18, 47:5, 47:9, 47:12, 47:24, 48:4, 48:8, 48:16, 48:23, 49:7, 49:10, 49:19, 50:1, 50:8, 50:11, 50:14, 50:19, 51:3, 51:14, 52:6, 52:12, 52:14, 53:6, 53:16, 53:19, 53:22, 54:16

**themselves** [1] - 17:9

**theories** [1] - 14:6

**theory** [1] - 22:15

**therefore** [2] - 38:20,

41:24

**they've** [1] - 15:5

**third** [2] - 21:15, 25:20

**Third** [1] - 2:11

**Thomas** [1] - 1:9

**three** [9] - 5:8, 5:14, 8:13, 11:17, 18:2, 18:21, 19:13, 33:8, 51:11

**threshold** [1] - 27:18

**tied** [2] - 8:21, 44:9

**tiny** [2] - 7:1

**today** [9] - 18:17, 21:6, 30:11, 31:8, 33:18, 43:17, 43:20, 52:9, 54:4

**Tonight** [3] - 5:10, 5:19, 6:1

**took** [1] - 8:25

**topic** [1] - 30:18

**transcript** [1] - 54:18

**trial** [2] - 40:13, 40:22

**true** [10] - 11:9, 12:9, 29:7, 31:17, 39:10, 39:12, 39:19, 39:22, 42:17, 54:18

**truth** [12] - 11:19, 11:21, 12:3, 20:20, 20:21, 21:9, 21:14, 23:16, 23:20, 30:10, 30:16, 36:20

**try** [2] - 24:22, 50:21

**trying** [2] - 24:2, 24:6

**turn** [1] - 28:17

**two** [13] - 5:14, 8:13, 9:12, 11:17, 18:22, 19:13, 26:2, 26:5, 26:21, 27:22, 46:16, 49:21, 51:8

## U

**under** [6] - 3:7, 14:7, 22:6, 27:21, 47:16, 49:17

**underlying** [1] - 49:13

**understood** [3] - 48:20, 50:18, 52:16

**unfortunately** [1] - 54:2

**United** [1] - 23:4

**unless** [1] - 37:5

**unresolved** [1] - 13:21

**up** [11] - 11:13, 11:15, 13:6, 14:24, 19:25, 32:7, 33:25,

35:19, 37:12, 46:22,
51:25
**USA** [1] - 1:3
**Utah** [1] - 2:7
**utterly** [1] - 43:13

## V

**valid** [1] - 35:25
**valuation** [1] - 16:7
**Venezuela** [2] -
19:25, 20:23
**Venezuelan** [1] -
20:2
**Venezuelans** [2] -
19:4, 19:22
**verify** [1] - 25:20
**version** [1] - 28:18
**versus** [1] - 43:14
**view** [2] - 17:7, 28:9
**violating** [1] - 49:23
**virtually** [1] - 19:19
**vis** [2] - 13:16
**vis-a-vis** [1] - 13:16
**volume** [1] - 11:9
**votes** [4] - 19:7,
19:17, 36:10, 42:2
**voting** [3] - 5:1, 6:22,
41:1

## W

**Wacker** [1] - 1:20
**wait** [1] - 9:19
**waiting** [1] - 49:8
**walking** [1] - 17:21
**wants** [2] - 27:20,
29:23
**Ward** [1] - 45:9
**WARD** [31] - 1:21,
45:9, 45:12, 45:14,
45:23, 46:12, 46:14,
46:17, 47:4, 47:8,
47:10, 47:21, 48:2,
48:7, 48:10, 48:20,
49:3, 49:9, 49:12,
49:24, 50:3, 50:9,
50:13, 50:18, 50:25,
51:4, 51:18, 52:11,
52:13, 52:16, 53:15
**weeks** [4] - 6:5,
31:23, 36:5, 51:8
**whatnot** [1] - 42:2
**whereas** [1] - 17:15
**who'd** [1] - 21:8
**whole** [1] - 23:13
**willing** [1] - 28:21
**WILLKIE** [1] - 2:14
**Willkie** [2] - 3:17,
17:1

**wing** [4] - 5:24,
20:16, 20:17, 40:21
**WIPPER** [10] - 1:18,
3:3, 3:19, 3:24, 37:17,
37:20, 38:4, 38:6,
45:7, 45:17
**Wipper** [7] - 3:19,
25:5, 37:15, 38:3,
40:13, 45:13, 45:16
**Wipper's** [1] - 25:2
**wish** [2] - 26:23,
54:10
**witnesses** [1] - 44:8
**word** [4] - 12:21,
12:22, 33:6, 42:4
**wording** [2] - 47:23,
49:3
**world** [5] - 5:6, 5:14,
19:13, 20:25, 31:11
**writing** [1] - 31:5
**written** [3] - 37:19,
37:20, 49:19

## Y

**YORK** [2] - 1:1, 1:2
**York** [10] - 1:10,
1:17, 2:4, 2:11, 2:16

## Z

**zero** [1] - 14:25