Yellow = Actionable Statement
Blue = Statement Not Alleged to Be Actionable

# EXHIBIT 9

TRANSCRIPT OF THE AUDIO RECORDING OF:

One America News Network, News Room Excerpt

December 5, 2020

TRANSCRIBED BY: THOMPSON COURT REPORRTERS INC.

EMILY FINN: Thank you for staying with me this hour of One America News, I'm Emily Finn. Polls are opening for multiple Louisiana runoff elections. Voters are casting ballots across 24 parishes today, choosing between two Republicans to represent them in the House. And statewide Louisianans will vote on the Education Board of Supervisors amendment regarding membership on higher education boards. Also on the ballot two Republican judges are facing off for a spot on the Shreveport City Council. Polling stations will be open until later in the evening, and some locations have been changed due to the pandemic or damage from recent tropical storms. President Trump's campaign advisor, Lara Trump, hints at a possible Senate run while on a popular podcast. On the Outloud with Gianno Caldwell podcast Friday, Lara said she spent a lot of time campaigning for President Trump in North Carolina, adding what an honor it would be to represent her home state and Congress. She noted her campaigning efforts to garner support among women for President Trump and said she was proud to see more Republican women in Congress after this year's election. However, she said now is the time to focus on the President's legal battles to ensure legitimate election results before she possibly pursues a Senate seat.

LARA TRUMP: It was something that I worked really hard for, and I'm so proud that we have won now a second time

around North Carolina for the President. As it relates to Senate, look we're obviously working on this battle right now. And I do have a little bit of time to decide on that. But I could think of nothing you know greater than to represent the people of my home state.

EMILY FINN: The President's daughter in law is reportedly eyeing the seat that Republican Senator Richard Burr will leave behind in 2022. Officials at foreign voting software company Smartmatic denied having any connection with Dominion Voting Systems in the US. Here's the latest.

UNIDENTIFIED REPORTER: A manufacturer of electronic voting systems connected to billionaire George Soros is caught lying about its ties to Dominion Voting Systems Corporation. A Sunday report verified that Soros-linked Smartmatic may be connected to the sale of election technology to Dominion, which is being used to count votes in at least 24 US states. In a tweet last week, Smartmatic claimed to have never sold technology to-[inaudible]. Smartmatic also denied having any connection to the controversial company. In 2005 Smartmatic bought Sequoia, which is one of the largest electronic voting systems in the US. Two years later, following a court ruling, Smartmatic divested from the company and sold it to Sequoia's US managers. In 2010, Dominion Voting Services bought Sequoia in the US, despite its claims of having maintained no ties

between the two firms. In 2015, a full five years after the Dominion purchase of Sequoia, Smartmatic Chairman Mark Malloch-Brown gave an interview in the Philippines and admitted to using licensed Dominion technology. At this point, Dominion owned Sequoia in the US, and Smartmatic may have held some financial interest in the US branch.

MARK MALLOCH-BROWN: The fact is, yes, part of our technology is licensed from Dominion, but you tell me a large technology company which isn't using, in part, licenses from from other companies and we have a license for the international use of that particular piece of the technology that we employ.

UNIDENTIFIED REPORTER: Chairman Mark Malloch Brown sits on the board of George Soros' Open Society Foundation, which has a revenue of more than $300 million and has reportedly given away billions of dollars to left-wing organizations around the world. Malloch-Brown has also served as Vice Chairman of Soros' investment funds. Meantime, Smartmatic has faced controversy in the past with allegations of rigging the 2013 election in Venezuela, on behalf of embattled socialist President Nicolás Maduro.

MARK MALLOCH-BROWN: In Latin America, there has been the greatest adoption of these systems, precisely because people trust machines to count fairly, and you know, not to

get into the sort of abuse that has happened with hand counting systems in Latin America in the past.

UNIDENTIFIED REPORTER: This, as the latest in a series of connections between voting systems employed in the US and abroad and the Soros-linked company, to surface amid emerging evidence of voter fraud in the US presidential election.

EMILY FINN: Attorney General William Barr claims he's seen no evidence of voting fraud and President Trump's legal team is outraged. One America's Pearson Sharp has more as a retired Air Force General says this election is being stolen from the American people.

PEARSON SHARP: President Trump's legal team is hitting back after Attorney General William Barr made the astonishing statement that he hasn't seen any evidence of widespread voting fraud. President Trump's personal lawyer Rudy Giuliani issued a statement slamming Barr, saying there's been no semblance of a Justice Department investigation. Giuliani continued explaining they have found ample evidence of illegal voting in at least six states which has not been examined. Giuliani pointed out that of all the witnesses that have come forward and sworn under oath that they saw crimes being committed, not a single one has been interviewed by the Department of Justice. One America News spoke with the former

Assistant Vice Chief of Staff of the US Air Force, retired Lieutenant General Thomas McInerney, who says William Barr's claims are outrageous.

THOMAS MCINERNEY: How can the Attorney General say that there isn't evidence of fraud that would certainly turn over the election? Before they stopped counting, Trump was ahead in all of those states. Trump won by a landslide.

PEARSON SHARP: McInerney continues explaining there are mountains of evidence that cannot be dismissed and must be investigated.

THOMAS MCINERNEY: It is so obvious. For instance, in Pennsylvania, the state mailed out 1.8 million mail-in ballots, they got back 2.5 million. That is a 700,000 more, someone had a printing press and was cranking them out. So how can Attorney General Barr say that there were not gross examples?

PEARSON SHARP: The General went on to say he suspects Barr's comments could expose the Attorney General's involvement in much more sinister activities.

THOMAS MCINERNEY: If the Attorney General is saying there is not enough evidence, now that leads me to the conclusion that he has to be involved in treasonous activities, because this is not just fraudulent voting, this is not dirty politics, this is a treasonous activity against

the government of the United States.

PEARSON SHARP: One of President Trump's so-called nuclear options is to declare a national emergency, enact the Insurrection Act, and suspend the Electoral College, which McInerney says is essential to combat the attempted takeover of the White House.

THOMAS MCINERNEY: I think President Trump should declare a national emergency. It is imperative and he should do it immediately. This election is and has been stolen from the American people. We have a small group that is extreme left on the way to communism, and they are the ones that are taking these drastic measures.

PEARSON SHARP: McInerney's statements come after President Trump pointed out that both the DOJ and the FBI have been mysteriously absent during this whole investigation into the overwhelming evidence of voting fraud. One witness in Michigan, Melissa Carone, was a Dominion-trained IT contractor who explained ballots were being repeatedly counted, but says her evidence was completely ignored by the FBI. President Trump's legal team, including Giuliani and lawyer Jenna Ellis say the fight isn't over and are vowing to continue their pursuit of the truth through the judicial system.

THOMAS MCINERNEY: The American people will never have a free and fair election again, unless we clear this up

right now and show the treasonous activities that were used to take this government down. It was unfair. It must be stopped and analyzed right now.

PEARSON SHARP: Pearson Sharp, One America News.

EMILY FINN: Hospitals around the - -

TRANSCRIBER'S CERTIFICATE

I hereby certify that the foregoing pages are a true, accurate, and complete transcript of the proceedings transcribed from a copy of the electronic sound recording to the best of our knowledge and ability.

IN WITNESS WHEREOF, I have hereunto set my hand on this 12th day of October, 2021.

JAMES LONERGAN

THOMPSON COURT REPORTERS INC.

**$**

**$300** 4:15

**1**

**1.8** 6:12

**2**

**2.5** 6:13
**2005** 3:19
**2010** 3:23
**2013** 4:20
**2015** 4:1
**2022** 3:8
**24** 2:4 3:16

**7**

**700,000** 6:13

**A**

**about** 3:13
**abroad** 5:5
**absent** 7:15
**abuse** 5:1
**across** 2:4
**Act** 7:4
**activities** 6:19,23 8:1
**activity** 6:24
**adding** 2:16
**admitted** 4:4
**adoption** 4:23
**advisor** 2:12
**after** 2:19 4:1 5:14 7:13
**again** 7:24
**against** 6:24
**ahead** 6:7
**Air** 5:11 6:1
**all** 5:21 6:7
**allegations** 4:19
**also** 2:8 3:18 4:17
**amendment** 2:7
**America** 2:2 4:22 5:2,24 8:4
**America's** 5:10
**American** 5:12 7:10, 23
**amid** 5:5
**among** 2:18
**ample** 5:19
**an** 2:16 4:3
**analyzed** 8:3
**and** 2:5,10,17,18,24 3:3,22 4:3,5,10,15, 24 5:5,9,22 6:9,14 7:4,8,9,11,14,20,21, 24 8:1,3
**any** 3:9,18 5:15
**are** 2:2,3,8 6:3,9 7:11,21
**around** 3:1 4:17 8:5
**as** 3:1 4:18 5:3,11
**Assistant** 6:1
**astonishing** 5:15
**at** 2:13 3:8,16 4:4 5:20
**attempted** 7:5
**Attorney** 5:8,14 6:4, 15,18,20
**away** 4:16

**B**

**back** 5:14 6:13
**ballot** 2:8
**ballots** 2:4 6:13 7:18
**Barr** 5:8,14,17 6:15
**Barr's** 6:2,18
**battle** 3:2
**battles** 2:21
**be** 2:9,16 3:14 6:9, 22 8:2
**because** 4:23 6:23
**been** 2:10 4:22 5:18, 20,23 7:9,15
**before** 2:22 6:6
**behalf** 4:20
**behind** 3:8
**being** 3:16 5:11,23 7:18
**between** 2:4 4:1 5:4
**billionaire** 3:12
**billions** 4:16
**bit** 3:3
**board** 2:6 4:14
**boards** 2:7
**both** 7:14
**bought** 3:20,23
**branch** 4:6
**Brown** 4:13
**Burr** 3:8
**but** 3:3 4:8 7:18
**by** 5:23 6:7 7:19

**C**

**Caldwell** 2:14
**campaign** 2:12
**campaigning** 2:15, 17
**can** 6:4,15
**cannot** 6:9
**Carolina** 2:16 3:1
**Carone** 7:17
**casting** 2:3
**caught** 3:12
**certainly** 6:5
**Chairman** 4:2,13,18
**changed** 2:11
**Chief** 6:1
**choosing** 2:4
**City** 2:9
**claimed** 3:17
**claims** 3:24 5:8 6:3
**clear** 7:24
**College** 7:4
**combat** 7:5
**come** 5:22 7:13
**comments** 6:18
**committed** 5:23
**communism** 7:11
**companies** 4:10
**company** 3:9,19,22 4:9 5:5
**completely** 7:19
**conclusion** 6:22
**Congress** 2:17,19
**connected** 3:12,15
**connection** 3:9,19
**connections** 5:4
**continue** 7:21
**continued** 5:19
**continues** 6:8
**contractor** 7:17
**controversial** 3:19
**controversy** 4:19
**Corporation** 3:13
**could** 3:4 6:18
**Council** 2:9
**count** 3:16 4:24
**counted** 7:18
**counting** 5:2 6:6
**court** 3:21
**cranking** 6:14
**crimes** 5:22

**D**

**damage** 2:11
**daughter** 3:6
**decide** 3:3
**declare** 7:3,8
**denied** 3:9,18
**Department** 5:18,24
**despite** 3:24
**dirty** 6:24
**dismissed** 6:9
**divested** 3:22
**do** 3:3 7:9
**DOJ** 7:14
**dollars** 4:16
**Dominion** 3:10,13, 15,23 4:2,4,5,8
**Dominion-trained** 7:17
**down** 8:2
**drastic** 7:12
**due** 2:11
**during** 7:15

**E**

**education** 2:6,7
**efforts** 2:17
**election** 2:20,21 3:15 4:20 5:7,11 6:6 7:9,24
**elections** 2:3
**Electoral** 7:4
**electronic** 3:11,20
**Ellis** 7:20
**embattled** 4:21
**emergency** 7:3,8
**emerging** 5:6
**Emily** 2:1,2 3:6 5:8 8:5
**employ** 4:12
**employed** 5:4
**enact** 7:3
**enough** 6:21
**ensure** 2:21
**essential** 7:5
**evening** 2:10
**evidence** 5:6,9,15,19 6:5,9,21 7:16,19
**examined** 5:21
**examples** 6:16
**explained** 7:18
**explaining** 5:19 6:8
**expose** 6:18
**extreme** 7:10
**eyeing** 3:7

**F**

**faced** 4:19
**facing** 2:8
**fact** 4:7
**fair** 7:24
**fairly** 4:24
**FBI** 7:14,19
**fight** 7:21
**financial** 4:6
**Finn** 2:1,2 3:6 5:8 8:5
**firms** 4:1
**five** 4:1
**focus** 2:20
**following** 3:21
**for** 2:1,2,8,15,18,24

3:1 4:10 6:11
**Force** 5:11 6:1
**foreign** 3:8
**former** 5:24
**forward** 5:22
**found** 5:19
**Foundation** 4:14
**fraud** 5:6,9,16 6:5 7:16
**fraudulent** 6:23
**free** 7:24
**Friday** 2:14
**from** 2:11 3:22 4:8, 9,10 5:12 7:9
**full** 4:1
**funds** 4:18

**G**

**garner** 2:18
**gave** 4:3
**General** 5:8,11,14 6:2,4,15,17,20
**General's** 6:18
**George** 3:12 4:14
**get** 5:1
**Gianno** 2:14
**Giuliani** 5:17,19,21 7:20
**given** 4:16
**got** 6:13
**government** 7:1 8:2
**greater** 3:4
**greatest** 4:23
**gross** 6:15
**group** 7:10

**H**

**had** 6:14
**hand** 5:1
**happened** 5:1
**hard** 2:24
**has** 4:15,17,19,22 5:1,10,20,23 6:22 7:9
**hasn't** 5:15
**have** 2:10,24 3:3,17 4:5,10 5:19,22 7:10, 14,24
**having** 3:9,18,24
**he** 5:15 6:17,22 7:8
**he's** 5:9
**held** 4:5
**her** 2:16,17 7:19
**Here's** 3:10
**higher** 2:7
**hints** 2:12
**hitting** 5:14
**home** 2:17 3:5
**honor** 2:16
**Hospitals** 8:5
**hour** 2:1
**House** 2:5 7:6
**how** 6:4,14
**However** 2:20

**I**

**I'M** 2:2,24
**If** 6:20
**ignored** 7:19
**illegal** 5:20
**immediately** 7:9
**imperative** 7:8
**in** 2:5,10,15,19 3:6, 8,10,16,17,19,21, 23,24 4:1,3,5,6,9, 19,20,22 5:2,3,4,6, 20 6:7,11,19,22 7:16
**including** 7:20
**instance** 6:11
**Insurrection** 7:4
**interest** 4:6
**international** 4:11
**interview** 4:3
**interviewed** 5:23
**into** 5:1 7:15
**investigated** 6:10
**investigation** 5:18 7:15
**investment** 4:18
**involved** 6:22
**involvement** 6:19
**is** 2:20 3:6,12,16,20 4:7,8 5:10,11,13 6:11,13,20,21,23,24 7:3,5,8,9,10
**isn't** 4:9 6:5 7:21
**issued** 5:17
**it** 2:16,23 3:1,22 6:11 7:8,9,17 8:2
**its** 3:13,24

**J**

**Jenna** 7:20
**judges** 2:8
**judicial** 7:22
**just** 6:23
**Justice** 5:18,24

**K**

**know** 3:4 4:24

**L**

**landslide** 6:7
**Lara** 2:12,14,23
**large** 4:8
**largest** 3:20
**last** 3:17
**later** 2:10 3:21
**latest** 3:10 5:3
**Latin** 4:22 5:2
**law** 3:6
**lawyer** 5:16 7:20
**leads** 6:21
**least** 3:16 5:20
**leave** 3:8
**left** 7:11
**left-wing** 4:16
**legal** 2:21 5:10,13 7:20
**legitimate** 2:21
**license** 4:10
**licensed** 4:4,8
**licenses** 4:9
**Lieutenant** 6:2
**little** 3:3
**locations** 2:10
**look** 3:2
**lot** 2:15
**Louisiana** 2:3
**Louisianans** 2:6
**lying** 3:13

**M**

**machines** 4:24
**made** 5:14
**Maduro** 4:21
**mail-in** 6:12
**mailed** 6:12
**maintained** 3:24
**Malloch** 4:13
**Malloch-brown** 4:3, 7,17,22
**managers** 3:23
**manufacturer** 3:11
**Mark** 4:2,7,13,22
**may** 3:14 4:5
**Mcinerney** 6:2,4,8, 11,20 7:5,7,23
**Mcinerney's** 7:13
**me** 2:1 4:8 6:21
**Meantime** 4:18
**measures** 7:12
**Melissa** 7:17
**membership** 2:7
**Michigan** 7:17
**million** 4:15 6:12,13
**more** 2:19 4:15 5:10 6:13,19
**mountains** 6:9
**much** 6:19
**multiple** 2:3
**must** 6:9 8:2
**my** 3:5
**mysteriously** 7:15

**N**

**national** 7:3,8
**never** 3:17 7:23
**News** 2:2 5:24 8:4
**Nicolás** 4:21
**no** 3:24 5:9,18
**North** 2:15 3:1
**not** 4:24 5:20,23 6:15,21,23,24
**noted** 2:17
**nothing** 3:4
**now** 2:20,24 3:2 6:21 8:1,3
**nuclear** 7:3

**O**

**oath** 5:22
**obvious** 6:11
**obviously** 3:2
**of** 2:2,6,15 3:3,4,5, 11,15,20,24 4:2,7, 11,14,15,16,18,20, 23 5:1,4,6,9,15,18, 20,21,24 6:1,5,7,9 7:1,2,6,16,22
**off** 2:8
**Officials** 3:8
**on** 2:6,7,8,9,13,20 3:2,3 4:14,20 6:17 7:11
**one** 2:2 3:20 5:10, 23,24 7:2,16 8:4
**ones** 7:11
**open** 2:10 4:14
**opening** 2:2
**options** 7:3
**or** 2:11
**organizations** 4:17
**other** 4:10
**our** 4:7
**out** 5:21 6:12,14 7:14
**Outloud** 2:14
**outraged** 5:10
**outrageous** 6:3
**over** 6:6 7:21
**overwhelming** 7:16
**owned** 4:5

**P**

**pandemic** 2:11

**parishes** 2:4
**part** 4:7,9
**particular** 4:11
**past** 4:19 5:2
**Pearson** 5:10,13 6:8, 17 7:2,13 8:4
**Pennsylvania** 6:12
**people** 3:5 4:24 5:12 7:10,23
**personal** 5:16
**Philippines** 4:3
**piece** 4:11
**podcast** 2:13,14
**point** 4:4
**pointed** 5:21 7:14
**politics** 6:24
**Polling** 2:9
**Polls** 2:2
**popular** 2:13
**possible** 2:13
**possibly** 2:22
**precisely** 4:23
**President** 2:12,15, 18 3:1 4:21 5:9,13, 16 7:2,7,14,19
**President's** 2:21 3:6
**presidential** 5:6
**press** 6:14
**printing** 6:14
**proud** 2:19,24
**purchase** 4:2
**pursues** 2:22
**pursuit** 7:22

**R**

**really** 2:23
**recent** 2:11
**regarding** 2:7
**relates** 3:1
**repeatedly** 7:18
**report** 3:14
**reportedly** 3:7 4:16
**REPORTER** 3:11 4:13 5:3
**represent** 2:5,16 3:4
**Republican** 2:8,19
3:7
**Republicans** 2:5
**results** 2:22
**retired** 5:11 6:1
**revenue** 4:15
**Richard** 3:7
**rigging** 4:20
**right** 3:2 8:1,3
**Rudy** 5:17
**ruling** 3:21
**run** 2:13
**runoff** 2:3

**S**

**said** 2:14,18,20
**sale** 3:15
**saw** 5:22
**say** 6:4,15,17 7:21
**saying** 5:17 6:20
**says** 5:11 6:2 7:5,18
**seat** 2:22 3:7
**second** 2:24
**see** 2:19
**seen** 5:9,15
**semblance** 5:18
**Senate** 2:13,22 3:2
**Senator** 3:7
**Sequoia** 3:20,23 4:2, 5
**Sequoia's** 3:22
**series** 5:4
**served** 4:17
**Services** 3:23
**Sharp** 5:10,13 6:8, 17 7:2,13 8:4
**she** 2:14,17,18,20,22
**should** 7:7,8
**show** 8:1
**Shreveport** 2:9
**single** 5:23
**sinister** 6:19
**sits** 4:14
**six** 5:20
**slamming** 5:17
**small** 7:10
**Smartmatic** 3:9,14, 17,18,19,22 4:2,5, 19
**so** 2:24 6:11,14
**so-called** 7:2
**socialist** 4:21
**Society** 4:14
**software** 3:9
**sold** 3:17,22
**some** 2:10 4:6
**someone** 6:14
**something** 2:23
**Soros** 3:12
**Soros'** 4:14,18
**Soros-linked** 3:14 5:5
**sort** 5:1
**spent** 2:15
**spoke** 5:24
**spot** 2:9
**Staff** 6:1
**state** 2:17 3:5 6:12
**statement** 5:15,17
**statements** 7:13
**states** 3:16 5:20 6:7 7:1
**statewide** 2:5
**stations** 2:9
**staying** 2:1
**stolen** 5:12 7:9
**stopped** 6:6 8:2
**storms** 2:12
**Sunday** 3:14
**Supervisors** 2:6
**support** 2:18
**surface** 5:5
**suspects** 6:18
**suspend** 7:4
**sworn** 5:22
**system** 7:22
**systems** 3:10,12,13, 21 4:23 5:2,4

**T**

**take** 8:2
**takeover** 7:5
**taking** 7:12
**team** 5:10,13 7:20
**technology** 3:15,18 4:4,8,9,11
**tell** 4:8
**than** 3:4 4:15
**Thank** 2:1
**that** 2:23,24 3:3,7,14 4:11,12 5:1,15,21, 22 6:5,9,13,15,21, 22 7:10,11,14 8:1
**the** 2:5,6,8,9,10,11, 13,20,21 3:1,4,6,7, 10,15,19,20,21,22, 24 4:1,3,5,6,7,10, 11,14,17,19,20,23 5:1,2,3,4,5,6,12,14, 21,23,24 6:1,4,6,12, 17,18,20,21 7:1,3,4, 5,6,10,11,14,16,19, 21,22,23 8:1,5
**their** 7:21
**them** 2:5 6:14
**there** 4:22 6:5,8,15, 21
**there's** 5:17
**these** 4:23 7:12
**they** 5:19,22 6:6,13 7:11
**think** 3:4 7:7
**this** 2:1,19 3:2 4:4 5:3,11 6:23,24 7:9, 15,24 8:2
**Thomas** 6:2,4,11,20 7:7,23
**those** 6:7
**through** 7:22
**ties** 3:13,24
**time** 2:15,20,24 3:3
**to** 2:5,11,16,17,19, 20,21 3:1,3,4,12,13, 15,16,17,19,22 4:4, 16,24 5:5 6:17,21, 22 7:3,5,11,21 8:1
**to-[inaudible** 3:18
**today** 2:4
**treasonous** 6:22,24 8:1
**tropical** 2:11
**Trump** 2:12,15,18, 23 6:6,7 7:7,14
**Trump's** 2:12 5:9, 13,16 7:2,20
**trust** 4:24
**truth** 7:22
**turn** 6:5
**tweet** 3:17
**two** 2:4,8 3:21 4:1

**U**

**under** 5:22
**unfair** 8:2
**UNIDENTIFIED** 3:11 4:13 5:3
**United** 7:1
**unless** 7:24
**until** 2:10
**up** 7:24
**US** 3:10,16,21,23,24 4:5,6 5:5,6 6:1
**use** 4:11
**used** 3:16 8:1
**using** 4:4,9

**V**

**Venezuela** 4:20
**verified** 3:14
**Vice** 4:18 6:1
**vote** 2:6
**voter** 5:6
**Voters** 2:3
**votes** 3:16
**voting** 3:8,10,12,13, 20,23 5:4,9,16,20 6:23 7:16
**vowing** 7:21

**W**

**was** 2:19,23 6:6,14 7:17,19 8:2
**way** 7:11
**we** 2:24 4:10,12 7:10,24
**we're** 3:2

**week** 3:17
**went** 6:17
**were** 6:15 7:18 8:1
**what** 2:16
**which** 3:16,20 4:9, 15 5:20 7:4
**while** 2:13
**White** 7:6
**who** 6:2 7:18
**whole** 7:15
**widespread** 5:16
**will** 2:6,9 3:8 7:23
**William** 5:8,14 6:2
**with** 2:1,14 3:9 4:19 5:1,24
**witness** 7:16
**witnesses** 5:21
**women** 2:18,19
**won** 2:24 6:7
**worked** 2:23
**working** 3:2
**world** 4:17
**would** 2:16 6:5

**Y**

**year's** 2:20
**years** 3:21 4:1
**yes** 4:7
**you** 2:1 3:4 4:8,24