# EXHIBIT 11

https://www.oann.com/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-open-society-foundations/    Go

38 captures
7 Dec 2020 - 9 Aug 2021

NOV DEC JAN
07
2019 202 About this capture





Now you can enjoy **KlowdTV** **FREE** through 2020!    FREE 2020    Just go to KlowdTV.com, sign up and select the FREE2020 Package!    No Credit Card Required!

Includes OAN, AWE (A Wealth of Entertainment) and more!

**TRENDING**  LINDELL SPEAKS OUT ON ELECTION SITUATION IN GA.    SEARCH ...

# Chairman Of Smartmatic's Parent Company To Become President Of George Soros's 'Open Society Foundations'

Ad





https://www.oann.com/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-open-society-foundations/   Go

38 captures
7 Dec 2020 - 9 Aug 2021

FILE – In this June 21, 2019 file photo, George Soros, founder and chairman of the Open Society Foundations, looks before the Joseph A. Schumpeter award ceremony in Vienna, Austria. (AP Photo/Ronald Zak, File)

OAN Newsroom
UPDATED 7:14 AM PT – Monday, December 7, 2020

Billionaire George Soros has appointed the chairman of **Smartmatic** voting system's parent company as president of his far-left global organization.

Over the weekend, **Open Society Foundations** announced Lord Mark Malloch-Brown is set to take over the position next month.

> I applaud Patrick Gaspard's leadership of the Open Society Foundations in a world beset by illiberalism. Mark Malloch-Brown will be Open Society's new president. He is deeply familiar with its work and shares my vision of philanthropy. **https://t.co/DdJk1z3Cq2**
>
> — George Soros (@georgesoros) **December 4, 2020**

The move comes after Smartmatic sold voting technology to foreign-owned Dominion, which is the controversial software used to count votes in 24 U.S. states for the 2020 election.

Meanwhile, Smartmatic-tied Dominion voting service is facing backlash over what President Trump has described as instances of fraud in the 2020 elections.

"In one Michigan County as an example, that used Dominion Systems, they found that nearly 6,000 votes had been wrongly switched from Trump to Biden," stated the President. "And this is just the tip of the iceberg, this is what we caught."

Smartmatic has faced controversy in the past with allegations of rigging the 2013 election in Venezuela to favor socialist President Nicolas Maduro.

RELATED: **Trump legal team to probe Mich. Dominion voting machines**



Document title: Chairman of Smartmatic&#39;s parent company to become president of George Soros&#39;s &#39;Open Society Foundations&#39; | One America New…
Capture URL: https://web.archive.org/web/20201207151700/https://www.oann.com/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-…
Capture timestamp (UTC): Wed, 27 Oct 2021 16:07:00 GMT                                                                                                    Page 2 of 6



https://www.oann.com/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-open-society-foundations/   Go   NOV   DEC   JAN

38 captures
7 Dec 2020 - 9 Aug 2021

## SUPPORT OAN ON FACEBOOK



Become an OAN Supporter on Facebook to Watch Credible News 24/7 Anywhere



Babin targets dead voters with 'You must be alive to vote act'

Wall to Wall: Stephen Moore on November Jobs Report Part 2

Chairman of Smartmatic's parent company to become president of George Soros's 'Open Society Foundations'

Dozens take part in Brooklyn 'Rally for Freedom'

**NEWS**

Top News

World

Business

Money

Tech

Sports

Sports

Entertainment

## STORE

Shop

## TELEVISION

Schedule

Where to Watch

## COMPANY

About One America News Network

Affiliate Relations

Brand & ID

Press Kit

Careers

Contact

## TOPICS

2020 election 2020 Elections 2020 Presidential Election Arizona ballot stuffing

California Chanel Rion China Congress coronavirus coronavirus lockdown coronavirus pandemic

coronavirus relief coronavirus vaccine COVID-19 Dominion Dominion Voting Systems Donald Trump ECONOMY

https://www.oann.com/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-open-society-foundations/   Go   NOV   **DEC**   JAN

**38 captures**
7 Dec 2020 - 9 Aug 2021

**07**

2019   202   About this capture

## TELEVISION

Schedule

Where to Watch

## COMPANY

About One America News Network

Affiliate Relations

Brand & ID

Press Kit

Careers

Contact

## TOPICS

2020 election 2020 Elections 2020 Presidential Election Arizona ballot stuffing California Chanel Rion China Congress coronavirus coronavirus lockdown coronavirus pandemic coronavirus relief coronavirus vaccine COVID-19 Dominion Dominion Voting Systems Donald Trump ECONOMY election fraud FDA Georgia GOP Greta Wall Jenna Ellis Joe Biden John Hines mainstream media Michigan Moderna New York pandemic Pearson Sharp Pennsylvania Pfizer President Trump Rudy Giuliani senate Trump Administration Trump campaign Trump Legal Team voter fraud voting fraud Wisconsin 'Stay At Home' order

© COPYRIGHT 2020 — HERRING NETWORKS, INC. ALL RIGHTS RESERVED.

CONTACT | ABOUT | WHERE TO WATCH | AFFILIATE RELATIONS | BRAND
PRESS KIT | CAREERS | SHOP | TERMS