# EXHIBIT 14

TRANSCRIPT OF THE AUDIO RECORDING OF:

One America News Network

In Focus with Stephanie Hamil Excerpt

November 20, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC

1          Rudy Giuliani:  You don't have an over-vote of 200%
2    or 300%, you don't have an over-vote of 100%. Most, most
3    precincts don't have 100% turnout. In fact, classically it's
4    considered to be an over-vote if you go over 80%. Well, in
5    Michigan, and Wisconsin, we have over-votes in numerous
6    precincts.
7          Stephanie Hamil:  Hello, everyone. I'm Stephanie
8    Hamill. Welcome to In Focus. President Trump's personal
9    attorney alleges a national conspiracy by Democrats to steal
10   the 2020 election. Rudy Giuliani says absentee and mail-in
11   ballots were cast illegally for Biden or tampered with by poll
12   workers. He also claims those votes were counted while
13   Republican inspectors kept, were kept at a distance.
14   Furthermore, Giuliani believes some votes for Biden were
15   tallied as many as three times each, saying workers repeatedly
16   fed individual ballots into counting machines.
17         Rudy Giuliani:  What I'm describing to you was a
18   massive fraud, it isn't a little teeny one. It isn't, you
19   know, 100 votes switched here or there. In the city of
20   Atlanta, Republicans were not allowed to watch the absentee
21   mail-in ballot process. Inspections, completely cast aside.
22   And we have numerous double voters. We have numerous out of
23   state voters. And we have specific evidence of intimidation
24   and changes of vote. That will all be in the lawsuit that

1   comes out tomorrow. Arizona is a state that we're looking at
2   very, very carefully. I would say we're probably going to
3   bring a lawsuit in Arizona, more than probably, I think we are
4   going to bring a lawsuit in Arizona. We're still collecting
5   that evidence. And the state that we're looking at that would
6   surprise you is we have very very significant amount of fraud
7   allegations in the state of New Mexico.
8           Stephanie Hamil:  And Giuliani is not alone in his
9   assertions of widespread voter fraud. Attorney Sidney Powell
10  says the software used in the voting machines across the
11  country can be manipulated to alter vote totals. Now Powell
12  also points out that the software developed by Smartmatic is
13  tied to major Democrat donor George Soros and the Clinton
14  Foundation. This as Joe Biden considers taking legal action
15  over efforts to delay the presidential transition. Joining me
16  now lawyer, political commentator, and former US Attorney for
17  the District of Columbia, Joseph diGenova. Thank you so much
18  for joining me. You're also part of President Trump's legal
19  team. You were at this press conference yesterday, I saw you
20  standing there on the platform. Let's go over some of the key
21  claims and allegations that were presented by Team Trump
22  yesterday because there's so much to unpack.
23          Joseph diGenova:  Well, the most important one is the
24  denial of equal protection and due process in Michigan,

1  Pennsylvania, and elsewhere, Wisconsin. Now, hundreds and
2  hundreds of thousands of votes, indeed several million votes,
3  were counted. These are mail-in votes. These are votes that
4  came in after the closing of the polls. And they number in the
5  millions. The observers who are legally allowed to be in the
6  counting area, were not allowed to be close enough to view the
7  envelopes. What happens when you have an absentee ballot, a
8  mail-in ballot or a mail-out ballot is, it comes in an
9  envelope. On that envelope is very important information, a
10 signature, a date stamp, other information. Once that ballot
11 is removed from that envelope and that envelope is thrown
12 away, you can never go back and verify that, that particular
13 vote. That happened in over 800,000 cases in Pennsylvania. And
14 the bottom line is this, and in Detroit. And the bottom line
15 is this, not a single Republican observer viewed any of those
16 800,000 envelopes. So therefore, they were never able to
17 verify what is being claimed as a legitimate vote. That is the
18 single most important allegation. After that, we have
19 statistical anomalies. There are votes that are astronomically
20 different than historical records indicate. Those anomalies
21 include too many people voting, percentages of errors. For
22 example, usually in mail-ins there's a, there's a very
23 substantial error rate because people make mistakes, usually
24 3% or more. In these mail-in, mail-out, and absentee ballots,

1  there is less than 1%. In fact, it's .03% error rate. That's a
2  statistical impossibility. And so what do all these statistics
3  mean? They mean that this was not an accident. It wasn't a
4  coincidence. It was a coincidence with a purpose. And that
5  purpose was a scheme, a plan to do exactly what the Democrats
6  started doing three years ago, which was try to get all the
7  states to change their mail-in voting procedures to allow this
8  to occur. And by the way, this is very important, yhey started
9  doing this change to mail-in ballots, long before COVID ever
10 existed. So COVID has nothing to do with this. That's not the
11 reason this was set up. This was set up as a plan to make sure
12 they were able to get enough votes after midnight, to give
13 somebody a victory.
14         Stephanie Hamil:  Yeah, no Democrats have been
15 pushing for this for years. And then they use COVID-19 as an
16 excuse to push it through. And you pointed out I mean, there's
17 really strange things going on, like the over-vote, for
18 example, which we heard Giuliani say in the video 100 to 200%,
19 voter turnout, we have kids voting, we have dead people
20 voting, there's real examples of voter fraud. Yet, people in
21 the media reporters, investigative journalists, they're all
22 turning a blind eye to this, they don't care. In fact, those
23 who questioned voter fraud, and use these real examples are
24 written off as like conspiracy theorists and liars. And you

1   know, President Trump's doing damage to democracy. But no,

2   there's real questions. And these legal challenges are

3   legitimate. And there's some things that here that these

4   reporters should be concerned about, and they're not. I mean,

5   it's really disturbing. And I saw some of the questions that

6   were thrown at you guys yesterday, and you could you could

7   feel the hostility.

8            Joseph diGenova:  Well, there's no doubt that a very

9   significant number of people in the press, hate this president

10  and hate anybody who tries to help in or work for him. We've

11  had lawyers on our team threatened, people have had to drop

12  out of the representation. There was a firm in Philadelphia

13  that had to drop out, because they were receiving threats to

14  their lawyers. One of our lawyers in Philadelphia has US

15  Marshals protecting her because of death threats. This is

16  something that the media doesn't care about. You haven't seen

17  a single story outside of local press in Pennsylvania,

18  reporting about the death threats against lawyers representing

19  the president. And that's because the media doesn't care.

20  They'd be quite happy if somebody on the Trump team was

21  killed. It's really sort of sick. We don't have journalism

22  anymore, we have advocacy and propagandists. And we just have

23  to live with that until the American people force the change

24  in journalism, but they hate this president, and they hate

1  anybody who's helping them him.

2          Stephanie Hamil:  And we saw what happened in
3  Michigan where the canvassers in Wayne County were threatened.

4          Joseph diGenova:  Yes.

5          Stephanie Hamil:  They were intimidated. They were
6  doxxed, to the point that they changed their vote. And then
7  they ended up coming out and changing the vote again, because
8  they realized that it wasn't right. They needed to do the
9  correct thing, which was to be honest and truthful. And they
10 had real concerns about the voting tally in Michigan and in
11 their county. So but yeah, where's the outrage? Could you
12 imagine if that was the other way around, and we saw the video
13 of them even being threatened. So it's just really incredible.

14         Joseph diGenova:  Well, I think one of the, one of
15 the best pieces of evidence of how corrupt the voting process
16 was in Detroit, Michigan, was that canvassing video, showing
17 how the people who were doing the canvassing and the two
18 members of the certification team who were accused of being
19 racist, having their, their integrity questioned. One of the
20 most amazing performances, how can anybody have confidence in
21 the performance of those other public officials threatening
22 two canvassers that way? What it, what it does show is the
23 partisan nature of what happened in Detroit. And it
24 underscores the importance of getting to the bottom of the

1  hundreds of thousands of votes, which were driven into

2  the counting center in Detroit at 4:30 in the morning, where

3  the ballots were pristine, untouched, had a single circle with

4  Joe Biden's name on it circled all the same, all identical,

5  hundreds of thousands of votes. So once again, in Michigan, in

6  Pennsylvania, and elsewhere, Trump goes to bed with hundreds

7  of thousands of vote leads in each state, wakes up in the

8  morning, and he's behind. That is a statistical impossibility.

9  And it was done for one reason, it's a result of fraud.

10           Stephanie Hamil:  Yeah, and then people say this

11 election, a referendum on President Trump and his policies and

12 his hateful rhetoric and his tweets, but at the end of the

13 day, he got way more votes than in 2016. And I haven't met

14 anyone who's voted for Trump who isn't voting, who didn't vote

15 for Trump in this election. So that's a total fraud and scam.

16 ==Really quickly what really stood out to me in the press==

17 ==conference yesterday was Sidney Powell talking about the==

18 ==voting machines suggesting that our votes are being counted==

19 ==overseas, that Dominion Voting Machines and Smartmatic use==

20 ==software that are controlled by foreign interests==. If you

21 could expand on that.

22           Joseph diGenova:  I noticed that Dominion Software

23 and its other entities issued a statement today saying they're

24 not controlled by foreign entities, etc, etc. They never

1  denied that the votes are actually counted in computers in
2  Frankfurt, Germany, and Barcelona, Spain. Ask yourself this
3  question: Why would any state hire a company, which is going
4  to have its vote tallies done in Frankfurt, Germany, and
5  Barcelona, Spain, where the tallying cannot be monitored by
6  any American citizen during the process, and where tabulations
7  could be altered without the knowledge of anybody? Because
8  these computer systems have a backdoor so that they can be
9  hacked. My answer to Dominion is, allow all of your computers
10 to be subject to a forensic audit immediately. Let's see if
11 they agree to that.
12          Stephanie Hamil:  Yeah, I want to ask you about the
13 Georgia recount, Biden pulling ahead. And at the end of the
14 day, if you have a bunch of fraudulent votes, and you count
15 the fraudulent votes again, you're gonna get the same result.
16          Joseph diGenova:  Well, the Georgia recount is a
17 joke. It's really a Monty Python vote. What they've done is
18 they took a soiled ballots, despoiled ballots, and recounted
19 the same ballots. They didn't do anything. They didn't go back
20 and check. They didn't go back and do any statistical
21 analysis. They simply by hand, counted the same corrupted
22 ballots a second time. That is not a recount. It's not an,
23 it's not an audit. It is a joke. And it will not stand up and
24 additional lawsuits are being filed today on this, not only by

1  the Trump campaign, but by three or four other public interest

2  groups in Georgia.

3              Stephanie Hamil:  Yeah, my question is, where is the

4  FBI? I mean, isn't this something that they should tackle

5  because you heard the reporters asking you guys questions

6  yesterday that really you can't answer, you need the help of

7  government authorities for some of the things that you're

8  looking for in your legal challenges. Now, what was in

9  Michigan, there was like over 200 and something affidavits? I

10 mean, people are giving information they're so,you know, like

11 whistleblowers, and these reporters are pretending that this

12 isn't the right process.

13             Joseph diGenova:  The, first of all, we have hundreds

14 and hundreds of affidavits in each precinct, including

15 Democrat poll workers, who were being whistleblowers about the

16 corruption that they were seeing. Being ordered to change

17 dates on ballots, being, in other words, being ordered to

18 backdate them so they would meet the deadline. Putting names

19 on envelopes and ballots that were, where none existed. Going

20 to the registrations and getting the name of a voter and

21 putting it on a ballot. There are hundreds and hundreds in

22 each state. So there are thousands of these affidavits. Where

23 is the FBI? That is a very good question. I can only, Chris

24 Ray, our FBI director is the only person who knows the answer

1 to that. But I can tell you from all of our work, and all of
2 the states, talking to all of our lawyers on the ground, not
3 one single group of lawyers has been contacted by the FBI for
4 information, and neither has any local Republican counting
5 group or monitoring group.
6       Stephanie Hamil:  Yeah. Well, we're gonna leave it
7 here. Thank you, again, keep fighting the good fight. And as I
8 said, Trump supporters across the country, they want answers.
9 They want to make sure that this is a free and fair election.
10 Thank you.
11       Joseph diGenova:  Thank you.
12       Stephanie Hamil:  Coming up next, growing skepticism
13 in the Peach State over the election recount.
14       Voiceover:  Georgia affirmed Mr. Biden the winner
15 after a hand recount, but that hasn't moved the President.
16
17
18
19
20
21
22
23
24

1       CERTIFICATE OF TRANSCRIPTIONIST

2

3

4         I FURTHER CERTIFY that the foregoing

5    transcript of said matter is a true, correct,

6    and complete transcript of the statement given at

7    the time and place specified.

8

9         I FURTHER CERTIFY that I am not a

10    relative or employee or attorney or employee of

11    such attorney or counsel, or financially

12    interested directly or indirectly in this action.

13

14

15         IN WITNESS WHEREOF, I have set my hand.

16

17

18

19    _____

20    James Lonergan

21    Production Manager

22    THOMPSON COURT REPORTERS

23

24

| | | | | |
|---|---|---|---|---|
| **0** | again 7:7 8:5 9:15 11:7 | area 4:6 | blind 5:22 | coincidence 5:4 |
| 03% 5:1 | against 6:18 | Arizona 3:1,3,4 | bottom 4:14 7:24 | collecting 3:4 |
| | ago 5:6 | around 7:12 | bring 3:3,4 | Columbia 3:17 |
| **1** | agree 9:11 | as 2:15 3:14 4:17 5:11,15,24 11:7 | bunch 9:14 | comes 3:1 4:8 |
| 1% 5:1 | ahead 9:13 | aside 2:21 | but 6:1,24 7:11 8:12 10:1 11:1,15 | coming 7:7 11:12 |
| 100 2:19 5:18 | all 2:24 5:2,21 8:4 9:9 10:13 11:1,2 | ask 9:2,12 | by 2:9,11 3:12,21 5:8 8:20,24 9:5,21,24 10:1 11:3 | commentator 3:16 |
| 100% 2:2,3 | allegation 4:18 | asking 10:5 | | company 9:3 |
| | allegations 3:7,21 | assertions 3:9 | | complete 12:6 |
| **2** | alleges 2:9 | astronomically 4:19 | **C** | completely 2:21 |
| 200 10:9 | allow 5:7 9:9 | at 2:13 3:1,5,19 6:6 8:2,12 9:13 12:6 | came 4:4 | computer 9:8 |
| 200% 2:1 5:18 | allowed 2:20 4:5,6 | Atlanta 2:20 | campaign 10:1 | computers 9:1,9 |
| 2016 8:13 | alone 3:8 | attorney 2:9 3:9,16 12:10,11 | can 3:11 4:12 7:20 9:8 10:23 11:1 | concerned 6:4 |
| 2020 2:10 | also 2:12 3:12,18 | audit 9:10,23 | can't 10:6 | concerns 7:10 |
| | alter 3:11 | authorities 10:7 | cannot 9:5 | conference 3:19 8:17 |
| **3** | altered 9:7 | away 4:12 | canvassers 7:3,22 | confidence 7:20 |
| 3% 4:24 | am 12:9 | | canvassing 7:16,17 | considered 2:4 |
| 300% 2:2 | amazing 7:20 | **B** | care 5:22 6:16,19 | considers 3:14 |
| | American 6:23 9:6 | | carefully 3:2 | conspiracy 2:9 5:24 |
| **4** | amount 3:6 | back 4:12 9:19,20 | cases 4:13 | contacted 11:3 |
| 4:30 8:2 | an 2:1,2,4 4:7,8 5:3,15 9:22,23 | backdate 10:18 | cast 2:11,21 | controlled 8:20,24 |
| | analysis 9:21 | backdoor 9:8 | center 8:2 | correct 7:9 12:5 |
| **8** | and 2:5,10,22,23,24 3:5,8,13,16,21,24 4:1,4,11,12,13,14,24 5:2,4,8,15,16,23, 24 6:2,3,4,5,6,10, 19,22,24 7:2,6,7,9, 10,12,17,23 8:6,8,9, 10,11,12,13,15,19, 23 9:2,4,6,13,14,18, 20,23 10:9,11,14, 19,20,21 11:1,4,7,9 12:6,7 | ballot 2:21 4:7,8,10 10:21 | **CERTIFICATE** 12:1 | corrupt 7:15 |
| 80% 2:4 | | ballots 2:11,16 4:24 5:9 8:3 9:18,19,22 10:17,19 | certification 7:18 | corrupted 9:21 |
| 800,000 4:13,16 | | Barcelona 9:2,5 | **CERTIFY** 12:4,9 | corruption 10:16 |
| | | be 2:4,24 3:11 4:5,6 6:4,20 7:9 9:5,7,8, 10 | challenges 6:2 10:8 | could 6:6 7:11 8:21 9:7 |
| **A** | | because 3:22 4:23 6:13,15,19 7:7 9:7 10:5 | change 5:7,9 6:23 10:16 | counsel 12:11 |
| able 4:16 5:12 | | bed 8:6 | changed 7:6 | count 9:14 |
| about 6:4,16,18 7:10 8:17 9:12 10:15 | | been 5:14 11:3 | changes 2:24 | counted 2:12 4:3 8:18 9:1,21 |
| absentee 2:10,20 4:7,24 | anomalies 4:19,20 | before 5:9 | changing 7:7 | counting 2:16 4:6 8:2 11:4 |
| accident 5:3 | answer 9:9 10:6,24 | behind 8:8 | check 9:20 | country 3:11 11:8 |
| accused 7:18 | answers 11:8 | being 4:17 7:13,18 8:18 9:24 10:15,16, 17 | Chris 10:23 | county 7:3,11 |
| across 3:10 11:8 | any 4:15 9:3,6,20 11:4 | believes 2:14 | circle 8:3 | **COURT** 12:22 |
| action 3:14 12:12 | anybody 6:10 7:1,20 9:7 | best 7:15 | circled 8:4 | **COVID** 5:9,10 |
| actually 9:1 | anymore 6:22 | Biden 2:11,14 3:14 9:13 11:14 | citizen 9:6 | **COVID-19** 5:15 |
| additional 9:24 | anyone 8:14 | Biden's 8:4 | city 2:19 | |
| advocacy 6:22 | anything 9:19 | | claimed 4:17 | **D** |
| affidavits 10:9,14,22 | are 3:3 4:3,5,19 5:23 6:2 8:18,20 9:1,24 10:10,11,21,22 | | claims 2:12 3:21 | damage 6:1 |
| affirmed 11:14 | | | classically 2:3 | date 4:10 |
| after 4:4,18 5:12 11:15 | | | Clinton 3:13 | dates 10:17 |
| | | | close 4:6 | day 8:13 9:14 |
| | | | closing 4:4 | dead 5:19 |
| | | | | deadline 10:18 |

**death** 6:15,18
**delay** 3:15
**democracy** 6:1
**Democrat** 3:13 10:15
**Democrats** 2:9 5:5, 14
**denial** 3:24
**denied** 9:1
**describing** 2:17
**despoiled** 9:18
**Detroit** 4:14 7:16,23 8:2
**developed** 3:12
**didn't** 8:14 9:19,20
**different** 4:20
**digenova** 3:17,23 6:8 7:4,14 8:22 9:16 10:13 11:11
**directly** 12:12
**director** 10:24
**distance** 2:13
**District** 3:17
**disturbing** 6:5
**do** 5:2,5,10 7:8 9:19, 20
**does** 7:22
**doesn't** 6:16,19
**doing** 5:6,9 6:1 7:17
**Dominion** 8:19,22 9:9
**don't** 2:1,2,3 5:22 6:21
**done** 8:9 9:4,17
**donor** 3:13
**double** 2:22
**doubt** 6:8
**doxxed** 7:6
**driven** 8:1
**drop** 6:11,13
**due** 3:24
**during** 9:6

———————
**E**

**each** 2:15 8:7 10:14, 22

**efforts** 3:15
**election** 2:10 8:11, 15 11:9,13
**elsewhere** 4:1 8:6
**employee** 12:10
**end** 8:12 9:13
**ended** 7:7
**enough** 4:6 5:12
**entities** 8:23,24
**envelope** 4:9,11
**envelopes** 4:7,16 10:19
**equal** 3:24
**error** 4:23 5:1
**errors** 4:21
**etc** 8:24
**even** 7:13
**ever** 5:9
**everyone** 2:7
**evidence** 2:23 3:5 7:15
**exactly** 5:5
**example** 4:22 5:18
**examples** 5:20,23
**excuse** 5:16
**existed** 5:10 10:19
**expand** 8:21
**eye** 5:22

———————
**F**

**fact** 2:3 5:1,22
**fair** 11:9
**FBI** 10:4,23,24 11:3
**fed** 2:16
**feel** 6:7
**fight** 11:7
**fighting** 11:7
**filed** 9:24
**financially** 12:11
**firm** 6:12
**first** 10:13
**Focus** 2:8
**for** 2:11,14 3:16,18 4:21 5:15,17 6:10 8:9,14,15 10:7,8 11:3

**force** 6:23
**foregoing** 12:4
**foreign** 8:20,24
**forensic** 9:10
**former** 3:16
**Foundation** 3:14
**four** 10:1
**Frankfurt** 9:2,4
**fraud** 2:18 3:6,9 5:20,23 8:9,15
**fraudulent** 9:14,15
**free** 11:9
**from** 4:11 11:1
**FURTHER** 12:4,9
**Furthermore** 2:14

———————
**G**

**George** 3:13
**Georgia** 9:13,16 10:2 11:14
**Germany** 9:2,4
**get** 5:12 9:15
**get all** 5:6
**getting** 7:24 10:20
**Giuliani** 2:1,10,14, 17 3:8 5:18
**give** 5:12
**given** 12:6
**giving** 10:10
**go** 2:4 3:20 4:12 9:19,20
**goes** 8:6
**going** 3:2,4 5:17 9:3 10:19
**gonna** 9:15 11:6
**good** 10:23 11:7
**got** 8:13
**government** 10:7
**ground** 11:2
**group** 11:3,5
**groups** 10:2
**growing** 11:12
**guys** 6:6 10:5

———————
**H**

**hacked** 9:9

**had** 6:11,13 7:10 8:3
**Hamil** 2:7 3:8 5:14 7:2,5 8:10 9:12 10:3 11:6,12
**Hamill** 2:8
**hand** 9:21 11:15 12:15
**happened** 4:13 7:2, 23
**happens** 4:7
**happy** 6:20
**has** 5:10 6:14 11:3,4
**hasn't** 11:15
**hate** 6:9,10,24
**hateful** 8:12
**have** 2:1,2,3,5,22,23 3:6 4:7,18 5:14,19 6:11,21,22 7:20 9:4, 8,14 10:13 12:15
**haven't** 6:16 8:13
**having** 7:19
**he** 2:12 8:13
**he's** 8:8
**heard** 5:18 10:5
**Hello** 2:7
**help** 6:10 10:6
**helping** 7:1
**her** 6:15
**here** 2:19 6:3 11:7
**him** 6:10 7:1
**hire** 9:3
**his** 3:8 8:11,12
**historical** 4:20
**honest** 7:9
**hostility** 6:7
**how** 7:15,17,20
**hundreds** 4:1,2 8:1, 5,6 10:13,14,21

———————
**I**

**I'M** 2:7,17
**identical** 8:4
**if** 2:4 6:20 7:12 8:20 9:10,14
**illegally** 2:11
**imagine** 7:12

**immediately** 9:10
**importance** 7:24
**important** 3:23 4:9, 18 5:8
**impossibility** 5:2 8:8
**in** 2:3,4,5,8,19,24 3:3,4,7,8,10,24 4:4, 5,8,13,14,22,24 5:1, 18,20,22 6:9,10,12, 14,17,24 7:2,3,10, 16,20,23 8:2,5,7,13, 15,16 9:1,4 10:2,8, 14,17,21 11:13 12:12,15
**include** 4:21
**including** 10:14
**incredible** 7:13
**indeed** 4:2
**indicate** 4:20
**indirectly** 12:12
**individual** 2:16
**information** 4:9,10 10:10 11:4
**Inspections** 2:21
**inspectors** 2:13
**integrity** 7:19
**interest** 10:1
**interested** 12:12
**interests** 8:20
**intimidated** 7:5
**intimidation** 2:23
**into** 2:16 8:1
**investigative** 5:21
**is** 3:1,6,8,12,23 4:8, 9,11,14,15,17 5:1,8 6:15 7:22 8:8 9:3,9, 16,17,22,23 10:3, 23,24 11:9 12:5
**isn't** 2:18 8:14 10:4, 12
**issued** 8:23
**it** 2:18 4:8 5:3,4,16 7:8,22,23 8:4,9 9:23 10:21 11:6
**it's** 2:3 5:1 6:5,21 7:13 8:9 9:17,22,23
**its** 8:23 9:4

**J**

**James**  12:20
**Joe**  3:14 8:4
**joining**  3:15,18
**joke**  9:17,23
**Joseph**  3:17,23 6:8
  7:4,14 8:22 9:16
  10:13 11:11
**journalism**  6:21,24
**journalists**  5:21
**just**  6:22 7:13

**K**

**keep**  11:7
**kept**  2:13
**key**  3:20
**kids**  5:19
**killed**  6:21
**know**  2:19 6:1 10:10
**knowledge**  9:7
**knows**  10:24

**L**

**lawsuit**  2:24 3:3,4
**lawsuits**  9:24
**lawyer**  3:16
**lawyers**  6:11,14,18
  11:2,3
**leads**  8:7
**leave**  11:6
**legal**  3:14,18 6:2
  10:8
**legally**  4:5
**legitimate**  4:17 6:3
**less**  5:1
**Let's**  3:20 9:10
**liars**  5:24
**like**  5:17,24 10:9,10
**line**  4:14
**little**  2:18
**live**  6:23
**local**  6:17 11:4
**Lonergan**  12:20
**long**  5:9

**looking**  3:1,5 10:8

**M**

**machines**  2:16 3:10
  8:18,19
**mail-in**  2:10,21 4:3,
  8,24 5:7,9
**mail-ins**  4:22
**mail-out**  4:8,24
**major**  3:13
**make**  4:23 5:11 11:9
**Manager**  12:21
**manipulated**  3:11
**many**  2:15 4:21
**Marshals**  6:15
**massive**  2:18
**matter**  12:5
**me**  3:15,18 8:16
**mean**  5:3,16 6:4
  10:4,10
**media**  5:21 6:16,19
**meet**  10:18
**members**  7:18
**met**  8:13
**Mexico**  3:7
**Michigan**  2:5 3:24
  7:3,10,16 8:5 10:9
**midnight**  5:12
**million**  4:2
**millions**  4:5
**mistakes**  4:23
**monitored**  9:5
**monitoring**  11:5
**Monty**  9:17
**more**  3:3 4:24 8:13
**morning**  8:2,8
**most**  2:2 3:23 4:18
  7:20
**moved**  11:15
**Mr**  11:14
**much**  3:17,22
**my**  9:9 10:3 12:15

**N**

**name**  8:4 10:20

**names**  10:18
**national**  2:9
**nature**  7:23
**need**  10:6
**needed**  7:8
**neither**  11:4
**never**  4:12,16 8:24
**New**  3:7
**next**  11:12
**no**  5:14 6:1,8
**none**  10:19
**not**  2:20 3:8 4:6,15
  5:3,10 6:4 8:24
  9:22,23,24 11:2
  12:9
**nothing**  5:10
**noticed**  8:22
**now**  3:11,16 4:1
  10:8
**number**  4:4 6:9
**numerous**  2:5,22

**O**

**observer**  4:15
**observers**  4:5
**occur**  5:8
**of**  2:1,2,19,22,23,24
  3:6,7,9,17,18,20,24
  4:2,4,15,21 5:20
  6:5,9,12,14,15,17,
  21 7:13,14,15,18,
  19,21,23,24 8:1,5,7,
  9,12 9:7,9,13,14
  10:6,7,13,14,20,22
  11:1,2,3 12:1,5,6,10
**off**  5:24
**officials**  7:21
**on**  3:20 4:9 5:17
  6:11,20 8:4,11,21
  9:24 10:17,19,21
  11:2
**once**  4:10 8:5
**one**  2:18 3:23 6:14
  7:14,19 8:9 11:3
**only**  9:24 10:23,24
**or**  2:2,11,19 4:8,24
  6:10 10:1 11:5
  12:10,11,12

**ordered**  10:16,17
**other**  4:10 7:12,21
  8:23 10:1,17
**our**  6:11,14 8:18
  10:24 11:1,2
**out**  2:22 3:1,12 5:16
  6:12,13 7:7 8:16
**outrage**  7:11
**outside**  6:17
**over**  2:4 3:15,20
  4:13 10:9 11:13
**over-vote**  2:1,2,4
  5:17
**over-votes**  2:5
**overseas**  8:19

**P**

**part**  3:18
**particular**  4:12
**partisan**  7:23
**Peach**  11:13
**Pennsylvania**  4:1,13
  6:17 8:6
**people**  4:21,23 5:19,
  20 6:9,11,23 7:17
  8:10 10:10
**percentages**  4:21
**performance**  7:21
**performances**  7:20
**person**  10:24
**personal**  2:8
**Philadelphia**  6:12,
  14
**pieces**  7:15
**place**  12:7
**plan**  5:5,11
**platform**  3:20
**point**  7:6
**pointed**  5:16
**points**  3:12
**policies**  8:11
**political**  3:16
**poll**  2:11 10:15
**polls**  4:4
**Powell**  3:9,11 8:17
**precinct**  10:14

**precincts**  2:3,6
**presented**  3:21
**president**  2:8 3:18
  6:1,9,19,24 8:11
  11:15
**presidential**  3:15
**press**  3:19 6:9,17
  8:16
**pretending**  10:11
**pristine**  8:3
**probably**  3:2,3
**procedures**  5:7
**process**  2:21 3:24
  7:15 9:6 10:12
**Production**  12:21
**propagandists**  6:22
**protecting**  6:15
**protection**  3:24
**public**  7:21 10:1
**pulling**  9:13
**purpose**  5:4,5
**push**  5:16
**pushing**  5:15
**putting**  10:18,21
**Python**  9:17

**Q**

**question**  9:3 10:3,23
**questioned**  5:23
  7:19
**questions**  6:2,5 10:5
**quickly**  8:16
**quite**  6:20

**R**

**racist**  7:19
**rate**  4:23 5:1
**Ray**  10:24
**real**  5:20,23 6:2 7:10
**realized**  7:8
**really**  5:17 6:5,21
  7:13 8:16 9:17 10:6
**reason**  5:11 8:9
**receiving**  6:13
**records**  4:20

**recount** 9:13,16,22 11:13,15
**recounted** 9:18
**referendum** 8:11
**registrations** 10:20
**relative** 12:10
**removed** 4:11
**repeatedly** 2:15
**reporters** 5:21 6:4 10:5,11 12:22
**reporting** 6:18
**representation** 6:12
**representing** 6:18
**Republican** 2:13 4:15 11:4
**Republicans** 2:20
**result** 8:9 9:15
**rhetoric** 8:12
**right** 7:8 10:12
**Rudy** 2:1,10,17

─────────────
**S**
─────────────

**said** 11:8 12:5
**same** 8:4 9:15,19,21
**saw** 3:19 6:5 7:2,12
**say** 3:2 5:18 8:10
**saying** 2:15 8:23
**says** 2:10 3:10
**scam** 8:15
**scheme** 5:5
**second** 9:22
**see** 9:10
**seeing** 10:16
**seen** 6:16
**set** 5:11 12:15
**several** 4:2
**should** 6:4 10:4
**show** 7:22
**showing** 7:16
**sick** 6:21
**Sidney** 3:9 8:17
**signature** 4:10
**significant** 3:6 6:9
**simply** 9:21
**single** 4:15,18 6:17 8:3 11:3

**skepticism** 11:12
**Smartmatic** 3:12 8:19
**so** 3:17,22 4:16 5:2, 10 7:11,13 8:5,15 9:8 10:18,22
**so,you** 10:10
**software** 3:10,12 8:20,22
**soiled** 9:18
**some** 2:14 3:20 6:3,5 10:7
**somebody** 5:13 6:20
**something** 6:16 10:4,9
**Soros** 3:13
**sort** 6:21
**Spain** 9:2,5
**specific** 2:23
**specified** 12:7
**stamp** 4:10
**stand** 9:23
**standing** 3:20
**started** 5:6,8
**state** 2:23 3:1,5,7 8:7 9:3 10:22 11:13
**statement** 8:23 12:6
**states** 5:7 11:2
**statistical** 4:19 5:2 8:8 9:20
**statistics** 5:2
**steal** 2:9
**Stephanie** 2:7 3:8 5:14 7:2,5 8:10 9:12 10:3 11:6,12
**still** 3:4
**stood** 8:16
**story** 6:17
**strange** 5:17
**subject** 9:10
**substantial** 4:23
**such** 12:11
**suggesting** 8:18
**supporters** 11:8
**sure** 5:11 11:9
**surprise** 3:6
**switched** 2:19

**systems** 9:8

─────────────
**T**
─────────────

**tabulations** 9:6
**tackle** 10:4
**taking** 3:14
**talking** 8:17 11:2
**tallied** 2:15
**tallies** 9:4
**tally** 7:10
**tallying** 9:5
**tampered** 2:11
**team** 3:19,21 6:11, 20 7:18
**teeny** 2:18
**tell** 11:1
**than** 3:3 4:20 5:1 8:13
**Thank** 3:17 11:7,10, 11
**that** 2:24 3:1,5,12,21 4:3,9,10,11,12,13, 17,18,19 5:3,4 6:3, 5,8,13,16,23 7:6,8, 12,16,22 8:8,18,19, 20,21,22 9:1,8,11, 22 10:4,6,7,11,16, 19,23 11:1,9,15 12:4,9
**that's** 5:1,10 6:19 8:15
**the** 2:10,19,20,24 3:5,7,10,12,13,15, 17,20,23 4:4,5,6,14, 17 5:5,6,8,10,17,18, 21 6:5,7,9,12,16,18, 19,20,23 7:3,6,7,8, 10,11,12,14,15,17, 18,19,21,22,24 8:2, 3,4,7,12,16,17 9:1, 5,6,7,12,13,15,16, 19,21 10:1,3,5,6,7, 12,13,15,18,20,23, 24 11:2,3,7,8,13,14, 15 12:4,6,7
**their** 5:7 6:14 7:6, 11,19
**them** 7:1,13 10:18
**then** 5:15 7:6 8:10

**theorists** 5:24
**there** 2:19 3:20 4:19 5:1 6:12 10:9,21,22
**there's** 3:22 4:22 5:16,20 6:2,3,8
**therefore** 4:16
**these** 4:3,24 5:2,23 6:2,3 9:8 10:11,22
**they** 4:4,16 5:3,12, 15,22 6:13,24 7:5,6, 7,8,9 8:24 9:8,11, 18,19,20,21 10:4, 16,18 11:8,9
**They'd** 6:20
**they're** 5:21 6:4 8:23 10:10
**they've** 9:17
**thing** 7:9
**things** 5:17 6:3 10:7
**think** 3:3 7:14
**this** 3:14,19 4:14,15 5:3,7,8,9,10,11,15, 22 6:9,15,24 8:10, 15 9:2,24 10:4,11 11:9 12:12
**THOMPSON** 12:22
**those** 2:12 4:15,20 5:22 7:21
**thousands** 4:2 8:1,5, 7 10:22
**threatened** 6:11 7:3, 13
**threatening** 7:21
**threats** 6:13,15,18
**three** 2:15 5:6 10:1
**through** 5:16
**thrown** 4:11 6:6
**tied** 3:13
**time** 9:22 12:7
**times** 2:15
**to** 2:4,8,9,17,20 3:2, 4,11,13,15,22 4:5,6, 16 5:5,6,7,8,9,10, 11,12,16,18,22 6:1, 10,11,13,23 7:6,8,9, 24 8:6,16 9:4,9,10, 11,12 10:16,17,20 11:1,2,9
**today** 8:23 9:24

**tomorrow** 3:1
**too** 4:21
**took** 9:18
**total** 8:15
**totals** 3:11
**transcript** 12:5,6
**TRANSCRIPTIONIST** 12:1
**transition** 3:15
**tries** 6:10
**true** 12:5
**Trump** 3:21 6:20 8:6,11,14,15 10:1 11:8
**Trump's** 2:8 3:18 6:1
**truthful** 7:9
**try** 5:6
**turning** 5:22
**turnout** 2:3 5:19
**tweets** 8:12
**two** 7:17,22

─────────────
**U**
─────────────

**underscores** 7:24
**unpack** 3:22
**until** 6:23
**untouched** 8:3
**up** 5:11 7:7 8:7 9:23 11:12
**US** 3:16 6:14
**use** 5:15,23 8:19
**used** 3:10
**usually** 4:22,23

─────────────
**V**
─────────────

**verify** 4:12,17
**very** 3:2,6 4:9,22 5:8 6:8 10:23
**victory** 5:13
**video** 5:18 7:12,16
**view** 4:6
**viewed** 4:15
**Voiceover** 11:14
**vote** 2:24 3:11 4:13, 17 7:6,7 8:7,14 9:4,

17
**voted** 8:14
**voter** 3:9 5:19,20,23 10:20
**voters** 2:22,23
**votes** 2:12,14,19 4:2,3,19 5:12 8:1,5,13,18 9:1,14,15
**voting** 3:10 4:21 5:7,19,20 7:10,15 8:14,18,19

---
**W**

**wakes** 8:7
**want** 9:12 11:8,9
**was** 2:17 5:3,4,5,6,11 6:12,20 7:9,12,16 8:9,17 10:8,9
**wasn't** 5:3 7:8
**watch** 2:20
**way** 5:8 7:12,22 8:13
**Wayne** 7:3
**we** 2:5,22,23 3:3,6 4:18 5:18,19 6:21,22 7:2,12 10:13
**we're** 3:1,2,4,5 11:6
**We've** 6:10
**Welcome** 2:8
**Well** 2:4 3:23 6:8 7:14 9:16 11:6
**were** 2:11,12,13,14,20 3:19,21 4:3,6,16 5:12 6:6,13 7:3,5,17,18 8:1,3 10:15,16,19
**what** 2:17 4:7,17 5:2,5 7:2,22,23 8:16 9:17 10:8
**when** 4:7
**where** 7:3 8:2 9:5,6 10:3,19,22
**where's** 7:11
**WHEREOF** 12:15
**which** 5:6,18 7:9 8:1 9:3
**while** 2:12
**whistleblowers** 10:11,15

**who** 4:5 5:23 6:10 7:17,18 8:14 10:15,24
**who's** 7:1 8:14
**Why** 9:3
**widespread** 3:9
**will** 2:24 9:23
**winner** 11:14
**Wisconsin** 2:5 4:1
**with** 2:11 5:4,10 6:23 8:3,6
**without** 9:7
**WITNESS** 12:15
**words** 10:17
**work** 6:10 11:1
**workers** 2:12,15 10:15
**would** 3:2,5 9:3 10:18
**written** 5:24

---
**Y**

**yeah** 5:14 7:11 8:10 9:12 10:3 11:6
**years** 5:6,15
**Yes** 7:4
**yesterday** 3:19,22 6:6 8:17 10:6
**Yet** 5:20
**yhey** 5:8
**you** 2:1,2,4,17,18 3:6,17,19 4:7,12 5:16,24 6:6,16 7:11 8:20 9:12,14 10:5,6 11:1,7,10,11
**you're** 3:18 9:15 10:7
**your** 9:9 10:8
**yourself** 9:2