IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | | |
|---|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:21-cv-02900-CJN-MAU |
| v. | ) ) | |
| HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, | ) ) ) | |
| Defendant. | ) | |
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED, | ) ) ) ) | Civil Action No. 1:23-mc-00138- CJN |
| Plaintiffs, | ) | |
| v. | ) | |
| HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, | ) ) ) | |
| Defendant, | ) | |
| v. | ) ) | |
| GEORGE SOROS, | ) ) | |
| Respondent. | ) | |

**[PROPOSED] ORDER DENYING DEFENDANT OAN'S MOTIONS TO COMPEL**

Upon the Motion to Compel Third Party Open Society Institute to Comply with Rule 45 Subpoena [Dkt. 126], the Motion to Compel Third Party George Soros to Comply with Rule 45 Subpoena in the District Court for the Southern District of New York (*Smartmatic USA Corp., et al v. Herrings Networks, Inc.*, Case No. 7:23-mc-00469- NSR [Dkts. 1-3]) which was

subsequently So Ordered to be transferred to this Court (the "Motions to Compel"), and the Opposition to Defendant's Motions to Compel [Dkt. _____] thereto of Non-Parties Open Society Institute and George Soros, and it appearing for the reasons stated in the Opposition that cause does not exist for the relief sought in the Motions to Compel, it is hereby

    ORDERED that the Motions to Compel are DENIED.

DATED: _____

                                                Moxila A. Upadhyaya
                                                United States Magistrate Judge