# Reply Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:21-cv-02900-CJN-MAU |
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>Defendant,<br>v.<br><br>GEORGE SOROS,<br><br>Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:23-mc-00138-CJN |

**DECLARATION OF BETHANY SHAH IN SUPPORT OF
OAN'S CONSOLIDATED REPLY IN SUPPORT OF ITS MOTION TO COMPEL
THIRD PARTIES GEORGE SOROS AND OPEN SOCIETY INSTITUTE
TO COMPLY WITH RULE 45 SUBPOENAS**

I, Bethany Shah, declare as follows:

1. I am over the age of 21 and competent to make this declaration. I am an attorney at the law firm of Jackson Walker LLP, and am counsel for Defendant Herring Networks, Inc.,

d/b/a One American News Network ("OAN"). I have personal knowledge of the facts stated in this declaration and those facts are true and correct. I submit this Declaration in support of OAN's Consolidated Reply in Support of OAN's Motions to Compel Third Parties George Soros ("Soros") and Open Society Institute, also known as Open Society Foundations ("Open Society" or, collectively, "Respondents") to Comply with Rule 45 Subpoenas.

2. Smartmatic has produced documents and agreed to the stand alone search term "Soros" and "(Soros w/2 George)" with no time limitation. Smartmatic has also produced documents and agreed to other Soros-related search terms relevant to financial documents.

3. Attached as <u>Reply Exhibit B</u> is a true and correct copy of email correspondence, bates stamped SMMT-OAN05441688–89, produced by Smartmatic in the underlying action.

4. Attached as <u>Reply Exhibit C</u> is a true and correct copy of email correspondence, bates stamped SMMT-OAN04081981, produced by Smartmatic in the underlying action.

5. Attached as <u>Reply Exhibit D</u> is a true and correct copy of email correspondence, bates stamped SMMT-OAN03929777, produced by Smartmatic in the underlying action.

6. Attached as <u>Reply Exhibit E</u> is a true and correct copy of email correspondence, bates stamped SMMT-OAN03929819, produced by Smartmatic in the underlying action.

7. Attached as <u>Reply Exhibit F</u> is a true and correct copy of email correspondence, bates stamped SMMT-OAN03929851, produced by Smartmatic in the underlying action.

8. Attached as <u>Reply Exhibit G</u> is a true and correct copy of email correspondence, bates stamped SMMT-OAN01604829, produced by Smartmatic in the underlying action.

9. Attached as <u>Reply Exhibit H</u> is a true and correct copy of email correspondence, bates stamped SMMT-OAN03939306, produced by Smartmatic in the underlying action.

10.     Attached as <u>Reply Exhibit I</u> is a true and correct copy of email correspondence, bates stamped SMMT-OAN07980854, produced by Smartmatic in the underlying action.

11.     Attached as <u>Reply Exhibit J</u> is a true and correct copy of email correspondence, bates stamped SMMT-OAN04410366, produced by Smartmatic in the underlying action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 22, 2024.

*Bethany Pickett Shah*

_____

Bethany P. Shah

**[EXHIBITS FILED UNDER SEAL IN ACCORDANCE WITH PROTECTIVE ORDER]**